20-2921
CARTER
V.
LINCOLN
NAT'L
LIFE

20-2921
CARTER
V
LINCOLN
NAT'L
LIFE

SAMUEL H. MAYS, JR.

Annie T. Christoff