# AFFIDAVIT OF SERVICE

**State of Tennessee** **County of Western** **District Court**

Case Number: 2:20-CV-02921-SHM-ATC

Plaintiff:
**Sherman Carter**

vs.

Defendant:
**The Lincoln National LIfe Insurance Company**

For:
Glanker Brown Attorneys
6000 Poplar Ave
Suite 400
Memphis, TN 38119

Received by Kentucky Process Service Inc. to be served on **The Lincoln National Life Insurance Company C/O Corporation Service Company, 135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**.

I, Ryan Fortune, being duly sworn, depose and say that on the **28th day of December, 2020 at 10:25 am, I:**

served a **CORPORATION** by delivering a true copy of the **Summons, Complaint with exhibits** to: **Tim Stucky** as **Law Clerk** for **The Lincoln National Life Insurance Company**, at the address of: **135 North Pennsylvania Street, Suite 1610, Indianapolis, IN 46204**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25, Sex: M, Race/Skin Color: White, Height: 5'8", Weight: 220, Hair: Red, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Process Server, in good standing, in the judicial circuit in which the process was served.

Subscribed and Sworn to before me on the 28 day of December 2020 by the affiant who is personally known to me.

NOTARY PUBLIC

Andrea Rue, Notary Public
State at Large, Kentucky
My Commission Expires 5/12/2021

**Ryan Fortune**
Process Server

**Kentucky Process Service Inc.**
**128 S. Locust Street**
**Versailles, KY 40383**
**(859) 489-0726**

Our Job Serial Number: KPM-2020004676

Copyright © 1992-2020 Database Services, Inc. - Process Server's Toolbox V8.1p

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* The Lincoln National Life Insurance was received by me on *(date)* 12-23-20 .

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* __________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* __________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Tim Stucky - Law Clerk , who is designated by law to accept service of process on behalf of *(name of organization)* Corporation Service Company on *(date)* 12-28-20 ; or

☐ I returned the summons unexecuted because ______________ ; or

☐ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 12-28-20

[signature]
*Server's signature*

Ryan Fortune- Process Server
*Printed name and title*

128 S. Locust St. Versailles Ky 40383
*Server's address*

Additional information regarding attempted service, etc: