**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **SHERMAN CARTER,** | ) | |
| | ) | CIVIL ACTION NO. 2:20cv02921-SHM-atc |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Samuel H. Mays, Jr. |
| | ) | |
| **THE LINCOLN NATIONAL LIFE** | **)** | |
| **INSURANCE COMPANY** | ) | Magistrate Judge Annie T. Christoff |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S DISCLOSURE STATEMENT**

Defendant, The Lincoln National Life Insurance Company, files this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and shows the Court as follows:

1. The Lincoln National Life Insurance Company's parent corporation is Lincoln National Corporation.
2. Lincoln National Corporation, a publicly held corporation, owns 100% of the stock of The Lincoln National Life Insurance Company.

Dated this 15th day of January 2021.

Respectfully submitted,

By: /s/ Iwana Rademaekers

Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was served upon all known counsel of record via the Court's ECF Mail System upon the following:

Danielle N. Rassoul, Esq.
Email: drassoul@glankler.com

January 15, 2021
Date

/s/ Iwana Rademaekers
Iwana Rademaekers