***UNITED STATES DISTRICT COURT***
***WESTERN DISTRICT OF TENNESSEE***
***Western Division***
***Office of the Clerk***

***Thomas M. Gould, Clerk***
***242 Federal Building***
***167 N. Main Street***
***Memphis, Tennessee 38103***
***(901) 495-1200***

***Deputy-in-Charge***
***U. S. Courthouse, Room 262***
***111 South Highland Avenue***
***Jackson, Tennessee 38301***
***(713) 421-9200***

# NOTICE OF RE-SETTING

**Before Judge Samuel H. Mays, Jr., United States District Judge**

February 18, 2021

RE: 20-2921-SHM-atc
Sherman Carter v. The Lincoln National Life Insurance Company

Dear Sir/Madam:

The **TELEPHONE SCHEDULING CONFERENCE** is **RE-SET** to **THURSDAY, FEBRUARY 25, 2021** at **2:30 P.M.** before United States District Judge Samuel H. Mays, Jr.

Counsel who wish to participate in the conference should call in to the following conference line:

Call # 1-877-848-7030
Access Code: 5600724
Participant password: 2098

If you have any questions, please contact me by e-mail or at the number provided below, or contact Ms. Daphne Rankin at (901) 495-1283.

Sincerely,
THOMAS M. GOULD, CLERK

BY: S/ *Jairo Mendez*
Jairo Mendez, Case Manager
901-495-1217
E-mail: jairo_mendez@tnwd.uscourts.gov