**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE AT MEMPHIS**

**SHERMAN CARTER,**

**Plaintiff,**

**v.** **Case No.: 2:20-cv-02921-SHM-atc**

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,**

**Defendant.**

**NOTICE OF APPEARANCE OF DON L. HEARN, JR.**

COMES NOW Don L. Hearn, Jr., Glankler Brown, PLLC, and hereby files this Notice of Appearance as counsel of record for Plaintiff Sherman Carter in the above-styled cause, and requests that he be entered as counsel of record by the Clerk of the District Court.

Respectfully submitted,

GLANKLER BROWN, PLLC

By: /s/ Don L. Hearn, Jr.
Don L. Hearn (#22837)
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
(901) 525-1322 – Telephone
(901) 525-2389 – Facsimile
dhearn@glankler.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of February 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

/s/ Don L. Hearn, Jr.____________________
Don L. Hearn, Jr. (#22837)