**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISIONAL OFFICE**
**AT MEMPHIS**

| | | |
|---|---|---|
| **SHERMAN CARTER,** | ) | |
| | ) | CIVIL ACTION NO. 2:20cv02921-SHM-atc |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Judge Samuel H. Mays, Jr. |
| | ) | |
| **THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** | ) | Magistrate Judge Annie T. Christoff |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DEFENDANT'S SUBMISSION OF ADMINISTRATIVE RECORD**

Defendant The Lincoln National Life Insurance Company files Defendant's Submission of Administrative Record pursuant to the Scheduling Order entered by the Court on February 25, 2021 (Document 19).

1. Group Disability Income Policy and Certificate (Lincoln/Carter 0001-0071);

2. March 31, 2020, correspondence containing decision on appeal (Lincoln/Carter 0185-0192); and

3. The Administrative Record pertaining to LTD claim (Lincoln/Carter 0072-0184 and 0193-1457).

Dated this 29th day of March 2021.

Respectfully submitted,

By: /s/ Iwana Rademaekers
Iwana Rademaekers (Texas Bar # 16452560)
LAW OFFICES OF IWANA RADEMAEKERS, P.C.
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing pleading was served upon all known counsel of record via the Court's ECF Mail System upon the following:

Danielle N. Rassoul, Esq.
Email: drassoul@glankler.com

March 29, 2021
Date

/s/ Iwana Rademaekers
Iwana Rademaekers