**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Benefits May Be Taxed**

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Retirement Or Survivors Benefits".

**Do You Disagree With The Decision?**

If you do not agree with this decision, you have the right to appeal. We will review your case and look at any new facts you have. A person who did not make the first decision will decide your case. We will review the parts of the decision that you think are wrong and correct any mistakes. We may also review the parts of our decision that you think are right. We will make a decision that may or may not be in your favor.

- You have 60 days to ask for an appeal.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for an appeal.
- You can file an appeal with any Social Security office. You must ask for an appeal in writing. Please use our "Request for Reconsideration" form, SSA-561-U2. You may go to our website at www.socialsecurity.gov/online/ to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

EXHIBIT

3, part 2

**If You Want Help With Your Appeal**

You can have a friend, representative, or someone else help you. There are groups that can help you find a representative or give you free legal services if you qualify. There are also representatives who do not charge unless you win your appeal. Your local Social Security office has a list of groups that can help you with your appeal.

If you get someone to help you, you should let us know. If you hire someone, we must approve the fee before he or she can collect it. And if you hire a representative who is eligible for direct pay, we will withhold up to 25 percent of any past due benefits to pay toward the fee.

**Suspect Social Security Fraud?**

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-331-6386. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1330 MONROE AVENUE
MEMPHIS TN 38104

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Nancy A. Berryhill
Acting Commissioner

REF #2219903

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

September 7, 2017

SHERMAN CARTER

Re: Policyholder: BarDett, LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr Carter:

We have received notification of your award of Social Security Disability Income (SSDI) benefits. Your policy indicates your monthly disability benefit will be reduced by any amount you and/or your dependents receive for SSDI benefits.

You have been awarded $1,369.00in SSDI benefits beginning on 08/22/2017. In addition, we are estimating that you will receive Social Security Disability Income benefits for your dependent(s) in the amount of $684.00. Due to your Social Security award, your new monthly benefit will be $195.00. Please forward a copy of your dependent benefit award.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Kameetrice Farrell
678-295-3080
Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company

CC: BarDett, LLC
ATTN: Philip C. Spinosa
5020 Tuggle Road
Memphis, TN 38118

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #2217099

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

September 6, 2017

SHERMAN CARTER

Re: Policyholder: BarDett, LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr. Carter:

The LFG Recovery Unit has received notification that you have been awarded Social Security Disability Income at $1,369.00 per month beginning 04/01/17. In addition, we have placed a Social Security Dependent benefit in the amount not less than $386.00 per month.

As you are aware, this benefit from Social Security Disability has been paid for a period during which you had received unreduced Long Term Disability benefits. Therefore, your claim has been overpaid.

**LTD Claim #1150128075 Overpayment $33,579.00**

You are required to repay The Lincoln National Life Insurance Company this amount and we ask that this matter receive your immediate attention. A copy of the calculation is attached.

To assist with the repayment process, please contact John Mattox with Integrated Benefits, Inc. to do a one-time account transfer. He can be reached at 800-535-6575, ext. 206. If he has already contacted you, and this payment has already been made, simply keep this letter for your records.

Please contact me with any questions you may have at extension 3020 when using the toll-free number listed above.

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #2217099

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Gerald Jonah
(678) 295-3020
Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company

REF #2217099

# Benefit Recalculation

| | | | |
|---|---|---|---|
| **Claim Number** | 1150128075 | **Date of Disability** | Aug 07, 2015 |
| **Claimant** | SHERMAN CARTER | **Nature** | Sickness |

## Recalculation Period 1

**Payee** SHERMAN CARTER

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Jan 05, 2016 - Apr 05, 2016 | 3 | 0 | $1,950.00 | $5,850.00 |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Jan 05, 2016 - Apr 05, 2016 | 3 | 0 | $1,950.00 | $5,850.00 |
| Soc Sec (DisPrimary) | Feb 01, 2016 - Apr 05, 2016 | 2 | 4 | $1,369.00 | ($2,920.53) |
| Soc Sec - Dependent Estimate | Feb 01, 2016 - Apr 05, 2016 | 2 | 4 | $386.00 | ($823.47) |
| | | | | **Total Correction** | ($3,744.00) |
| | | | | **Tax Correction** | $0.00 |
| | | | | **Insured Correction** | ($3,744.00) |

## Recalculation Period 2

**Payee** SHERMAN CARTER

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Apr 05, 2016 - Jul 05, 2016 | 3 | 0 | $1,950.00 | $5,850.00 |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Apr 05, 2016 - Jul 05, 2016 | 3 | 0 | $1,950.00 | $5,850.00 |
| Soc Sec (DisPrimary) | Apr 05, 2016 - Jul 05, 2016 | 3 | 0 | $1,369.00 | ($4,107.00) |
| Soc Sec - Dependent Estimate | Apr 05, 2016 - Jul 05, 2016 | 3 | 0 | $386.00 | ($1,158.00) |
| | | | | **Total Correction** | ($5,265.00) |
| | | | | **Tax Correction** | $0.00 |
| | | | | **Insured Correction** | ($5,265.00) |

## Recalculation Period 3

**Payee** SHERMAN CARTER

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Jul 05, 2016 - Oct 05, 2016 | 3 | 0 | $1,950.00 | $5,850.00 |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Jul 05, 2016 - Oct 05, 2016 | 3 | 0 | $1,950.00 | $5,850.00 |
| Soc Sec (DisPrimary) | Jul 05, 2016 - Oct 05, 2016 | 3 | 0 | $1,369.00 | ($4,107.00) |
| Soc Sec - Dependent Estimate | Jul 05, 2016 - Oct 05, 2016 | 3 | 0 | $386.00 | ($1,158.00) |

REF #2217099

## Benefit Recalculation

| | | | |
|---|---|---|---|
| **Claim Number** | 1150128075 | **Date of Disability** | Aug 07, 2015 |
| **Claimant** | SHERMAN CARTER | **Nature** | Sickness |

| | |
|---|---|
| **Total Correction** | ($5,265.00) |
| **Tax Correction** | $0.00 |
| **Insured Correction** | ($5,265.00) |

### Recalculation Period 4

**Payee** SHERMAN CARTER

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Oct 05, 2016 - Jan 05, 2017 | 3 | 0 | $1,950.00 | $5,850.00 |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Oct 05, 2016 - Jan 05, 2017 | 3 | 0 | $1,950.00 | $5,850.00 |
| Soc Sec (DisPrimary) | Oct 05, 2016 - Jan 05, 2017 | 3 | 0 | $1,369.00 | ($4,107.00) |
| Soc Sec - Dependent Estimate | Oct 05, 2016 - Jan 05, 2017 | 3 | 0 | $386.00 | ($1,158.00) |

| | |
|---|---|
| **Total Correction** | ($5,265.00) |
| **Tax Correction** | $0.00 |
| **Insured Correction** | ($5,265.00) |

### Recalculation Period 5

**Payee** SHERMAN CARTER

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Jan 05, 2017 - Apr 05, 2017 | 3 | 0 | $1,950.00 | $5,850.00 |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Jan 05, 2017 - Apr 05, 2017 | 3 | 0 | $1,950.00 | $5,850.00 |
| Soc Sec (DisPrimary) | Jan 05, 2017 - Apr 05, 2017 | 3 | 0 | $1,369.00 | ($4,107.00) |
| Soc Sec - Dependent Estimate | Jan 05, 2017 - Apr 05, 2017 | 3 | 0 | $386.00 | ($1,158.00) |

| | |
|---|---|
| **Total Correction** | ($5,265.00) |
| **Tax Correction** | $0.00 |
| **Insured Correction** | ($5,265.00) |

### Recalculation Period 6

**Payee** SHERMAN CARTER

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Apr 05, 2017 - Jul 05, 2017 | 3 | 0 | $1,950.00 | $5,850.00 |

REF #2217099

## Benefit Recalculation

**Claim Number** 1150128075
**Claimant** SHERMAN CARTER
**Date of Disability** Aug 07, 2015
**Nature** Sickness

| | | | | | |
|---|---|---|---|---|---|
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Apr 05, 2017 - Jul 05, 2017 | 3 | 0 | $1,950.00 | $5,850.00 |
| Soc Sec (DisPrimary) | Apr 05, 2017 - Jul 05, 2017 | 3 | 0 | $1,369.00 | ($4,107.00) |
| Soc Sec - Dependent Estimate | Apr 05, 2017 - Jul 05, 2017 | 3 | 0 | $386.00 | ($1,158.00) |
| | | | | **Total Correction** | ($5,265.00) |
| | | | | **Tax Correction** | $0.00 |
| | | | | **Insured Correction** | ($5,265.00) |

### Recalculation Period 7

**Payee** SHERMAN CARTER

| Description | Benefit Duration | Month | Days | Monthly Amount | Amount |
|---|---|---|---|---|---|
| | ***Original Payment*** | | | | |
| Gross Monthly Benefit - LTD | Jul 05, 2017 - Sep 05, 2017 | 2 | 0 | $1,950.00 | $3,900.00 |
| | ***Recalculation*** | | | | |
| Gross Monthly Benefit - LTD | Jul 05, 2017 - Sep 05, 2017 | 2 | 0 | $1,950.00 | $3,900.00 |
| Soc Sec (DisPrimary) | Jul 05, 2017 - Sep 05, 2017 | 2 | 0 | $1,369.00 | ($2,738.00) |
| Soc Sec - Dependent Estimate | Jul 05, 2017 - Sep 05, 2017 | 2 | 0 | $386.00 | ($772.00) |
| | | | | **Total Correction** | ($3,510.00) |
| | | | | **Tax Correction** | $0.00 |
| | | | | **Insured Correction** | ($3,510.00) |

Date: Thu Sep 07 07:25:08 CDT 2017
From: Kameetrice Farrell <Kameetrice.Farrell@lfg.com>
To: bobbelshan@asbarboro.com
Message-ID: <451295216.01504787108446.JavaMail.gman@ne1pldb101c>
Subject:Lincoln Financial Group Information for Claim 1150128075 (SECURE)

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1150128075

Please review the attached letter and/or document(s) regarding the Claim #1150128075 for Sherman Carter. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Kameetrice Farrell**
**Sr Claims Examiner, Claims Professional**
LN10-Lincoln National Life Insurance Co
1600 Riveredge Pkwy suite 130
Atlanta, GA 30328
Toll Free Phone: 1-800-423-2765
Phone: 678-295-3080
Fax: 402-938-7901
Email: Kameetrice.Farrell@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge℠

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

September 7, 2017

SHERMAN CARTER

Re: Policyholder: BarDett, LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr Carter:

We have received notification of your award of Social Security Disability Income (SSDI) benefits. Your policy indicates your monthly disability benefit will be reduced by any amount you and/or your dependents receive for SSDI benefits.

You have been awarded $1,369.00in SSDI benefits beginning on 08/22/2017. In addition, we are estimating that you will receive Social Security Disability Income benefits for your dependent(s) in the amount of $684.00. Due to your Social Security award, your new monthly benefit will be $195.00. Please forward a copy of your dependent benefit award.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Kameetrice Farrell
678-295-3080
Sr Claims Examiner, Claims Professional
The Lincoln National Life Insurance Company

CC: BarDett, LLC
ATTN: Philip C. Spinosa
5020 Tuggle Road
Memphis, TN 38118

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

LFG

# Social Security Administration
## Retirement, Survivors and Disability Insurance
Notice of Award

Office of Central Operations
1500 Woodlawn Drive
Baltimore, Maryland 21241-1500
Date: August 22, 2017
Claim Number: HA

RECEIVED
AUG 30 2017

•0402RYEJ900289O•NOTAFP.X3.PBMCSNOT.PC7.R170818.PAM 000000000 00260106356080123819651027 0000

SHERMAN CARTER

You are entitled to monthly disability benefits beginning February 2016.

**The Date You Became Disabled**

We found that you became disabled under our rules on August 6, 2015.

To qualify for disability benefits, you must be disabled for five full calendar months in a row. The first month you are entitled to benefits is February 2016.

**What We Will Pay And When**

- You will receive $1,073.00 for August 2017 around September 1, 2017.
- After that you will receive $1,073.00 on or about the third of each month.
- New rules require you to receive your payments electronically, unless you get an exemption from the U.S. Department of the Treasury. Please call Treasury at 1-888-224-2950 to see if you qualify for an exemption.

**Others Who May Be Eligible For Benefits**

Your child may now be eligible for benefits on your record. You named the following child when you applied for benefits:

- D C

If you have not filed an application for benefits for the child, please contact us.

See Next Page

**Your Benefits**

The following chart shows your benefit amount(s) before any deductions or rounding. The amount you actually receive(s) may differ from your full benefit amount. When we figure how much to pay you, we must deduct certain amounts, such as Medicare premiums. We must also round down to the nearest dollar.

| Beginning Date | | Benefit Amount | Reason |
|---|---|---|---|
| February | 2016 | $1,369.30 | Entitlement began |
| December | 2016 | $1,373.40 | Cost-of-living adjustment |

We withheld $300.00 from your next scheduled payment which is for August 2017 to pay your obligation for child support, alimony or court ordered victim restitution.

Thereafter, we will withhold $300.00 from your benefit each month to pay your obligation for child support, alimony or court ordered victim restitution.

**Other Government Payments Affect Benefits**

We are withholding your Social Security benefits for February 2016 through July 2017. We may have to reduce these benefits if you received Supplemental Security Income (SSI) for this period. When we decide whether or not we will have to reduce your Social Security benefits, we will send you another letter. We will pay you any Social Security benefits you are due for this period.

**Information About Representative's Fees**

When a representative wants to charge for helping with a Social Security claim, we must first approve the fee. We usually withhold 25 percent of past due benefits in order to pay the approved representative's fee.

However, the representative has told us that no fee will be charged for services on this Social Security claim. For this reason, no past due benefits have been withheld to pay the representative.

**Other Social Security Benefits**

This benefit is the only benefit you can receive from us at this time. In the future, if you think you might qualify for another benefit from us, you will need to apply again.

**Your Responsibilities**

We based our decision on information you gave us. If this information changes, it could affect your benefits. For this reason, it is important that you report changes to us right away.

We have enclosed a pamphlet, "What You Need To Know When You Get Social Security Disability Benefits." It tells you what you must report and how to report. Please be sure to read the parts of the pamphlet that tell you what to do if you go to work or your health improves.

A vocational rehabilitation or employment services provider may contact you to help you in going to work. The provider may be from a State agency or work under contract with Social Security.

If you go to work, we have special rules that let us continue your cash payments and health care coverage. To learn more about how work and earnings affect disability benefits, visit our website at www.socialsecurity.gov/work/. You may also call or visit any Social Security office to ask for the following publications:

- Social Security - Working While Disabled...How We Can Help (SSA Publication No. 05-10095).
- Social Security - If You Are Blind--How We Can Help (SSA Publication No. 05-10052).

## Your Benefits May Be Taxed

You may have to pay taxes on the benefits you get from us. Part of your Social Security benefits may be taxed if:

- you are single and your total income is more than $25,000 or
- you are married and you and your spouse have total income of more than $32,000.

You can decide if you want to have federal taxes withheld from your benefits. If you want taxes withheld, you need to complete and return a Form W-4V, Voluntary Withholding Request. You can get Form W-4V from the Internal Revenue Service by calling 1-800-829-3676. You can also get this form at www.socialsecurity.gov/planners/taxes.htm on our website. After you complete and sign the form, return it to your local Social Security office by mail or in person.

You can find more information on paying taxes in the enclosed pamphlet, "What You Need To Know When You Get Social Security Disability Benefits".

## Other Information

We are sending a copy of this notice to THEODORE NORWOOD.

*0403RYE.J9002890*NOTAFP.X3.PBMCSNOT.PC7.R170818.P.AM 00000000 002601063560801238196510272000

## Do You Disagree With The Decision?

This action results from reconsideration of your claim and replaces our previous determination.

If you think we are wrong, you have the right to request a hearing. At the hearing, a person who has not seen your case before will look at it. That person is an Administrative Law Judge. In the rest of our letter, we will call this person an ALJ. The ALJ will review those parts of the decision which you believe are wrong. The ALJ will look at any new facts you have and correct any mistakes. The ALJ may also review those parts which you believe are correct and may make them unfavorable or less favorable to you.

- You have 60 days to ask for a hearing.
- The 60 days start the day after you receive this letter. We assume you received this letter 5 days after the date on it unless you show us that you did not receive it within the 5-day period.
- You must have a good reason if you wait more than 60 days to ask for a hearing.
- You can file a hearing with any Social Security office. You must ask for a hearing in writing. Please use our "Request for Hearing" form, HA-501. You may go to our website at to find the form. You can also call, write, or visit us to request the form. If you need help to fill out the form, we can help you by phone or in person.

Please read the enclosed pamphlet, "Your Right to an Administrative Law Judge Hearing and Appeals Council Review of Your Social Security Case." It contains more information about the hearing.

## Things To Remember For The Future

Doctors and other trained staff decided that you are disabled under our rules. But, this decision must be reviewed at least once every 3 years. We will send you a letter before we start the review. Based on that review, your benefits will continue if you are still disabled, but will end if you are no longer disabled.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

**If You Have Questions**

We invite you to visit our website at www.socialsecurity.gov on the Internet to find general information about Social Security. If you have any specific questions, you may call us toll-free at 1-800-772-1213, or call your local Social Security office at 1-866-331-6386. We can answer most questions over the phone. If you are deaf or hard of hearing, you may call our TTY number, 1-800-325-0778. You can also write or visit any Social Security office. The office that serves your area is located at:

SOCIAL SECURITY
1330 MONROE AVENUE
MEMPHIS TN 38104

If you do call or visit an office, please have this letter with you. It will help us answer your questions. Also, if you plan to visit an office, you may call ahead to make an appointment. This will help us serve you more quickly when you arrive at the office.

Nancy A. Berryhill
Acting Commissioner

*0404RYEJ9002890*NOTAFP.X3.PBMCSNOT.PC7.R170818.PAM 000000000 00260106356080123819651027200000

REF #2044671

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

June 12, 2017

Philip C. Spinosa
5020 Tuggle Road
Memphis TN 38118

This page is for mailing purposes only. Please disregard.

©2013 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #2044671

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

June 12, 2017

SHERMAN CARTER

Re: Policyholder: BarDett, LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr. Carter:

This letter is in reference to your claim for Long Term Disability claim.

We have concluded our investigation into your eligibility for benefits beyond your Own Occupation Period as defined in your policy. We have determined that you are currently Totally Disabled from Any Occupation, and your benefits will continue provided that you remain Totally or Partially Disabled according to the provisions of the policy issued to BarDett, LLC.

We will continue to monitor your claim to determine if your restrictions and limitations have changed. As such, will continue to request that both you and your physician complete a supplementary report of disability. Our office will notify you when a report is needed and the necessary forms will be mailed to you.

Benefits could potentially be payable to 01/15/2034 for your claim. If you remain eligible through this period, benefits for your claim will expire on that date.

Thank you for your patience during this review process. Please contact our office with any questions you may have at the number listed above.

Sincerely,

Kameetrice Farrell
678-295-3080
Sr Claims Examiner, Claims Professional

The Lincoln National Life Insurance Company
CC: {CONTACT.COMPANY_NAME}
ATTN: {CONTACT.CONTACT_NAME}
{CONTACT.ADDR1}
{CONTACT.CITY}, {CONTACT.STATE} {CONTACT.ZIP}

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #2044671

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life
Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

June 12, 2017

SHERMAN CARTER

Re: Policyholder: BarDett, LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr. Carter:

This letter is in reference to your claim for Long Term Disability claim.

We have concluded our investigation into your eligibility for benefits beyond your Own Occupation Period as defined in your policy. We have determined that you are currently Totally Disabled from Any Occupation, and your benefits will continue provided that you remain Totally or Partially Disabled according to the provisions of the policy issued to BarDett, LLC.

We will continue to monitor your claim to determine if your restrictions and limitations have changed. As such, will continue to request that both you and your physician complete a supplementary report of disability. Our office will notify you when a report is needed and the necessary forms will be mailed to you.

Benefits could potentially be payable to 01/15/2034 for your claim. If you remain eligible through this period, benefits for your claim will expire on that date.

Thank you for your patience during this review process. Please contact our office with any questions you may have at the number listed above.

Sincerely,

Kameetrice Farrell
678-295-3080
Sr Claims Examiner, Claims Professional

The Lincoln National Life Insurance Company
CC: {CONTACT.COMPANY_NAME}
ATTN: {CONTACT.CONTACT_NAME}
{CONTACT.ADDR1}
{CONTACT.CITY}, {CONTACT.STATE} {CONTACT.ZIP}

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1989621

Lincoln Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by ________________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Date of Birth:

Sherman Carter

When did symptoms first appear or accident happen?

Has patient ever had same or similar condition? Yes No If yes, state when and describe.

(a) Diagnosis (including ICD Code(s)) Cardiomyopathy

(b) Subjective Findings Worsening Dyspnea

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

(a) Date of First visit Sept. 25, 2005

(b) Date of Last visit April 3, 2017

(c) Frequency of visits
Weekly
Monthly
Other (specify) Q 2 to 6 months or more

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

✓ Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.

(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)

Class 1 (No limitation) Class 2 (Slight limitation)

Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit) 140/70 systolic/diastolic

Has patient Recovered? Improved? Unchanged? Retrogressed? (circled) worsening

(b) Has patient been hospital confined? Yes No (circled: Yes, No struck) Delete

If Yes, give Name and Address of Hospital

Confined from ____________ to ____________

Several Hospitalizations over the years

REF #1989621

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job (Yes) No
Any other work (Yes) No

(b) Date you are medically certifying patient unable to work.

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months (Never)
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
Yes No If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

Bathing ________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
Dressing ________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
Toileting ________ (getting to, from, on and off toilet; and performing related personal hygiene)
Transferring ________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
Continence ________ (voluntarily maintaining control of bladder and bowel function)
Eating ________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation?

(b) Can present job be modified to allow for handling with impairment? Yes No

(c) When could patient return to work? ________________

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

Restrictions and Limitations

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Name (Attending Physician) Print | Degree | Telephone Number |
|---|---|---|
| Lee E. Faulkner | MD | |

| Street Address | City or Town | State | Zip Code |
|---|---|---|---|
| | | TN | |

| Signature (By Physician) | Date |
|---|---|
| Lee E Faulkner, MD | 5/29/17 |



00000012 LFPV6UT1 00000110

Lincoln
Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

**From:** Name:
Fax Number: 7901
Voice Phone:

**To:** Name: Kameetrice Farrell
Company: LINCOLN FINANCIAL GROUP
Fax Number: 1 800 922 3503
Voice Phone: 678 295 3080

**Fax Notes :**

Date and time of transmission: Friday, June 02, 2017 12:01:12 PM

Number of pages including this cover sheet: 05

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

To: Lincoln Financial Group From: Dr. Lee Faulkner/

Fax: 402-938-7901 Pages:

Phone: Date: 6/2/17

Re: Sherman Carter CC:

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

**Confidential Information:** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

REF #1989621

Lincoln Financial Group®

Please Return Response To:
The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765

## ABILITIES FORM

Patient Name: Sherman Carter Date of Birth:

Occupation: Claim Number: 1150128075

Date of Last Office Visit: April 3, 2017 Date of Next Office Visit:

☐ The patient does not have functional/limitations or restrictions

Provider's Signature: Lee E Faulkner, MD Date:

Provider Printed Name: Lee E Faulkner, MD Degree: ☒ MD ☐ DO Other

Specialty: Cardiology Phone:

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | ✓ (struck, initialed LEF) | ✓ | | |
| 11 - 20 lbs. | ✓ | | | |
| 21 - 35 lbs. | ✓ | | | |
| 36 - 50 lbs. | ✓ | | | |
| 51 - 100 lbs. | ✓ | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

N/A

Are there environmental factors that the patient should avoid? ☐ Yes ☐ No Specify:

Specific Limitations or Restrictions not noted above: No lifting or straining what so ever as his condition is worsening over time

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: Lee E Faulkner MD Date: 5/24/17

Provider Printed Name: Lee E. Faulkner, MD Degree: ☒ MD ☐ DO Other

Specialty: Cardiology Phone: 901 682-7241

Address: 6005 Park Ave Ste 702 Memphis, TN 38119



00000012 LFPV6UT1 00000106

Lincoln Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

**From:** Name:
Fax Number: 7901
Voice Phone:

**To:** Name: Kameetrice Farrell
Company: LINCOLN FINANCIAL GROUP
Fax Number: 1 800 922 3503
Voice Phone: 678 295 3080

**Fax Notes :**

Date and time of transmission: Friday, June 02, 2017 12:01:12 PM

Number of pages including this cover sheet: 05

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

To: Lincoln Financial Group From: Dr. Lee Faulkner/

Fax: 402-938-7901 Pages:

Phone: Date: 6/2/17

Re: Sherman Carter CC:

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

**Confidential Information:** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

Lincoln Financial Group®

Please Return Response To:
**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765

## ABILITIES FORM

Patient Name: Sherman Carter Date of Birth:

Occupation: Claim Number: 1150128075

Date of Last Office Visit: April 3, 2017 Date of Next Office Visit:

☐ The patient does not have functional/limitations or restrictions

Provider's Signature: Lee E Faulkner, MD Date:

Provider Printed Name: Lee E Faulkner, MD Degree: ☒ MD ☐ DO Other

Specialty: Cardiology Phone:

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | ✓ (LEF) | ✓ | | |
| 11 - 20 lbs. | ✓ | | | |
| 21 - 35 lbs. | ✓ | | | |
| 36 - 50 lbs. | ✓ | | | |
| 51 - 100 lbs. | ✓ | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

N/A

Are there environmental factors that the patient should avoid? ☐ Yes ☐ No Specify:

Specific Limitations or Restrictions not noted above: No lifting or straining what so ever as his condition is worsening over time

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: Lee E Faulkner MD Date: 5/24/17

Provider Printed Name: Lee E. Faulkner, MD Degree: ☒ MD ☐ DO Other

Specialty: Cardiology Phone: 901 682-7241

Address: 6005 Park Ave Ste 702 Memphis, TN 38119

REF #1989621

Lincoln Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by __________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Sherman Carter Date of Birth:

When did symptoms first appear or accident happen?

Has patient ever had same or similar condition? Yes No If yes, state when and describe.

(a) Diagnosis (including ICD Code(s)) Cardiomyopathy

(b) Subjective Findings Worsening Dyspnea

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

(a) Date of First visit Sept. 25, 2005

(b) Date of Last visit April 3, 2017

(c) Frequency of visits
Weekly
Monthly
Other (specify) Q 2 to 6 months or more

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

✓ Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.
(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)
Class 1 (No limitation) Class 2 (Slight limitation)
Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit) 140/70 systolic/diastolic

Has patient Recovered? Improved? Unchanged? (Retrogressed?) Worsening

(b) Has patient been hospital confined? (Yes) ~~No~~ Delete
If Yes, give Name and Address of Hospital

Confined from __________ to __________

Several Hospitalizations over the years

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job Yes (circled) No
Any other work Yes (circled) No

(b) Date you are medically certifying patient unable to work.

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months Never (circled)
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
Yes No If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

- Bathing ________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
- Dressing ________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
- Toileting ________ (getting to, from, on and off toilet; and performing related personal hygiene)
- Transferring ________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
- Continence ________ (voluntarily maintaining control of bladder and bowel function)
- Eating ________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation?

(b) Can present job be modified to allow for handling with impairment? Yes No

(c) When could patient return to work? ____________
Patient's Job Full-time Part-time
Any other Work Full-time Part-time

Restrictions and Limitations

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (**Attending Physician**) Print: Lee E. Faulkner Degree: MD Telephone Number

Street Address City or Town State: TN Zip Code

Signature (**By Physician**): Lee E Faulkner, MD Date: 5/29/17



00000012 LFPV6UT1 00000110

REF #1989621

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

May 12, 2017

SHERMAN CARTER

Re: Policyholder: BARDETT LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr Carter:

Please refer to our letter dated 4/10/2017 regarding our investigation into your ability to perform the main duties of any gainful occupation.

To remain eligible for benefits, you must be disabled as defined in the policy issued to BARDETT LLC, which states:

**"Total Disability" or "Totally Disabled"** will be defined as follows.

1. During the Elimination Period and Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the main duties of his or her regular occupation.
2. After the Own Occupation Period, it means that due to an Injury or Sickness the Insured Employee is unable to perform each of the main duties of any gainful occupation which his or her training, education or experience will reasonably allow.

The loss of a professional license, an occupational license or certification, or a driver's license for any reason does **not**, by itself, constitute Total Disability.

Own Occupation Period means a period beginning at the end of the Elimination Period and ending 24 months later.

As stated in our letter dated 4/10/2017, we must obtain the following information from you and your physicians:

- Attending Physician Statement of Disability form completed by your medical provider
- Abilities Form completed by your medical provider

Please complete all sections of the forms to insure that a proper investigation can be made regarding your eligibility for benefits beyond 11/19/2017.

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1989621

We will be unable to consider benefits beyond 11/19/2017 until our investigation has been completed; therefore, please return the completed forms to our office no later than 5/26/2017. This is our final request for this information. We must be provided with or have the ability to obtain evidence of specific restrictions and limitations related to recent medical findings by examination of a physician or testing defining any abnormalities that would preclude you from performing the main duties of any gainful occupation.

Without this evidence, a full review into your ability to perform the main duties of any gainful occupation cannot be completed and we will issue your final benefit to 11/19/2017, the end of the own occupation period and your claim will be terminated.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Veedis Kimble
800-423-2765 *3033
Specialist, Claims
The Lincoln National Life Insurance Company

Enclosure(s): Abilities Form
APS LTD

REF #1989621

Lincoln Financial Group®

Please Return Response To:
**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765

# ABILITIES FORM

Patient Name: Sherman Carter  Date of Birth: _

Occupation: ______  Claim Number: 1150128075

Date of Last Office Visit: ______  Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: ______  Date: ______

Provider Printed Name: ______  Degree: ☐ MD ☐ DO Other______

Specialty: ______  Phone: ______

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify: ______

Specific Limitations or Restrictions not noted above: ______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: ______  Date: ______

Provider Printed Name: ______  Degree: ☐ MD ☐ DO Other______

Specialty: ______  Phone: ______

Address: _ ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #1989621

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by__________________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Sherman Carter

Date of Birth:

When did symptoms first appear or accident happen?

Has patient ever had same or similar condition? Yes No If yes, state when and describe.

(a) Diagnosis (including ICD Code(s))

(b) Subjective Findings

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

(a) Date of First visit

(b) Date of Last visit

(c) Frequency of visits
Weekly
Monthly
Other (specify)

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.

(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)

Class 1(No limitation) Class 2 (Slight limitation)

Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit)____________________ systolic/diastolic

Has patient Recovered? Improved? Unchanged? Retrogressed?

(b) Has patient been hospital confined? Yes No

If Yes, give Name and Address of Hospital

Confined from ______________ to ______________

REF #1989621

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job Yes No
Any other work Yes No

(b) Date you are medically certifying patient unable to work.

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months Never
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.

Yes No If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

Bathing ____________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
Dressing ____________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
Toileting ____________ (getting to, from, on and off toilet; and performing related personal hygiene)
Transferring ____________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
Continence ____________ (voluntarily maintaining control of bladder and bowel function)
Eating ____________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation?

(b) Can present job be modified to allow for handling with impairment? Yes No

(c) When could patient return to work? ______________________

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

Restrictions and Limitations

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name **(Attending Physician)** Print Degree Telephone Number

Street Address City or Town State Zip Code

Signature **(By Physician)** Date

REF #1989621

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #1924247

Lincoln Financial Group®

APR 24 2017

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☒ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Carter, Sherman Date of Birth: ______

Other Names Used: ______ Social Security Number: ______

**Description of the information to be disclosed:**

☒ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ______

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ______ Relationship to claimant: ______

Address: ______ Phone: ______

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: Sherman Carter Date: 04-19-17

00000079 LFPA4KT1 00000918

Sherman Carter

MEMPHIS TN 380
21 APR 2017 PM 5 L




The Lincoln National Life Insurance Co.
8801 Indian Hills Drive
Omaha, NE 68114-4066

APR 24 2017

68114-406699

REF #1924247

# EDUCATIONAL BACKGROUND FORM

In order to continue the evaluation of your claim, we need some additional information. If you have any questions, please do not hesitate to contact us.

Name Sherman Carter Claim # 1150128075

Policy # 00001004922000000

Email Address: @yahoo.com

1. Did you graduate from high school? (Y) or N If no, grade completed? ______

2. Did you attend college? (Y) or N Did you graduate? Y or (N)

List Degree(s) earned None

Name of College Motlow State Community College

Major(s) Business

3. Do you have any other formal or vocational training? Y or (N) Please list ______

4. Were you in the military? Y or (N) ______
Branch Rank Specialty

00000079 LFPA4KT1 00000922

5. WORK EXPERIENCE
Please list your work experience beginning with your most recent employer in chronological order. Feel free to use the back of this form if you need additional space.

Employer A.S. Bardett Job Title Driver

Dates Worked 8/2012 — 8/2015

Duties & Responsibilities Delivering product unloading cases in stores and stocking.

Employer Three Way Trucking Job Title Forklift Driver

Dates Worked 2/2005 – 6/2012

Duties & Responsibilities loaded trucks

Employer Comp. Cam Job Title machinist

REF #1924247

Dates Worked 2/2003 - 1/2005

Duties & Responsibilities Bored blocks and Broke Down motors.

Employer Stanley Johnson Trucking Job Title Driver

Dates Worked 12/01 - 1/2003

Duties & Responsibilities Transported freight to and from assigned locations. Documented freight received and Delivered.

6. List any additional courses you have taken, any hobbies and special skills and any languages you speak fluently. (Please be specific such as sales, carpentry, auto repair, etc.)

None

The above statements are true and correct to the best of my knowledge.

Signature Sherman Carter

Date 04-19-17

00000079 LFPA4KT1 00000923

Sherman Carter

MEMPHIS TN 380
21 APR 2017 PM 5 L




The Lincoln National Life Insurance Co.
8801 Indian Hills Drive
Omaha, NE 68114-4066

APR 24 2017

68114-406699

REF #1924247

Lincoln Financial Group®

APR 24 2017

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☒ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Carter, Sherman Date of Birth: ___

Other Names Used: ___ Social Security Number

**Description of the information to be disclosed:**

☒ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ___

00000079 LFPA4KT1 00000918

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ___ Relationship to claimant: ___

Address: ___ Phone: ___

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: Sherman Carter Date: 04-19-17

REF #1924247

# EDUCATIONAL BACKGROUND FORM

In order to continue the evaluation of your claim, we need some additional information. If you have any questions, please do not hesitate to contact us.

Name Sherman Carter Claim # 1150128075

Policy # 00001004922000000

Email Address: @yahoo.com

1. Did you graduate from high school? (Y) or N If no, grade completed? ______

2. Did you attend college? (Y) or N Did you graduate? Y or (N)

   List Degree(s) earned NONE

   Name of College Motlow State Community College

   Major(s) Business

3. Do you have any other formal or vocational training? Y or (N) Please list ______

4. Were you in the military? Y or (N) ______ Branch Rank Specialty

5. WORK EXPERIENCE
Please list your work experience beginning with your most recent employer in chronological order. Feel free to use the back of this form if you need additional space.

Employer A.S. Barbett Job Title Driver

Dates Worked 8/2012 — 8/2015

Duties & Responsibilities Delivering product unloading cases in stores and stacking.

Employer Three Way Trucking Job Title Forklift Driver

Dates Worked 2/2005 — 6/2012

Duties & Responsibilities loaded trucks

Employer Comp. Cam Job Title machinist



00000079 LFPA4KT1 00000922

REF #1924247

Dates Worked 2/2003 - 1/2005

Duties & Responsibilities Bored blocks and Broke Down motors.

Employer Stanley Johnson Trucking Job Title Driver

Dates Worked 12/01 - 1/2003

Duties & Responsibilities Transported freight to and from assigned locations. Documented freight received and Delivered.

6. List any additional courses you have taken, any hobbies and special skills and any languages you speak fluently. (Please be specific such as sales, carpentry, auto repair, etc.)

None

The above statements are true and correct to the best of my knowledge.

Signature Sherman Carter

Date 04-19-17

00000079 LFPA4KT1 00000923

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

To: Lincoln Financial Group From: Dr. Lee Faulkner/

Fax: 877-843-3950 Pages:

Phone: Date: 4/13/17

Re: CC:

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

***Confidential Information:*** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

Apr 13 17 08:43a Physicians of Hearts 901-682-7243 p.2

LFG Omaha Fax 4/12/2017 11:40:03 AM PAGE 2/004 Fax Server

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

April 12, 2017

LEE FAULKNER MD
RELEASE OF INFORMATION
6005 PARK AVE STE 702
MEMPHIS, TN 38119

Re: Policy Number: 000010049220000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 4/1/2017 to present |
| Diagnostic Test Results | 4/1/2017 to present |

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Below are the state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

Payment instructions:

| Qty | | Description | Unit Price | Line Total |
|---|---|---|---|---|
| | | Processing Fee | | $20.00 |
| | | Pages - | | |
| | | Actual Postage | | |
| | | Tax Identification Number | TIN- | 262142945 |
| | | | Total | 20.00 |

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950.**

## Payment Options:

☑ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

*Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account*

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

*Name of Financial Institution:* ______________________

Routing Number: ______________________

Account Number: ______________________

*Authorized Signature* ______________________ Date: ______________________

☐ ***Checks Only*** *(Please note that pre-payment via check could delay payment by up to 30 days)*

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sherry Miller
Assisting on behalf of Veedis Kimble
800-423-2765 *3033
Coordinator, Medical Records
The Lincoln National Life Insurance Company

**Physicians of Hearts**
6005 Park Ave. Suite 702
Memphis, TN 38119
Office: (901) 682-7241 | Fax: (901) 682-7243

# Progress Notes

Carter, Sherman
**Patient ID:** CARSH000
**DOB:**
**Age:** 50 years **Gender:** M

04/03/2017

---

**Date:** 04/03/17 : 04:04pm
**Title: FOLLOW UP OFFICE VISIT**

**Date**: 04/03/17
**Name**: Sherman Carter
**Date of Birth**:
**Referred By**:

**Vital Signs**:
Bp: 140/70

**Subjective**:
This 50 year old male presents for follow up visit. He denies chest pain and has had no shortness of breath. .

**Physical Examination**:
Head: normocephalic, atraumatic
Eyes: conjunctiva clear, EOM intact, PERRL.
Neck: Supple without lymphadenopathy.
Throat: no erythema, exudates or lesions.
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.
Heart: RRR, no murmur
Chest wall: No swelling, ecchymosis, erythema or deformity.
Abdomen: Soft, NT/ND, no HSM, no masses.
Extremities: No deformities, clubbing, cyanosis, or edema.
CNS: No focal deficits

**Impression**:
**Major Problem:** Cardiomyopathy : ICD10 = I42.9 / ICD9 = 425.4 / SNOMED = 85898001
**Major Problem:** Arterial hypertension : ICD10 = I10 / ICD9 = 401.1 / SNOMED = 59621000
**Major Problem:** Ventricular tachycardia : ICD10 = I47.2 / ICD9 = 427.1 / SNOMED = 25569003

**Data**: Interrogation of AICD -Non sustained V tach

**EKG** - Sinus bradycardia rate 59, Nonspecific Twave abnormality

**Plan**:
*Interrogation of AICD (complete)*

Continue current medication(s)

**Follow-up**: 3 months

25 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
**Visit Time:** 25

**Visit Time:** 30

**Procedure:** *Office Visit Level 4 : 99214*

## Progress Notes

Carter, Sherman
**Patient ID:** CARSH000
**DOB:**
**Age:** 50 years **Gender:** M

**Physicians of Hearts**
6005 Park Ave. Suite 702
Memphis, TN 38119
Office: (901) 682-7241 | Fax: (901) 682-7243

04/03/2017

---

# SIGNED BY Lee E Faulkner, MD (LF) 04/03/2017 04:18PM
# REVISED BY Lee E Faulkner, MD (LF) 04/03/2017 07:14PM

**Physicians of Hearts**
6005 Park Ave. Suite 702
Memphis, TN 38119
Office: (901) 682-7241 | Fax: (901) 682-7243

# Progress Notes

Carter, Sherman
**Patient ID:** CARSH000
**DOB:**
**Age:** 50 years **Gender:** M

04/03/2017

---

**Date:** 04/03/17 : 04:04pm
**Title: FOLLOW UP OFFICE VISIT**

**Date**: 04/03/17
**Name**: Sherman Carter
**Date of Birth**:
**Referred By**:

**Vital Signs**:
Bp: 140/70

**Subjective**:
This 50 year old male presents for follow up visit. He denies chest pain and has had no shortness of breath.

**Physical Examination**:
Head: normocephalic, atraumatic
Eyes: conjunctiva clear, EOM intact, PERRL.
Neck: Supple without lymphadenopathy.
Throat: no erythema, exudates or lesions.
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.
Heart: RRR, no murmur
Chest wall: No swelling, ecchymosis, erythema or deformity.
Abdomen: Soft, NT/ND, no HSM, no masses.
Extremities: No deformities, clubbing, cyanosis, or edema.
CNS: No focal deficits

**Impression**:
**Major Problem:** Cardiomyopathy : ICD10 = I42.9 / ICD9 = 425.4 / SNOMED = 85898001
**Major Problem:** Arterial hypertension : ICD10 = I10 / ICD9 = 401.1 / SNOMED = 59621000
**Major Problem:** Ventricular tachycardia : ICD10 = I47.2 / ICD9 = 427.1 / SNOMED = 25569003

**Data:** Interrogation of AICD -Non sustained V tach

**EKG** - Sinus bradycardia rate 59, Nonspecific Twave abnormality

**Plan**:
Interrogation of AICD (complete)

Continue current medication(s)

**Follow-up:** 3 months

25 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
**Visit Time:** 25

**Visit Time:** 30

**Procedure:** Office Visit Level 4 : 99214

**Physicians of Hearts**
6005 Park Ave. Suite 702
Memphis, TN 38119
Office: (901) 682-7241 | Fax: (901) 682-7243

**Progress Notes**
Carter, Sherman
**Patient ID:** CARSH000
**DOB:**
**Age:** 50 years **Gender:** M

04/03/2017

---

\# SIGNED BY Lee E Faulkner, MD (LF) 04/03/2017 04:18PM
\# REVISED BY Lee E Faulkner, MD (LF) 04/03/2017 07:14PM

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

**Physicians of Hearts**

# Fax:

To: Lincoln Financial Group From: Dr. Lee Faulkner/

Fax: 877-843-3950 Pages:

Phone: Date: 4/13/17

Re: CC:

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

**Confidential Information:** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

April 12, 2017

LEE FAULKNER MD
RELEASE OF INFORMATION
6005 PARK AVE STE 702
MEMPHIS, TN 38119

Re: Policy Number: 000010049220000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 4/1/2017 to present |
| Diagnostic Test Results | 4/1/2017 to present |

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Below are the state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

Payment instructions:

| Qty | | Description | Unit Price | Line Total |
|---|---|---|---|---|
| | | Processing Fee | | $ 20.00 |
| | | Pages - | | |
| | | Actual Postage | | |
| | | Tax Identification Number | TIN- | 262142945 |
| | | | Total | 20.00 |

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

To: Lincoln Financial Group From: Dr. Lee Faulkner/

Fax: 877-843-3950 Pages:

Phone: Date: 4/13/17

Re: CC:

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

***Confidential Information:*** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

*The Lincoln National Life Insurance Company*
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

April 12, 2017

LEE FAULKNER MD
RELEASE OF INFORMATION
6005 PARK AVE STE 702
MEMPHIS, TN 38119

Re: Policy Number: 000010049220000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 4/1/2017 to present |
| Diagnostic Test Results | 4/1/2017 to present |

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Below are the state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

Payment instructions:

| Qty | | Description | Unit Price | Line Total |
|---|---|---|---|---|
| | | Processing Fee | | $20.00 |
| | | Pages - | | |
| | | Actual Postage | | |
| | | Tax Identification Number | TIN- | 262142845 |
| | | | Total | 20.00 |

©2017 Lincoln National Corporation www.lincoln4benefits.com
*Lincoln Financial Group* is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950.**

## Payment Options:

☑ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

*Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.*

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

*Name of Financial Institution:* ______________________________

Routing Number: ______________________________

Account Number: ______________________________

*Authorized Signature* ______________________________ Date: ______________________

☐ ***Checks Only*** *(Please note that pre-payment via check could delay payment by up to 30 days)*

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sherry Miller
Assisting on behalf of Veedis Kimble
800-423-2765 *3033
Coordinator, Medical Records
The Lincoln National Life Insurance Company

**Physicians of Hearts**
6005 Park Ave. Suite 702
Memphis, TN 38119
Office: (901) 682-7241 | Fax: (901) 682-7243

**Progress Notes**
Carter, Sherman
**Patient ID:** CARSH000
**DOB:**
**Age:** 50 years **Gender:** M

04/03/2017

---

**Date:** 04/03/17 : 04:04pm
**Title: FOLLOW UP OFFICE VISIT**

**Date**: 04/03/17
**Name**: Sherman Carter
**Date of Birth**:
**Referred By**:

**Vital Signs**:
Bp: 140/70

**Subjective**:
This 50 year old male presents for follow up visit. He denies chest pain and has had no shortness of breath. .

**Physical Examination**:
Head: normocephalic, atraumatic
Eyes: conjunctiva clear, EOM intact, PERRL.
Neck: Supple without lymphadenopathy.
Throat: no erythema, exudates or lesions.
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.
Heart: RRR, no murmur
Chest wall: No swelling, ecchymosis, erythema or deformity.
Abdomen: Soft, NT/ND, no HSM, no masses.
Extremities: No deformities, clubbing, cyanosis, or edema.
CNS: No focal deficits

**Impression**:
**Major Problem:** Cardiomyopathy : ICD10 = I42.9 / ICD9 = 425.4 / SNOMED = 85898001
**Major Problem:** Arterial hypertension : ICD10 = I10 / ICD9 = 401.1 / SNOMED = 59621000
**Major Problem:** Ventricular tachycardia : ICD10 = I47.2 / ICD9 = 427.1 / SNOMED = 25569003

**Data**: Interrogation of AICD -Non sustained V tach

**EKG** - *Sinus bradycardia rate 59, Nonspecific Twave abnormality*

**Plan**:
*Interrogation of AICD (complete)*

Continue current medication(s)

**Follow-up**: 3 months

25 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
**Visit Time:** 25

**Visit Time:** 30

**Procedure:** *Office Visit Level 4 : 99214*

**Progress Notes**
Carter, Sherman
**Patient ID:** CARSH000
**DOB:**
**Age:** 50 years **Gender:** M

**Physicians of Hearts**
6005 Park Ave. Suite 702
Memphis, TN 38119
Office: (901) 682-7241 | Fax: (901) 682-7243

04/03/2017

---

\# SIGNED BY Lee E Faulkner, MD (LF) 04/03/2017 04:18PM
\# REVISED BY Lee E Faulkner, MD (LF) 04/03/2017 07:14PM

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

To: Lincoln Financial Group From: Dr. Lee Faulkner/

Fax: 877-843-3950 Pages:

Phone: Date: 4/13/17

Re: CC:

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

**Confidential Information:** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

April 12, 2017

LEE FAULKNER MD
RELEASE OF INFORMATION
6005 PARK AVE STE 702
MEMPHIS, TN 38119

Re: Policy Number: 000010049220000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 4/1/2017 to present |
| Diagnostic Test Results | 4/1/2017 to present |

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Below are the state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

Payment instructions:

| Qty | | Description | Unit Price | Line Total |
|---|---|---|---|---|
| | | Processing Fee | | $20.00 |
| | | Pages - | | |
| | | Actual Postage | | |
| | | Tax Identification Number | TIN- | 262142945 |
| | | | Total | 20.00 |

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

**Physicians of Hearts**
6005 Park Ave. Suite 702
Memphis, TN 38119
Office: (901) 682-7241 | Fax: (901) 682-7243

# Progress Notes

Carter, Sherman
**Patient ID:** CARSH000
**DOB:**
**Age:** 50 years **Gender:** M

04/03/2017

---

**Date:** 04/03/17 : 04:04pm
**Title: FOLLOW UP OFFICE VISIT**

**Date**: 04/03/17
**Name**: Sherman Carter
**Date of Birth**:
**Referred By**:

**Vital Signs**:
Bp: 140/70

**Subjective**:
This 50 year old male presents for follow up visit. He denies chest pain and has had no shortness of breath.

**Physical Examination**:
Head: normocephalic, atraumatic
Eyes: conjunctiva clear, EOM intact, PERRL.
Neck: Supple without lymphadenopathy.
Throat: no erythema, exudates or lesions.
Lungs: CTA bilaterally, no wheezes, rhonchi, rales. Breathing unlabored.
Heart: RRR, no murmur
Chest wall: No swelling, ecchymosis, erythema or deformity.
Abdomen: Soft, NT/ND, no HSM, no masses.
Extremities: No deformities, clubbing, cyanosis, or edema.
CNS: No focal deficits

**Impression**:
**Major Problem:** Cardiomyopathy : ICD10 = I42.9 / ICD9 = 425.4 / SNOMED = 85898001
**Major Problem:** Arterial hypertension : ICD10 = I10 / ICD9 = 401.1 / SNOMED = 59621000
**Major Problem:** Ventricular tachycardia : ICD10 = I47.2 / ICD9 = 427.1 / SNOMED = 25569003

**Data:** Interrogation of AICD -Non sustained V tach

**EKG** - Sinus bradycardia rate 59, Nonspecific Twave abnormality

**Plan**:
Interrogation of AICD (complete)

Continue current medication(s)

**Follow-up:** 3 months

25 minutes spent with patient, greater than 50% of the office visit was dedicated to counseling, reviewing tests & labs, treatment options and follow up plans.
**Visit Time:** 25

**Visit Time:** 30

**Procedure:** Office Visit Level 4 : 99214

**Physicians of Hearts**
6005 Park Ave. Suite 702
Memphis, TN 38119
Office: (901) 682-7241 | Fax: (901) 682-7243

**Progress Notes**
Carter, Sherman
**Patient ID:** CARSH000
**DOB:**
**Age:** 50 years **Gender:** M

04/03/2017

---

\# SIGNED BY Lee E Faulkner, MD (LF) 04/03/2017 04:18PM
\# REVISED BY Lee E Faulkner, MD (LF) 04/03/2017 07:14PM

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

April 12, 2017

LEE FAULKNER MD
RELEASE OF INFORMATION
6005 PARK AVE STE 702
MEMPHIS, TN 38119

Re: Policy Number: 00001004922000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 4/1/2017 to present |
| Diagnostic Test Results | 4/1/2017 to present |

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Below are the state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: __________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Sherry Miller
Assisting on behalf of Veedis Kimble
800-423-2765 *3033
Coordinator, Medical Records
The Lincoln National Life Insurance Company

REF #1574581

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

OCT 31 2016

## AUTHORIZATION FOR RELEASE OF INFORMATION

☒ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Carter, Sherman Date of Birth:

Other Names Used: ______ Social Security Numbe

**Description of the information to be disclosed:**

☒ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ______

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ______ Relationship to claimant: ______

Address: ______ Phone: ______

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: Sherman Carter Date: 10/24/2016

00000264 LFPN8HD1 00000663 E

REF #1924247

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

April 10, 2017

SHERMAN CARTER

Re: Policyholder: BARDETT LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr Carter:

This letter is in reference to your claim for Long Term Disability benefits.

As you will recall in your original approval letter we advised your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation.

The Own Occupation Period begins at the end of the Elimination Period and ends 24 months later. Your Own Occupation Period will end on 11/19/2017.

At this time we are re-evaluating your claim to determine if you are Totally Disabled from any occupation. To make an appropriate determination, we will be evaluating current medical documentation and your past training, education and work experience.

Therefore, we must obtain the following information from you:

- Education Background form
- Current Authorization signed and dated -- needed to obtain copies of all medical records.
- Abilities Form – To be completed by your medical provider
- Attending Physician Statement of Disability form completed by your medical provider
- Authorization – Completed by you

Once we receive this information from you, we will assist you in obtaining the medical records from your physicians by sending a request to them directly. However, you are ultimately responsible to ensure that sufficient proof is provided in support of your claim for continuing disability beyond the Own Occupation Period. If all requested information is not provided in a

©2017 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1924247

timely manner, we may proceed with our determination based on the available information. This determination, however, may be negatively impacted if all requested and/or pertinent information is not made available for consideration during the review period. We appreciate your assistance in acquiring copies of your medical records.

We will be unable to consider benefits beyond 11/19/2017 until our investigation has been completed; therefore, please return the completed forms to our office within 30 days.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Veedis Kimble
800-423-2765 *3033
Specialist, Claims
The Lincoln National Life Insurance Company

Enclosure(s): General Authorization
Abilities Form
Educational Background Form
Abilities Form
APS LTD

REF #1924247

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☐ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle)____________________ Date of Birth:__________

Other Names Used:____________________ Social Security Number:__________

**Description of the information to be disclosed:**

☐ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ____________________

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle)____________________ Relationship to claimant:__________

Address: ____________________ Phone: __________

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign:____________________ Date:__________

REF #1924247

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765

## ABILITIES FORM

Patient Name: Sherman Carter Date of Birth: _

Occupation: ______ Claim Number: 1150128075

Date of Last Office Visit: ______ Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other______

Specialty: ______ Phone: ______

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify:______

Specific Limitations or Restrictions not noted above:______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other______

Specialty: ______ Phone: ______

Address:_ ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #1924247

# EDUCATIONAL BACKGROUND FORM

In order to continue the evaluation of your claim, we need some additional information. If you have any questions, please do not hesitate to contact us.

Name Sherman Carter Claim # 1150128075

Policy # 00001004922000000

Email Address: ______

1. Did you graduate from high school? Y or N If no, grade completed? ______

2. Did you attend college? Y or N Did you graduate? Y or N

   List Degree(s) earned ______

   Name of College ______

   Major(s) ______

3. Do you have any other formal or vocational training? Y or N Please list ______

4. Were you in the military? Y or N ______

   Branch Rank Specialty

5. WORK EXPERIENCE

Please list your work experience beginning with your most recent employer in chronological order. Feel free to use the back of this form if you need additional space.

Employer ______ Job Title ______

Dates Worked ______

Duties & Responsibilities ______

______

Employer ______ Job Title ______

Dates Worked ______

Duties & Responsibilities ______

______

Employer ______ Job Title ______

REF #1924247

Dates Worked ______________________________

Duties & Responsibilities __________________________________________________________

__________________________________________________________________________________

Employer __________________________________ Job Title ___________________________

Dates Worked ______________________________

Duties & Responsibilities __________________________________________________________

__________________________________________________________________________________

6. List any additional courses you have taken, any hobbies and special skills and any languages you speak fluently. (Please be specific such as sales, carpentry, auto repair, etc.)

__________________________________________________________________________________

__________________________________________________________________________________

__________________________________________________________________________________

The above statements are true and correct to the best of my knowledge.

Signature___________________________________

Date_______________________________

REF #1924247

Lincoln Financial Group®

**Please Return Response To:**
**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765

# ABILITIES FORM

Patient Name: Sherman Carter Date of Birth: _

Occupation: ______ Claim Number: 1150128075

Date of Last Office Visit: ______ Date of Next Office Visit: ______

☐ **The patient does not have functional/limitations or restrictions**

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other______

Specialty: ______ Phone: ______

**OR**

☐ **The patient has the following functional/limitations or restrictions:**

| Lift/Carry | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) |
|---|---|---|---|---|
| 0 - 10 lbs. | | | | |
| 11 - 20 lbs. | | | | |
| 21 - 35 lbs. | | | | |
| 36 - 50 lbs. | | | | |
| 51 - 100 lbs. | | | | |

| The patient may: | Never (0%) | Occasionally (1 - 33% of day) | Frequently (34 - 66% of day) | Constantly (67 - 100% of day) | |
|---|---|---|---|---|---|
| Sit | | | | | |
| Stand | | | | | |
| Walk | | | | | |
| Climb | | | | | |
| Bend | | | | | |
| Kneel | | | | | |
| Drive | | | | | |
| Finger | | | | | R / L / Both |
| Handle | | | | | R / L / Both |
| Operate Foot Controls | | | | | R / L / Both |
| Reach above the shoulder | | | | | R / L / Both |

Are there environmental factors that the patient should avoid? ☐Yes ☐No Specify: ______

Specific Limitations or Restrictions not noted above: ______

The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud and Warning Statements.

Provider's Signature: ______ Date: ______

Provider Printed Name: ______ Degree: ☐ MD ☐ DO Other______

Specialty: ______ Phone: ______

Address: _ ______

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

REF #1924247

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #1924247

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by__________________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Sherman Carter

Date of Birth:

When did symptoms first appear or accident happen?

Has patient ever had same or similar condition? Yes No If yes, state when and describe.

(a) Diagnosis (including ICD Code(s))

(b) Subjective Findings

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

(a) Date of First visit

(b) Date of Last visit

(c) Frequency of visits
Weekly
Monthly
Other (specify)

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)
Class 2 - Medium manual activity* (15-30%)
Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.
(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)
Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)
Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)
Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)
Class 1(No limitation) Class 2 (Slight limitation)
Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit)____________________ systolic/diastolic

Has patient Recovered? Improved? Unchanged? Retrogressed?

(b) Has patient been hospital confined? Yes No
If Yes, give Name and Address of Hospital

Confined from ______________ to ______________

REF #1924247

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

---

(a) Is patient now totally disabled?
Patient's Job Yes No
Any other work Yes No

(b) Date you are medically certifying patient unable to work.

---

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months Never
Applies to: Patient's Job Other Work

---

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.

Yes No If "yes", please explain and provide supporting medical documentation and testing:

---

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

Bathing ____________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
Dressing ____________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
Toileting ____________ (getting to, from, on and off toilet; and performing related personal hygiene)
Transferring ____________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
Continence ____________ (voluntarily maintaining control of bladder and bowel function)
Eating ____________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

---

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

---

(a) Is patient a suitable candidate for occupational rehabilitation?

---

(b) Can present job be modified to allow for handling with impairment? Yes No

---

(c) When could patient return to work? ____________________

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

---

Restrictions and Limitations

---

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name **(Attending Physician)** Print Degree Telephone Number

---

Street Address City or Town State Zip Code

---

Signature **(By Physician)** Date

---

REF #1924247

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

# Lee Edwin Faulkner, M.D.
# Physicians of Hearts, P.L.L.C.
# CARDIOLOGY

**Name:** Carter, Sherman
**Date of Visit:** 09/29/2016
**Referred by:**

**Date of Birth:**
**Sex:** Male
**Race:** African American

**Follow up office visit**

Mr. Sherman Carter is a 49 y/o African American gentleman present for follow up visit. Mr. Carter states that he is chest pain free. He has no complaints of vomiting, dizziness, palpitation, dyspnea, orthopnea, and/or paroxysmal nocturnal dyspnea.

**Vitals: BP:** 130/90

**Physical Examination**

**Head:** Normocephalic, atraumatic
**Pupils:** Equally round, reactive to light, extra ocular muscles intact
**Neck:** Supple without any carotid bruit
**Trachea:** Midline. There is no thyromegaly
**Lungs:** Clear to auscultation and percussion
**Cardio:** Normal 1st and 2nd heart sounds. There is no S-3 or S-4 gallop
**Abdomen:** Normal abdominal bowel sounds; non-tender
**Extremities:** Revealed no evidence of clubbing, cyanosis
**CNS:** Cranial nerves II – XII are grossly intact. There are no focal or neurological deficits

**IMPRESSION:**

1. Hypertension
2. Alcoholism
3. DJD of Hip

**PLAN:**

1. ETOH cessation
2. Follow up in 6 months

Lee E. Faulkner MD

Lee E. Faulkner M.D.

Lincoln
Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

## GROUP CONTINUANCE OF DISABILITY
## (PLEASE see FRAUD NOTICES attached)

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
BARDETT LLC IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

**Attending Physician's Statement**

1. Patient's Name Sherman Carter Date of Birth ______
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any)
Cardiomyopathy, HTN
3. a) Date of First Treatment Sept 25, 2005
   b) Date of Most Recent Treatment Sept 29, 2016
   c) Frequency of Treatments Q 2 to 6 months or more
   d) Type of Treatment Rendered Medical – Cardiology
   e) Is surgery scheduled? If so, when? No
4. The patient has been continuously Totally Disabled (unable to perform regular job) from Aug 2015 to present
   The patient has been continuously Partially Disabled (some restrictions or light duty) from N/A to ______
   If the patient is still disabled, when should the patient be able to return to work? unknown
5. Remarks or Comments: ______
6. List Restrictions and Limitations: Medical therapy for now. Severe limitation
7. Physical Impairment:
   Class 1 – No limitation – capable of heavy work – No restrictions (1-10%):
   Class 2 – Medium manual activity (15 – 30%)
   Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
   Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
   ✓ Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)
8. Mental Impairments ( if applicable)
   Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
   Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
   Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
   Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
   Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date 11/21/16 (Month Day Year) Signed N Lee E Faulkner MD (Attending Physician, No Stamps, please) Degree/Specialty Cardiology

Street Address 6005 Park Ave Ste 702
City, State Memphis, TN
Phone Number 901-682-7241
Fax Number 901-682-7243

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

**Physicians of Hearts**

# Fax:

To: Lincoln National Life Ins. Company

From: Dr. Lee Faulkner/

Fax: 877-843-3950

Pages:

Phone:

Date: 11/21/14

Re:

CC:

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

**Confidential Information:** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

November 7, 2016

LEE FAULKNER MD
RELEASE OF INFORMATION
6005 PARK AVE STE 702
MEMPHIS TN 38119

Re: Policy Number: 00001004922000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2016 to Present |
| Diagnostic Test Results | 8/1/2016 to Present |

*****Please fill out all forms that are attached*****

*State Statutes for Tennessee are as follows:*
$20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. ***Hospital Records are:*** $18.00 for the first 5 pages. $.85 per pages 6 - 50.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | 20.00 |
| | Pages - | 1 | |
| | Actual Postage | | |
| ***REQUIRED*** | Tax Identification Number | TIN- | 262142995 |
| | | Total | 20.00 |

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950.**

***Payment Options:***

☑ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ______________________

Routing Number: ______________________

Account Number: ______________________

Authorized Signature: ______________________ Date: ______________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Nancy Sutherland
Claims Clerk
*Assisting on behalf of Kelly Steen*
*678 295-3045*
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

To: Lincoln National Life Ins. Company

From: Dr. Lee Faulkner/

Fax: 877-843-3950

Pages:

Phone:

Date: 11/21/14

Re:

CC:

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

**Confidential Information:** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

**GROUP CONTINUANCE OF DISABILITY**
**(PLEASE see FRAUD NOTICES attached)**

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
BARDETT LLC IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

**Attending Physician's Statement**

1. Patient's Name Sherman Carter Date of Birth
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any)
   Cardiomyopathy, HTN
3. a) Date of First Treatment Sept 25, 2005
   b) Date of Most Recent Treatment Sept 29, 2016
   c) Frequency of Treatments Q 2 to 6 months or more
   d) Type of Treatment Rendered Medical – Cardiology
   e) Is surgery scheduled? If so, when? No
4. The patient has been continuously Totally Disabled (unable to perform regular job) from Aug 2015 to present
   The patient has been continuously Partially Disabled (some restrictions or light duty) from N/A to
   If the patient is still disabled, when should the patient be able to return to work? unknown
5. Remarks or Comments:
6. List Restrictions and Limitations: Medical therapy for now. Severe limitation
7. Physical Impairment:
   - Class 1 – No limitation – capable of heavy work – No restrictions (1-10%):
   - Class 2 – Medium manual activity (15 – 30%)
   - Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
   - Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
   - ✓ Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)
8. Mental Impairments ( if applicable)
   - Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
   - Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
   - Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
   - Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
   - Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date 11/21/16 (Month Day Year) Signed N Lee E Tou[illegible] MD (Attending Physician, No Stamps, please) Degree/Specialty Cardiology

Street Address 6005 Park Ave Ste 702
City, State Memphis, TN
Phone Number 901-682-7241
Fax Number 901-682-7243

# Lee Edwin Faulkner, M.D.
# Physicians of Hearts, P.L.L.C.
# CARDIOLOGY

**Name:** Carter, Sherman
**Date of Visit:** 09/29/2016
**Referred by:**

**Date of Birth:**
**Sex:** Male
**Race:** African American

**Follow up office visit**

Mr. Sherman Carter is a 49 y/o African American gentleman present for follow up visit. Mr. Carter states that he is chest pain free. He has no complaints of vomiting, dizziness, palpitation, dyspnea, orthopnea, and/or paroxysmal nocturnal dyspnea.

**Vitals: BP:** 130/90

**Physical Examination**

**Head:** Normocephalic, atraumatic
**Pupils:** Equally round, reactive to light, extra ocular muscles intact
**Neck:** Supple without any carotid bruit
**Trachea:** Midline. There is no thyromegaly
**Lungs:** Clear to auscultation and percussion
**Cardio:** Normal 1st and 2nd heart sounds. There is no S-3 or S-4 gallop
**Abdomen:** Normal abdominal bowel sounds; non-tender
**Extremities:** Revealed no evidence of clubbing, cyanosis
**CNS:** Cranial nerves II – XII are grossly intact. There are no focal or neurological deficits

**IMPRESSION:**

1. Hypertension
2. Alcoholism
3. DJD of Hip

**PLAN:**

1. ETOH cessation
2. Follow up in 6 months

Lee E. Faulkner M.D.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

November 7, 2016

LEE FAULKNER MD
RELEASE OF INFORMATION
6005 PARK AVE STE 702
MEMPHIS TN 38119

Re: Policy Number: 00001004922000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 8/1/2016 to Present |
| Diagnostic Test Results | 8/1/2016 to Present |

*****Please fill out all forms that are attached*****

*State Statutes for Tennessee are as follows:*
$20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. ***Hospital Records are:*** $18.00 for the first 5 pages. $.85 per pages 6 - 50.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | 20.00 |
| | Pages - | 1 | |
| | Actual Postage | | |
| ***REQUIRED*** | Tax Identification Number | TIN- | 262142945 |
| | | Total | 20.00 |

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950.**

***Payment Options:***

☑ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** (Please complete the below)

Direct Deposit Agreement

Authorization Agreement

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

Account Information

Name of Financial Institution: ____________________

Routing Number: ____________________

Account Number: ____________________

Authorized Signature: ____________________ Date: ____________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Nancy Sutherland
Claims Clerk
*Assisting on behalf of Kelly Steen*
*678 295-3045*
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS

REF #1620801

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

November 8, 2016

SHERMAN CARTER

Re: Policyholder: BARDETT LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr. Carter:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

We have submitted requests for copies of office/ treatment notes, diagnostic test results, and a continuance of disability form from Dr. Faulkner for dates of service between 8/1/2016 and the present date.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:

1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1620801

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Kelly Steen
678 295-3045
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

November 7, 2016

LEE FAULKNER MD
RELEASE OF INFORMATION
6005 PARK AVE STE 702
MEMPHIS TN 38119

Re: Policy Number: 00001004922000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 8/1/2016 to Present |
| Diagnostic Test Results | 8/1/2016 to Present |

*****Please fill out all forms that are attached*****

*State Statutes for Tennessee are as follows:*
$20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. ***Hospital Records are:*** $18.00 for the first 5 pages. $.85 per pages 6 - 50.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT.**

Payment instructions:

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| ***REQUIRED*** | Tax Identification Number | TIN- | |
| | | Total | |

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **We must have your Tax Identification Number (TIN) & NPI.**
- **Please fax this remittance form and records to 877-843-3950**.

***Payment Options:***

☐ ***Credit Card***

- If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

☐ ***Direct Deposit*** *(*Please complete the below)

Direct Deposit Agreement

| Authorization Agreement |
|---|

We hereby authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to initiate automatic deposits to our account at the Financial Institution named below. We also authorize Lincoln Financial Group / The Lincoln National Life Insurance Company to make withdrawals from this account in the event that a credit entry is made in error.

Further, we agree not to hold Lincoln Financial Group / The Lincoln National Life Insurance Company responsible for any delay or loss of funds due to incorrect or incomplete information supplied by us or by our financial institution or due to an error on the part of our financial institution in depositing funds to our account.

This agreement will remain in effect until Lincoln Financial Group / The Lincoln National Life Insurance Company received a written notice of cancellation from us or our financial institution, or until we submit a new direct deposit form.

| Account Information |
|---|

Name of Financial Institution: ______________________________

Routing Number: ______________________________

Account Number: ______________________________

Authorized Signature: ________________________________________ Date: ________________________

☐ ***Checks Only*** (Please note that pre-payment via check could delay payment by up to 30 days)

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

Sincerely,

Nancy Sutherland
Claims Clerk
*Assisting on behalf of Kelly Steen*
*678 295-3045*
The Lincoln National Life Insurance Company

Enclosure(s): Group Continuance DISB APS

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

# GROUP CONTINUANCE OF DISABILITY
# (PLEASE see FRAUD NOTICES attached)

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
BARDETT LLC IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

## Attending Physician's Statement

1. Patient's Name Sherman Carter Date of Birth ____________
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any)
____________
____________
3. a) Date of First Treatment ____________
   b) Date of Most Recent Treatment ____________
   c) Frequency of Treatments ____________
   d) Type of Treatment Rendered ____________
   e) Is surgery scheduled? If so, when? ____________
4. The patient has been continuously Totally Disabled (unable to perform regular job) from ________ to ________
   The patient has been continuously Partially Disabled (some restrictions or light duty) from ________ to ________
   If the patient is still disabled, when should the patient be able to return to work? ____________
5. Remarks or Comments: ____________
____________
6. List Restrictions and Limitations: ____________
____________
7. Physical Impairment:
   Class 1 – No limitation – capable of heavy work – No restrictions (1-10%):
   Class 2 – Medium manual activity (15 – 30%)
   Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
   Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
   Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)
8. Mental Impairments ( if applicable)
   Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
   Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
   Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
   Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
   Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date ____________ (Month Day Year) Signed ____________ (Attending Physician, No Stamps, please) /Degree/Specialty ____________

Street Address ____________

City, State ____________

Phone Number ____________

Fax Number ____________

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #1574581

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

OCT 31 2016

# AUTHORIZATION FOR RELEASE OF INFORMATION

☒ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Carter, Sherman Date of Birth: ____

Other Names Used: ____ Social Security Number: ____

**Description of the information to be disclosed:**

☒ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ____

00000264 LFPN8HD1 00000663 E

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ____ Relationship to claimant: ____

Address: ____ Phone: ____

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: Sherman Carter Date: 10/24/2016

Sherman Carter

OCT 3 1 2016

MEMPHIS TN 380
25 OCT 2016 PM 3 L

BREAST CANCER
FUND THE FIGHT FIND A CURE
USA First-Class

The Lincoln National Life Ins. Co
Attention: Kelly Steen.
8801 Indian Hills Drive
Omaha, NE 68114-4066

68114-406699

REF #1574581

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

OCT 31 2016

# AUTHORIZATION FOR RELEASE OF INFORMATION

☒ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle) Carter, Sherman Date of Birth:

Other Names Used: ______ Social Security Numbe

**Description of the information to be disclosed:**

☒ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ______

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle) ______ Relationship to claimant: ______

Address: ______ Phone: ______

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign: Sherman Carter Date: 10/24/2016

00000264 LFPN8HD1 00000663 E

REF #1574581

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
Toll free (800) 423-2765
www.Lincoln4benefits.com

October 14, 2016

SHERMAN CARTER

Re: Policyholder: BARDETT LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr. Carter:

This letter is in reference to your claim for Long Term Disability benefits.

While reviewing your claim for Long Term Disability benefits, we have found that we need additional information. Please complete, sign, and date the enclosed authorization form and return it to us by 11/14/2016.

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Kelly Steen
678 295-3045
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

Enclosure: General Authorization

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1574581

**The Lincoln National Life Insurance Company**
8801 Indian Hills Drive, Omaha, NE 68114-4066
Toll free (800) 423-2765
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

☐ **Please check this box if you or your authorized representative would like to receive a copy of this form.**

I (the undersigned) authorize any physician, medical professional, or other provider of health care services, hospital, clinic, other medical or medically related facility, or insurance or reinsurance company to release information to The Lincoln National Life Insurance Company (Lincoln) in connection with a claim for benefits.

**Patient Information:** (Name of Claimant Whose Information Will Be Released)

Patient Name: (Last, First, Middle)________________ Date of Birth:________

Other Names Used:________________ Social Security Number:________

**Description of the information to be disclosed:**

☐ Entire Medical Record, including but not limited to patient histories, office notes (EXCEPT psychotherapy notes), test results, radiology studies, films, prescriptions, referrals, consults, billing records, insurance records, and other related records sent to you by other health care providers.

☐ Other: ________________

**Expiration:** This Authorization will be considered valid until the happening of the earliest following event:

1. The term of the coverage of the policy if the claim is for a health insurance benefit;
2. The duration of the claim if the claim is not for a health insurance benefit; or
3. Twelve (12) months from the date of the signature below.

**Right to Revoke:** I have the right to revoke this authorization, in writing, at any time. I understand that revocation is not effective to the extent that Lincoln has taken action in reliance on this authorization. To initiate revocation of this Authorization, direct all correspondence to Lincoln at the above address.

**Claimant Rights:**

1. I understand that the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by federal or state law. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.
2. I understand that a photocopy of this Authorization is to be considered as valid as the original.
3. I understand that I am entitled to receive a copy of this Authorization.
4. I understand that this information may be released to my employer for self-insured plans only.
5. I understand that my treatment, payment, enrollment, or eligibility for benefits will not be conditioned on whether I sign this Authorization.

**Authorized Representative Information:** Complete this section if a personal representative is authorizing disclosure of the claimant's information. A copy of a power of attorney or other court-initiated document will be required, unless parent signing for patient under 18.

Name: (Last, First, Middle)________________ Relationship to claimant:________

Address: ________________ Phone: ________

**Signature/Date:** The Claimant whose information will be released or the claimant's authorized representative must sign and date this form in order to process.

Sign:________________ Date:________

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

To: Lincoln Financial Group
From: Dr. Lee Faulkner/

Fax: 877-843-3950
Pages: 3

Phone:
Date: 10/13/16

Re:
CC:

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

**Confidential Information:** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any *distribution of the accompanying communication is prohibited.*

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

July 15, 2016

DR. LEE FAULKNER, MD
RELEASE OF INFORMATION
6005 PARK AVE
STE 702
MEMPHIS, TN 38119

Re: Policy Number: 000010049220000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 6/1/2016 to present |
| Diagnostic Test Results | 6/1/2016 to present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

****Please fill out all forms that are attached****

Below are the state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

FAXED
7/18/16 8:31p
CG

# Lee Edwin Faulkner, M.D.
# Physicians of Hearts, P.L.L.C.
# CARDIOLOGY

**Name:** Carter, Sherman
**Date of Visit:** 09/29/2016
**Referred by:**

**Date of Birth:**
**Sex:** Male
**Race:** African American

**Follow up office visit**

Mr. Sherman Carter is a 49 y/o African American gentleman present for follow up visit. Mr. Carter states that he is chest pain free. He has no complaints of vomiting, dizziness, palpitation, dyspnea, orthopnea, and/or paroxysmal nocturnal dyspnea.

**Vitals: BP:** 130/90

**Physical Examination**

**Head:** Normocephalic, atraumatic
**Pupils:** Equally round, reactive to light, extra ocular muscles intact
**Neck:** Supple without any carotid bruit
**Trachea:** Midline. There is no thyromegaly
**Lungs:** Clear to auscultation and percussion
**Cardio:** Normal 1st and 2nd heart sounds. There is no S-3 or S-4 gallop
**Abdomen:** Normal abdominal bowel sounds; non-tender
**Extremities:** Revealed no evidence of clubbing, cyanosis
**CNS:** Cranial nerves II – XII are grossly intact. There are no focal or neurological deficits

**IMPRESSION:**

1. Hypertension
2. Alcoholism
3. DJD of Hip

**PLAN:**

1. ETOH cessation
2. Follow up in 6 months

Lee E. Faulkner M.D.

REF #1406028

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

July 18, 2016

SHERMAN CARTER

Re: Policyholder: BARDETT LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr. Carter:

We wish to notify you of the need for proof of continued disability regarding your Long Term Disability claim.

**TOTAL DISABILITY BENEFIT**. The Company will pay a Total Disability Monthly Benefit to an Insured Employee, after the completion of the Elimination Period, if he or she:

1. is Totally Disabled;
2. becomes Disabled while insured for this benefit;
3. is under the Regular Care of a Physician; and
4. at his or her own expense, submits proof of continued Total Disability and Physician's care to the Company upon request.

Proof of continued Disability, Regular Care of a Physician, and any Other Income Benefits affecting the claim must be given to the Company. This must be supplied within 45 days after the Company requests it. If it is not, benefits may be denied or suspended.

We have submitted requests for copies of office/ treatment notes and diagnostic test results from Dr. Faulkner for dates of service between 6/1/2016 and the present date.

As stated in your policy, benefits are payable when proof of continued disability and regular care of a physician are given to the Company. We have made the request to your physicians on your behalf. Please see that the necessary information is submitted to our office within 30 days.

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1406028

Please contact our office with any questions you may have at the number listed below or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Kelly Steen
678 295-3045
Senior Claims Examiner, Claims
The Lincoln National Life Insurance Company

Lincoln Financial Group®

*Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.*

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

July 15, 2016

DR. LEE FAULKNER, MD
RELEASE OF INFORMATION
6005 PARK AVE
STE 702
MEMPHIS, TN 38119

Re: Policy Number: 00001004922000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| Documentation | Time Period |
|---|---|
| Office/Treatment Notes | 6/1/2016 to present |
| Diagnostic Test Results | 6/1/2016 to present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

***Please fill out all forms that are attached***

Below are the state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Payment instructions:

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN) & NPI.*** Note that pre-payment via check will delay payment by up to 30 days.
- **Credit Card Payment:** If you accept a credit card, ***payment can be made Immediately*** upon receipt of your invoice.
- **Please fax this remittance form and records to 877-843-3950.**

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Amy Young
Assisting on behalf of Kelly Steen
678 295-3045
Medical Records Administrator
The Lincoln National Life Insurance Company

Enclosure(s): APS LTD

**Lee Edwin Faulkner, M.D.**
**Physicians of Hearts, P.L.L.C.**
**CARDIOLOGY**

| | |
|---|---|
| **Name:** Sherman Carter | **Referred by:** |
| **Date of Birth:** | **Date:** 7/5/2016 |
| **Sex:** Male | **Race:** African American |

**Follow up office visit**

Mr. Sherman Carter is a 49 y/o African American gentleman who is present today for a follow up visit. Mr. Carter complains of chest pain in the middle of his chest with activity, states this last 10 minutes. He reports no other complaints at this time. He denies any shortness of breath, dizziness, palpitations, dyspnea, orthopnea, and/or paroxysmal nocturnal dyspnea.

**Vitals:** BP: 120/80 **HT:** 6'1" **WT:** 212lbs

**Physical Examination**

**Head:** Normocephalic, atraumatic
**Pupils:** Equally round, reactive to light, extra ocular muscles intact
**Neck:** Supple without any carotid bruit
**Trachea:** Midline. There is no thyromegaly
**Lungs:** Clear to auscultation and percussion
**Cardio:** Normal 1st and 2nd heart sounds. There is no S-3 or S-4 gallop
**Abdomen:** Normal abdominal bowel sounds; non-tender
**Extremities:** Revealed no evidence of clubbing, cyanosis, edema
**CNS:** Cranial nerves II – XII are grossly intact. There are no focal or neurological deficits

**IMPRESSION:**
1. Hypertension
2. Cardiomyopathy (Non-Ischemic)

**PLAN:**
1. Current Cardiac Care

____________________
Lee E. Faulkner M.D.

**Lincoln Financial Group®**

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
*toll free* (800) 423-2765
www.LincolnFinancial.com

**ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)**

*(To Avoid Delay Please Answer ALL Questions)*

(This form is to be completed without expense to the Company and returned by________________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Sherman Carter Date of Birth:

When did symptoms first appear or accident happen? Aug 2015

Has patient ever had same or similar condition? Yes (No) If yes, state when and describe.

(a) Diagnosis (including ICD Code(s))

(b) Subjective Findings

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

Severely depressed EF of 20% by Echocardiogram

(a) Date of First visit: Sept 25, 2005

(b) Date of Last visit: July 15, 2016

(c) Frequency of visits: Weekly / Monthly / ✓ Other (specify) every 2-3 months

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

*Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)*

✓ Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

*(b) Mental Impairments (if applicable)*

(a) Please define "stress" as it applies to this claimant.

(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)

*Class 1 (No limitation)* *Class 2 (Slight limitation)*

Class 3 (Marked limitation) ✓ Class 4 (Complete limitation)

(d) Blood Pressure (last visit) 120/80 *systolic/diastolic*

Has patient Recovered? Improved? ✓ Unchanged? Retrogressed?

(b) Has patient been hospital confined? Yes (No)

If Yes, give Name and Address of Hospital

Confined from ____________ to ____________

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled? (b) Date you are medically certifying patient unable to work.
Patient's Job Yes No
Any other work Yes No

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months Never
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
Yes (No - circled) If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received
- Bathing ________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
- Dressing ________ (putting on, taking off garments, braces or any artificial limbs normally worn)
- Toileting ________ (getting to, from, on and off toilet; and performing related personal hygiene)
- Transferring ________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
- Continence ________ (voluntarily maintaining control of bladder and bowel function)
- Eating ________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation?

(b) Can present job be modified to allow for handling with impairment? Yes (No - circled)

(c) When could patient return to work? unknown
Patient's Job Full-time Part-time
Any other Work Full-time Part-time

Restrictions and Limitations
Medical Therapy for now

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print: Lee E. Faulkner, MD
Degree: Medical Doctor
Telephone Number: 901-682-7241
Street Address: 6005 Park Ave, Ste. 702
City or Town: Mphs
State: TN
Zip Code: 38119
Signature (By Physician): Lee E. Faulkner, MD
Date

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

July 15, 2016

DR. LEE FAULKNER, MD
RELEASE OF INFORMATION
6005 PARK AVE
STE 702
MEMPHIS, TN 38119

Re: Policy Number: 00001004922000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 6/1/2016 to present |
| Diagnostic Test Results | 6/1/2016 to present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

****Please fill out all forms that are attached****

Below are the state statutes for Tennessee: Provider Records are: $20.00 for the first 5 pages. $.50 per page in excess of 5 pages. Actual cost of postage. If the records are delivered in an digital format the processing fee is limited to $50.00. $20.00 notarization fee for each record sent certified. Hospital Records are: $18.00 for the first 5 pages. $.85 per pages 6 - 50. $0.60 per page for pages 51 - 250. $0.35 for pages 251 & up.

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Payment instructions:

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN) & NPI.*** Note that pre-payment via check will delay payment by up to 30 days.
- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Please fax this remittance form and records to 877-843-3950**.

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Amy Young
Assisting on behalf of Kelly Steen
678 295-3045
Medical Records Administrator
The Lincoln National Life Insurance Company

Enclosure(s): APS LTD

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by__________________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Sherman Carter

Date of Birth:

When did symptoms first appear or accident happen?

Has patient ever had same or similar condition? Yes No If yes, state when and describe.

(a) Diagnosis (including ICD Code(s))

(b) Subjective Findings

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

(a) Date of First visit

(b) Date of Last visit

(c) Frequency of visits
Weekly
Monthly
Other (specify)

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.
(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)

Class 1(No limitation) Class 2 (Slight limitation)

Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit)____________________ systolic/diastolic

Has patient Recovered? Improved? Unchanged? Retrogressed?

(b) Has patient been hospital confined? Yes No

If Yes, give Name and Address of Hospital

Confined from ______________ to _______________

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job Yes No
Any other work Yes No

(b) Date you are medically certifying patient unable to work.

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months Never
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.

Yes No If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

Bathing ____________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
Dressing ____________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
Toileting ____________ (getting to, from, on and off toilet; and performing related personal hygiene)
Transferring ____________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
Continence ____________ (voluntarily maintaining control of bladder and bowel function)
Eating ____________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation?

(b) Can present job be modified to allow for handling with impairment? Yes No

(c) When could patient return to work? ______________________

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

Restrictions and Limitations

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name **(Attending Physician)** Print Degree Telephone Number

Street Address City or Town State Zip Code

Signature **(By Physician)** Date

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group℠

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department oflabor;acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: CARTER (Last) SHERMAN (First) (Middle)

   Date of Birth: ______ Social Security Number: ______

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization; or
   2. the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** Sherman Carter **DATE:** 10-09-15

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street) PHONE NO: ______

______ (City) (State) (Zip Code)

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

To: Kelly Stern From: Dr. Lee Faulkner/

Fax: 1877-843-3950 Pages:

Phone: Date:

Re: Carter, Sherman CC:

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

**Confidential Information:** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

# Lee Edwin Faulkner, M.D.
## Physicians of Hearts, P.L.L.C.
## CARDIOLOGY

| | |
|---|---|
| **Name:** Sherman Carter | **Referred By:** |
| **Date of Birth:** | **Date:** 2/11/2016 |
| **Sex:** Male | **Race:** African American |

### History & Physical

**HISTORY OF PRESENT ILLNESS:** Mr. Sherman Carter is a 49 y/o African American gentleman who presents for cardiac evaluation. Mr. Carter complains of chest pain on the left side of his chest and shortness of breath with over exertion. He reports no other complaints at this time. He denies any nausea, dizziness, vomiting, palpitations, orthopnea, paroxysmal nocturnal dyspnea and/or edema.

**PAST MEDICAL HISTORY:** Not Pertinent

**FAMILY MEDICAL HISTORY:** Hypertension

**SOCIAL HISTORY:** (-) ETOH (-) Tobacco

**ALLERGIES:** NKDA

**MEDICATIONS:** Carvedilol 3.125 mg twice a day, Lisinopril/HCTZ 10/12.5 mg daily

**REVIEW OF SYSTEMS:**

**GENERAL:** No lethargy, malaise, insomnia
**PSYCH:** No sadness, crying, outbursts, confusion
**NEURO:** No seizures, tremors, weakness, numbness
**HEENT:** No headaches, vision changes, hearing loss, sore throat
**CV:** No chest pain, palpitations, edema, orthopnea or PND
**RESP:** No shortness of breath, cough or wheezes.
**GI:** No nausea, vomiting, diarrhea, constipation, indigestion
**GU:** No dysuria, urgency, frequency, incontinence
**MS:** No joint/ muscle pains
**SKIN:** No rash, itching
**ENDO:** No polyuria, excessive thirst, weight loss/gain

**PHYSICAL EXAMINATION: BP:** 124/88 **HT:** 6'0" **WT:** 221lbs

**Head:** Normocephalic, atraumatic
**Pupils:** Equally round, reactive to light, extra ocular muscles intact
**Neck:** Supple without any carotid bruit
**Trachea:** Midline. There is no thyromegaly
**Lungs:** Clear to auscultation and percussion
**Cardio:** Normal 1st and 2nd heart sounds. There is no S-3 or S-4 gallop
**Abdomen:** Normal abdominal bowel sounds; non-tender
**Extremities:** Revealed no evidence of clubbing, cyanosis or edema
**CNS:** Cranial nerves II – XII are grossly intact. There are no focal or neurological deficits

**IMPRESSION:**

1. S/P AICD
2. Non Ischemic Cardiomyopathy
3. Hypertension

**PLAN:**

1. Current Cardiac Care
2. Follow up in 4 months

____________________________

Lee E. Faulkner M.D.

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

May 10, 2016

DR. LEE FAULKNER, MD
RELEASE OF INFORMATION
6005 PARK AVE
STE 702
MEMPHIS, TN 38119

Re: Policy Number: 00001004922000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 2/15/2016 to present |
| Diagnostic Test Results | 2/15/2016 to present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

State Statutes for Tennessee are as follows:
The party requesting the records shall be responsible for the reasonable costs of copying and mailing the records. Reasonable cost for medical records shall be $20.00 for medical records that are 40 pages or less. $0.25 per page after page 40. The actual cost of postage shall be charged. For hospitals, a reasonable charge may be charged. A reasonable charge for hospitals is: $18 maximum retrieval fee and for Pages 1-5. $0.85 per page for Pages 6-50. $0.60 per page for Pages 51-250. And $0.35 per page for Pages 251 & up.

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Payment instructions:

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN) & NPI.*** Note that pre-payment via check will delay payment by up to 30 days.
- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Please fax this remittance form and records to 877-843-3950**.

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Virginia Hoffman
Assisting on behalf of Kelly Steen
678 295-3045
Coordinator, Administrative Services
The Lincoln National Life Insurance Company

Lincoln Financial Group℠

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department oflabor;acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: CARTER (Last) SHERMAN (First) ______ (Middle)

Date of Birth: ______ Social Security Number: ______

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company
PO Box 2609
Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization; or
   2. the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** Sherman Carter **DATE:** 10-09-15

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street) PHONE NO: ______

______ (City) ______ (State) ______ (Zip Code)

**Lee Edwin Faulkner, M.D.**
**Physicians of Hearts, P.L.L.C.**
**CARDIOLOGY**

| | |
|---|---|
| **Name:** Sherman Carter | **Referred By:** |
| **Date of Birth:** | **Date:** 2/11/2016 |
| **Sex:** Male | **Race:** African American |

**History & Physical**

**HISTORY OF PRESENT ILLNESS:** Mr. Sherman Carter is a 49 y/o African American gentleman who presents for cardiac evaluation. Mr. Carter complains of chest pain on the left side of his chest and shortness of breath with over exertion. He reports no other complaints at this time. He denies any nausea, dizziness, vomiting, palpitations, orthopnea, paroxysmal nocturnal dyspnea and/or edema.

**PAST MEDICAL HISTORY:** Not Pertinent

**FAMILY MEDICAL HISTORY:** Hypertension

**SOCIAL HISTORY:** (-) ETOH (-) Tobacco

**ALLERGIES:** NKDA

**MEDICATIONS:** Carvedilol 3.125 mg twice a day, Lisinopril/HCTZ 10/12.5 mg daily

**REVIEW OF SYSTEMS:**

**GENERAL:** No lethargy, malaise, insomnia
**PSYCH:** No sadness, crying, outbursts, confusion
**NEURO:** No seizures, tremors, weakness, numbness
**HEENT:** No headaches, vision changes, hearing loss, sore throat
**CV:** No chest pain, palpitations, edema, orthopnea or PND
**RESP:** No shortness of breath, cough or wheezes.
**GI:** No nausea, vomiting, diarrhea, constipation, indigestion
**GU:** No dysuria, urgency, frequency, incontinence
**MS:** No joint/ muscle pains
**SKIN:** No rash, itching
**ENDO:** No polyuria, excessive thirst, weight loss/gain

**PHYSICAL EXAMINATION: BP:** 124/88 **HT:** 6'0" **WT:** 221lbs

**Head:** Normocephalic, atraumatic
**Pupils:** Equally round, reactive to light, extra ocular muscles intact
**Neck:** Supple without any carotid bruit
**Trachea:** Midline. There is no thyromegaly
**Lungs:** Clear to auscultation and percussion
**Cardio:** Normal 1st and 2nd heart sounds. There is no S-3 or S-4 gallop
**Abdomen:** Normal abdominal bowel sounds; non-tender
**Extremities:** Revealed no evidence of clubbing, cyanosis or edema
**CNS:** Cranial nerves II – XII are grossly intact. There are no focal or neurological deficits

**IMPRESSION:**

1. S/P AICD
2. Non Ischemic Cardiomyopathy
3. Hypertension

**PLAN:**

1. Current Cardiac Care
2. Follow up in 4 months

____________________________
Lee E. Faulkner M.D.

# Lee Edwin Faulkner, M.D.
## Physicians of Hearts, P.L.L.C.
## CARDIOLOGY

| | |
|---|---|
| **Name:** Sherman Carter | **Referred By:** |
| **Date of Birth:** | **Date:** 11/10/2015 |
| **Sex:** Male | **Race:** African American |

### History & Physical

**HISTORY OF PRESENT ILLNESS:** Mr. Sherman Carter is a 48 y/o African American gentleman who presents for cardiac evaluation and clearance for left hip replacement. Mr. Carter reports no complaints at this time. He denies any chest pain, shortness of breath, nausea, dizziness, vomiting, palpitations, orthopnea, paroxysmal nocturnal dyspnea and/or edema.

**PAST MEDICAL HISTORY:** Not Pertinent

**FAMILY MEDICAL HISTORY:** Hypertension

**SOCIAL HISTORY:** (-) ETOH (-) Tobacco

**ALLERGIES:** NKDA

**MEDICATIONS:** Did not bring

**REVIEW OF SYSTEMS:**

**GENERAL:** No lethargy, malaise, insomnia
**PSYCH:** No sadness, crying, outbursts, confusion
**NEURO:** No seizures, tremors, weakness, numbness
**HEENT:** No headaches, vision changes, hearing loss, sore throat
**CV:** No chest pain, palpitations, edema, orthopnea or PND
**RESP:** No shortness of breath, cough or wheezes.
**GI:** No nausea, vomiting, diarrhea, constipation, indigestion
**GU:** No dysuria, urgency, frequency, incontinence
**MS:** No joint/ muscle pains
**SKIN:** No rash, itching
**ENDO:** No polyuria, excessive thirst, weight loss/gain

**PHYSICAL EXAMINATION: BP:** 130/90

**Head:** Normocephalic, atraumatic
**Pupils:** Equally round, reactive to light, extra ocular muscles intact
**Neck:** Supple without any carotid bruit
**Trachea:** Midline. There is no thyromegaly
**Lungs:** Clear to auscultation and percussion
**Cardio:** Normal 1st and 2nd heart sounds. There is no S-3 or S-4 gallop
**Abdomen:** Normal abdominal bowel sounds; non-tender
**Extremities:** Revealed no evidence of clubbing, cyanosis or edema
**CNS:** Cranial nerves II – XII are grossly intact. There are no focal or neurological deficits

**IMPRESSION:**

1. S/P AICD
2. Cardiomyopathy

**PLAN:**

1. Current Cardiac Care
2. Follow up in 3 months

______________________________
Lee E. Faulkner M.D.

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

To: ______ From: Dr. Lee Faulkner/

Fax: 1-877-843-3950 Pages: ______

Phone: ______ Date: ______

Re: Carter, Sherman CC: ______

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

FAXED
4/12/10 3:27P

Confidential Information: The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

Lincoln Financial Group®

The Lincoln National Life I[illegible]ance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

**ATTENDING PHYSICIAN'S STATEMENT -**
**DISABILITY (PLEASE see FRAUD NOTICES attached)**

(To Avoid Delay Please Answer ALL Questions)
(This form is to be completed without expense to the Company and returned by ________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Date of Birth:

Sherman Carter

When did symptoms first appear or accident happen?

Aug. 2015

Has patient ever had same or similar condition? Yes (No) If yes, state when and describe.

(a) Diagnosis (including ICD Code(s))

(b) Subjective Findings

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

Severely depressed EF of 20% by echocardiogram

(a) Date of First visit: Sept. 25, 2005

(b) Date of Last visit: Feb 11, 2016

(c) Frequency of visits: Weekly / Monthly / ✓ Other (specify) every 2-3 months

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.

(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)

Class 1 (No limitation) Class 2 (Slight limitation)

Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit) 124 / 88 systolic/diastolic

Has patient Recovered? Improved? Unchanged? Retrogressed?

(b) Has patient been hospital confined? Yes (No)

If Yes, give Name and Address of Hospital

Confined from ________ to ________

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled? (b) Date you are medically certifying patient unable to work

Patient's Job Yes No

Any other work Yes No

(c) When do you expect a fundamental or marked change in the future?

1 Month 1-3 Months 3-6 Months Never

Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.

Yes (No) If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

Bathing ________ (washing self in tub, shower or by sponge bath, with or w/o equipment)

Dressing ________ (putting on, taking off garmets, braces or any artificial limbs normally worn)

Toileting ________ (getting to, from, on and off toilet; and performing related personal hygiene)

Transferring ________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)

Continence ________ (voluntarily maintaining control of bladder and bowel function)

Eating ________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?

Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation?

(b) Can present job be modified to allow for handling with impairment? Yes (No)

(c) When could patient return to work? Unknown

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

Restrictions and Limitations Medical Therapy for now

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Name (Attending Physician) Print | Degree | Telephone Number |
|---|---|---|
| Lee E. Faulkner, | MD | 901-682-1241 |

| Street Address | City or Town | State | Zip Code |
|---|---|---|---|
| 6005 Park Ave Ste 702 | Mphs | TN | 38119 |

Signature (By Physician) Lee E Faulkner MD Date

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

To: From: Dr. Lee Faulkner/

Fax: 1-877-843-3950 Pages:

Phone: Date:

Re: Carter, Sherman CC:

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

FAXED
4/12/10 3:27P
(D)

**Confidential Information:** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

Lincoln Financial Group®

The Lincoln National Life I[illegible]ance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

**ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)**

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by________________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Sherman Carter Date of Birth:

When did symptoms first appear or accident happen? Aug. 2015

Has patient ever had same or similar condition? Yes (No) If yes, state when and describe.

(a) Diagnosis (including ICD Code(s))

(b) Subjective Findings

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

Severely depressed EF of 20% by echocardiogram

(a) Date of First visit Sept. 25, 2005

(b) Date of Last visit Feb 11, 2016

(c) Frequency of visits
Weekly
Monthly
✓ Other (specify) every 2-3 months

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.

(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)
Class 1 (No limitation) Class 2 (Slight limitation)
Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit) 124 / 88 systolic/diastolic

Has patient Recovered? Improved? Unchanged? Retrogressed?

(b) Has patient been hospital confined? Yes (No)
If Yes, give Name and Address of Hospital

Confined from __________ to __________

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled? (b) Date you are medically certifying patient unable to work.
Patient's Job Yes No
Any other work Yes No

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months Never
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
Yes (No) If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

Bathing ________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
Dressing ________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
Toileting ________ (getting to, from, on and off toilet; and performing related personal hygiene)
Transferring ________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
Continence ________ (voluntarily maintaining control of bladder and bowel function)
Eating ________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation?

(b) Can present job be modified to allow for handling with impairment? Yes (No)

(c) When could patient return to work? Unknown
Patient's Job Full-time Part-time
Any other Work Full-time Part-time

Restrictions and Limitations Medical Therapy for now

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print: Lee E. Faulkner Degree: MD Telephone Number: 901-682-1244

Street Address: 6005 Park Ave Ste 702 City or Town: Mphs State: TN Zip Code: 38119

Signature (By Physician): Lee E. Faulkner MD Date:

# Lee Edwin Faulkner, M.D.
## Physicians of Hearts, P.L.L.C.
## CARDIOLOGY

| | |
|---|---|
| **Name:** Sherman Carter | **Referred By:** |
| **Date of Birth:** | **Date:** 2/11/2016 |
| **Sex:** Male | **Race:** African American |

**History & Physical**

**HISTORY OF PRESENT ILLNESS:** Mr. Sherman Carter is a 49 y/o African American gentleman who presents for cardiac evaluation. Mr. Carter complains of chest pain on the left side of his chest and shortness of breath with over exertion. He reports no other complaints at this time. He denies any nausea, dizziness, vomiting, palpitations, orthopnea, paroxysmal nocturnal dyspnea and/or edema.

**PAST MEDICAL HISTORY:** Not Pertinent

**FAMILY MEDICAL HISTORY:** Hypertension

**SOCIAL HISTORY:** (-) ETOH (-) Tobacco

**ALLERGIES:** NKDA

**MEDICATIONS:** Carvedilol 3.125 mg twice a day, Lisinopril/HCTZ 10/12.5 mg daily

**REVIEW OF SYSTEMS:**

**GENERAL:** No lethargy, malaise, insomnia
**PSYCH:** No sadness, crying, outbursts, confusion
**NEURO:** No seizures, tremors, weakness, numbness
**HEENT:** No headaches, vision changes, hearing loss, sore throat
**CV:** No chest pain, palpitations, edema, orthopnea or PND
**RESP:** No shortness of breath, cough or wheezes.
**GI:** No nausea, vomiting, diarrhea, constipation, indigestion
**GU:** No dysuria, urgency, frequency, incontinence
**MS:** No joint/ muscle pains
**SKIN:** No rash, itching
**ENDO:** No polyuria, excessive thirst, weight loss/gain

**PHYSICAL EXAMINATION: BP:** 124/88 **HT:** 6'0" **WT:** 221lbs

**Head:** Normocephalic, atraumatic
**Pupils:** Equally round, reactive to light, extra ocular muscles intact
**Neck:** Supple without any carotid bruit
**Trachea:** Midline. There is no thyromegaly
**Lungs:** Clear to auscultation and percussion
**Cardio:** Normal 1st and 2nd heart sounds. There is no S-3 or S-4 gallop
**Abdomen:** Normal abdominal bowel sounds; non-tender
**Extremities:** Revealed no evidence of clubbing, cyanosis or edema
**CNS:** Cranial nerves II – XII are grossly intact. There are no focal or neurological deficits

**IMPRESSION:**

1. S/P AICD
2. Non Ischemic Cardiomyopathy
3. Hypertension

**PLAN:**

1. Current Cardiac Care
2. Follow up in 4 months

______________________________
Lee E. Faulkner M.D.

**Lee Edwin Faulkner, M.D.**
**Physicians of Hearts, P.L.L.C.**
**CARDIOLOGY**

| | |
|---|---|
| **Name:** Sherman Carter | **Referred By:** |
| **Date of Birth:** | **Date:** 11/10/2015 |
| **Sex:** Male | **Race:** African American |

**History & Physical**

**HISTORY OF PRESENT ILLNESS:** Mr. Sherman Carter is a 48 y/o African American gentleman who presents for cardiac evaluation and clearance for left hip replacement. Mr. Carter reports no complaints at this time. He denies any chest pain, shortness of breath, nausea, dizziness, vomiting, palpitations, orthopnea, paroxysmal nocturnal dyspnea and/or edema.

**PAST MEDICAL HISTORY:** Not Pertinent

**FAMILY MEDICAL HISTORY:** Hypertension

**SOCIAL HISTORY:** (-) ETOH (-) Tobacco

**ALLERGIES:** NKDA

**MEDICATIONS:** Did not bring

**REVIEW OF SYSTEMS:**

**GENERAL:** No lethargy, malaise, insomnia
**PSYCH:** No sadness, crying, outbursts, confusion
**NEURO:** No seizures, tremors, weakness, numbness
**HEENT:** No headaches, vision changes, hearing loss, sore throat
**CV:** No chest pain, palpitations, edema, orthopnea or PND
**RESP:** No shortness of breath, cough or wheezes.
**GI:** No nausea, vomiting, diarrhea, constipation, indigestion
**GU:** No dysuria, urgency, frequency, incontinence
**MS:** No joint/ muscle pains
**SKIN:** No rash, itching
**ENDO:** No polyuria, excessive thirst, weight loss/gain

**PHYSICAL EXAMINATION: BP:** 130/90

**Head:** Normocephalic, atraumatic
**Pupils:** Equally round, reactive to light, extra ocular muscles intact
**Neck:** Supple without any carotid bruit
**Trachea:** Midline. There is no thyromegaly
**Lungs:** Clear to auscultation and percussion
**Cardio:** Normal 1st and 2nd heart sounds. There is no S-3 or S-4 gallop
**Abdomen:** Normal abdominal bowel sounds; non-tender
**Extremities:** Revealed no evidence of clubbing, cyanosis or edema
**CNS:** Cranial nerves II – XII are grossly intact. There are no focal or neurological deficits

**IMPRESSION:**

1. S/P AICD
2. Cardiomyopathy

**PLAN:**

1. Current Cardiac Care
2. Follow up in 3 months

Lee E. Faulkner M.D.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

**ATTENDING PHYSICIAN'S STATEMENT -**
**DISABILITY (PLEASE see FRAUD NOTICES attached)**

(To Avoid Delay Please Answer ALL Questions)
(This form is to be completed without expense to the Company and returned by __________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Date of Birth:

Sherman Carter

When did symptoms first appear or accident happen? Aug. 2015

Has patient ever had same or similar condition? Yes (No) If yes, state when and describe.

(a) Diagnosis (including ICD Code(s)) (b) Subjective Findings

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)
Severely depressed EF of 20% by echocardiogram

(a) Date of First visit Sept. 25, 2005 (b) Date of Last visit Feb 11, 2016 (c) Frequency of visits
Weekly
Monthly
✓ Other (specify) Every 2-3 months

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)
Class 2 - Medium manual activity* (15-30%)
Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)
Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.
(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)
Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)
Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)
Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)
Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)
Class 1 (No limitation) Class 2 (Slight limitation)
*Class 3 (Marked limitation)* *Class 4 (Complete limitation)*

(d) Blood Pressure (last visit) 124 / 88 systolic/diastolic

Has patient Recovered? Improved? Unchanged? Retrogressed?

(b) Has patient been hospital confined? Yes (No)
If Yes, give Name and Address of Hospital

Confined from __________ to __________

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled? (b) Date you are medically certifying patient unable to work.
Patient's Job Yes No
Any other work Yes No

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months Never
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
Yes (No) If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

Bathing ________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
Dressing ________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
Toileting ________ (getting to, from, on and off toilet; and performing related personal hygiene)
Transferring ________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
Continence ________ (voluntarily maintaining control of bladder and bowel function)
Eating ________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation?

(b) Can present job be modified to allow for handling with impairment? Yes (No)

(c) When could patient return to work? Unknown

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

Restrictions and Limitations Medical Therapy for now

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name (Attending Physician) Print: Lee E. Faulkner, Degree: MD Telephone Number: 901-682-7214

Street Address: 1005 Park Ave. Ste. 102 City or Town: Mphs State: TN Zip Code: 38119

Signature (By Physician): Lee E Faulkner MD Date

6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

| | |
|---|---|
| To: | From: Dr. Lee Faulkner/ |
| Fax: 1-877-843-3950 | Pages: |
| Phone: | Date: |
| Re: Carter, Sherman | CC: |

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

**Confidential Information:** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

**Lee Edwin Faulkner, M.D.**
**Physicians of Hearts, P.L.L.C.**
**CARDIOLOGY**

| | |
|---|---|
| **Name:** Sherman Carter | **Referred By:** |
| ***Date of Birth:*** | ***Date:*** 2/11/2016 |
| **Sex:** Male | **Race:** African American |

**History & Physical**

**HISTORY OF PRESENT ILLNESS:** Mr. Sherman Carter is a 49 y/o African American gentleman who presents for cardiac evaluation. Mr. Carter complains of chest pain on the left side of his chest and shortness of breath with over exertion. He reports no other complaints at this time. He denies any nausea, dizziness, vomiting, palpitations, orthopnea, paroxysmal nocturnal dyspnea and/or edema.

**PAST MEDICAL HISTORY:** Not Pertinent

**FAMILY MEDICAL HISTORY:** Hypertension

**SOCIAL HISTORY:** (-) ETOH (-) Tobacco

**ALLERGIES:** NKDA

**MEDICATIONS:** Carvedilol 3.125 mg twice a day, Lisinopril/HCTZ 10/12.5 mg daily

***REVIEW OF SYSTEMS:***

**GENERAL:** No lethargy, malaise, insomnia
**PSYCH:** No sadness, crying, outbursts, confusion
**NEURO:** No seizures, tremors, weakness, numbness
***HEENT:*** *No headaches, vision changes, hearing loss, sore throat*
**CV:** No chest pain, palpitations, edema, orthopnea or PND
**RESP:** No shortness of breath, cough or wheezes.
**GI:** No nausea, vomiting, diarrhea, constipation, indigestion
**GU:** No dysuria, urgency, frequency, incontinence
***MS:*** *No joint/ muscle pains*
**SKIN:** No rash, itching
**ENDO:** No polyuria, excessive thirst, weight loss/gain

**PHYSICAL EXAMINATION: BP:** 124/88 **HT:** 6'0" **WT:** 221lbs

**Head:** Normocephalic, atraumatic
**Pupils:** Equally round, reactive to light, extra ocular muscles intact
**Neck:** Supple without any carotid bruit
**Trachea:** Midline. There is no thyromegaly
**Lungs:** Clear to auscultation and percussion
**Cardio:** Normal 1st and 2nd heart sounds. There is no S-3 or S-4 gallop
**Abdomen:** Normal abdominal bowel sounds; non-tender
**Extremities:** Revealed no evidence of clubbing, cyanosis or edema
**CNS:** Cranial nerves II – XII are grossly intact. There are no focal or neurological deficits

**IMPRESSION:**
1. S/P AICD
2. Non Ischemic Cardiomyopathy
3. Hypertension

**PLAN:**
1. Current Cardiac Care
2. Follow up in 4 months

______________________
Lee E. Faulkner M.D.

*6005 Park Avenue Suite 702 Memphis, TN 38119 Ph: (901) 682-7241*
Fax: (901) 682-7243

Physicians of Hearts

# Fax:

| | |
|---|---|
| To: | From: Dr. Lee Faulkner/ |
| Fax: 1-877-543-3950 | Pages: |
| Phone: | Date: |
| Re: Carter, Sherman | CC: |

☐ Urgent __For Review __Please Comment __Please Reply __Please Recycle

- Comments:

**Confidential Information:** The information in the transmission accompanying this notice is confidential. It is intended only for the use of the individual or entity listed above. If the reader of this message is not the intended recipient, you are here notified that any distribution of the accompanying communication is prohibited.

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by ____________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Sherman Carter Date of Birth:

When did symptoms first appear or accident happen? Aug. 2015

Has patient ever had same or similar condition? Yes (No — circled) If yes, state when and describe.

(a) Diagnosis (including ICD Code(s))

(b) Subjective Findings

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)
Severely depressed EF of 20% by echocardiogram

(a) Date of First visit: Sept. 25, 2005
(b) Date of Last visit: Feb 11, 2016
(c) Frequency of visits: Weekly / Monthly / ✓ Other (specify) Every 2-3 months

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.

(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)
Class 1 (No limitation) Class 2 (Slight limitation)
*Class 3 (Marked limitation)* *Class 4 (Complete limitation)*

(d) Blood Pressure (last visit) 124 / 88 systolic/diastolic

Has patient Recovered? Improved? Unchanged? Retrogressed?

(b) Has patient been hospital confined? Yes (No — circled)
If Yes, give Name and Address of Hospital

Confined from ____________ to ____________

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job Yes No
Any other work Yes No

(b) Date you are medically certifying patient unable to work.

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months Never
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.
Yes (No) If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

- Bathing ________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
- Dressing ________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
- Toileting ________ (getting to, from, on and off toilet; and performing related personal hygiene)
- Transferring ________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
- Continence ________ (voluntarily maintaining control of bladder and bowel function)
- Eating ________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation?

(b) Can present job be modified to allow for handling with impairment? Yes (No)

(c) When could patient return to work? Unknown
Patient's Job Full-time Part-time
Any other Work Full-time Part-time

Restrictions and Limitations Medical Therapy for now

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Name (Attending Physician) Print | Degree | Telephone Number | |
|---|---|---|---|
| Lee E. Faulkner, | MD | 901-682-1234 | |
| **Street Address** | **City or Town** | **State** | **Zip Code** |
| 6005 Park Ave. Ste. 102 | Mphs | TN | 38119 |
| **Signature (By Physician)** | | | **Date** |
| Lee E. Faulkner MD (signature) | | | |

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
GLC-01450 ATTPHYSTM

**Lee Edwin Faulkner, M.D.**
**Physicians of Hearts, P.L.L.C.**
**CARDIOLOGY**

| | |
|---|---|
| **Name:** Sherman Carter | **Referred By:** |
| ***Date of Birth:*** | ***Date:*** 2/11/2016 |
| **Sex:** Male | **Race:** African American |

**History & Physical**

**HISTORY OF PRESENT ILLNESS:** Mr. Sherman Carter is a 49 y/o African American gentleman who presents for cardiac evaluation. Mr. Carter complains of chest pain on the left side of his chest and shortness of breath with over exertion. He reports no other complaints at this time. He denies any nausea, dizziness, vomiting, palpitations, orthopnea, paroxysmal nocturnal dyspnea and/or edema.

**PAST MEDICAL HISTORY:** Not Pertinent

**FAMILY MEDICAL HISTORY:** Hypertension

**SOCIAL HISTORY:** (-) ETOH (-) Tobacco

**ALLERGIES:** NKDA

**MEDICATIONS:** Carvedilol 3.125 mg twice a day, Lisinopril/HCTZ 10/12.5 mg daily

***REVIEW OF SYSTEMS:***

**GENERAL:** No lethargy, malaise, insomnia
**PSYCH:** No sadness, crying, outbursts, confusion
**NEURO:** No seizures, tremors, weakness, numbness
***HEENT:** No headaches, vision changes, hearing loss, sore throat*
**CV:** No chest pain, palpitations, edema, orthopnea or PND
**RESP:** No shortness of breath, cough or wheezes.
**GI:** No nausea, vomiting, diarrhea, constipation, indigestion
**GU:** No dysuria, urgency, frequency, incontinence
***MS:** No joint/ muscle pains*
**SKIN:** No rash, itching
**ENDO:** No polyuria, excessive thirst, weight loss/gain

**PHYSICAL EXAMINATION: BP:** 124/88 **HT:** 6'0" **WT:** 221lbs

**Head:** Normocephalic, atraumatic
**Pupils:** Equally round, reactive to light, extra ocular muscles intact
**Neck:** Supple without any carotid bruit
**Trachea:** Midline. There is no thyromegaly
**Lungs:** Clear to auscultation and percussion
**Cardio:** Normal 1st and 2nd heart sounds. There is no S-3 or S-4 gallop
**Abdomen:** Normal abdominal bowel sounds; non-tender
**Extremities:** Revealed no evidence of clubbing, cyanosis or edema
**CNS:** Cranial nerves II – XII are grossly intact. There are no focal or neurological deficits

**IMPRESSION:**

1. S/P AICD
2. Non Ischemic Cardiomyopathy
3. Hypertension

**PLAN:**

1. Current Cardiac Care
2. Follow up in 4 months

______________________

Lee E. Faulkner M.D.

Campbell Clinic.
1400 S. Germantown Rd
Germantown, TN 38138.

Hasler
03/29/2016
US POSTAGE $00.98º
ZIP 38138
011D11619551

Lincoln National Life Ins Co
PO Box 2609
Omaha, NE 68103

APR - 5 2016

APR - 5 2016

Date: 3/29/2016

To: Lincoln National Life Ins Co
Po Box 2609,
Omaha, NE 68103

From: Health Information Management Department
Campbell Clinic
1400 S Germantown Rd
Germantown, TN 38138-2205

Re: No Dates of Treatment as Requested
Medical Records Request for Sherman Carter

Ref #:

We are unable to comply with your request at this time for the following reason(s):

We show no treatment at this facility for the dates of service you requested.

Please re-submit your request with the necessary information.

Thank you,

Health Information Management Department

LFG Omaha Fax 3/15/2016 11:48:19 AM PAGE 2/008 Fax Server

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

The Lincoln National Life
Insurance Company
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

March 15, 2016

BS

DR. GREGORY DABOV
RELEASE OF INFORMATION
7545 AIRWAYS BOULEVARD
SOUTHAVEN, MS 38671

**3421135-1*
992736-CARTE, SHE-1420-Legal Documents

Re: Policy Number: 00001004922000000
Claim Number: 1150128075
Patient: Sherman Carter PT
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 11/1/2015 to Present |
| Diagnostic Test Results | 11/1/2015 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

****Please fill out all forms that are attached****

Payment instructions:

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN) & NPI.*** Note that pre-payment via check will delay payment by up to 30 days.
- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Please fax this remittance form and records to 877-843-3950.**

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

133385054

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Philip Mergen
Assisting on behalf of Kelly Steen
Coordinator, Administrative Services
The Lincoln National Life Insurance Company

Enclosure(s): APS LTD

LFG Omaha Fax 3/15/2016 11:48:19 AM PAGE 8/008 Fax Server

LFG Omaha Fax 11/10/2015 12:15:19 PM PAGE 3/003 Fax Server

Nov. 9. 2015 2:45PM No. 6328 P. 2

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609
Omaha NE 68103-2609
Toll Free: (800) 423-2765
Fax: (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize The Lincoln National Life Insurance Company ("Company") to release information regarding:

Claimant/Patient Name: Carter (Last) Sherman (First) (Middle)

Date of Birth Certificate Number/Social Security Number:

2. Information to be released: All information pertaining to his claim

3. Information to be released to: Sharonda M. Carter
(Name of individual or company authorized to receive information)

☐ Telephone ____ Include Area Code and Phone number

Best Day to call Mon - Fri
Best time to call 9am - 6pm, am/pm

☐ Address
(Street/PO Box) (City) (State) (Zip)

4. I understand the information obtained by use of this Authorization will be used by Sharonda Carter for the purpose of assistant for Sherman Carter with his claim.

It will be subject to the following limitations (if applicable): N/A

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by state or federal law.

6. I understand that I may revoke this Authorization in writing at anytime. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: Sherman Carter DATE: 11-09-15
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased) Power of attorney or guardianship must be attached.

PRINT NAME: Sharonda Carter

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: Wife

ADDRESS:

TELEPHONE



PAGE 2/2 * RCVD AT 11/10/2015 12:13:36 PM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:7876 * CSID: * DURATION (mm-ss):01-24

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

March 15, 2016

DR. GREGORY DABOV
RELEASE OF INFORMATION
7545 AIRWAYS BOULEVARD
SOUTHAVEN, MS 38671

Re: Policy Number: 00001004922000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 11/1/2015 to Present |
| Diagnostic Test Results | 11/1/2015 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

****Please fill out all forms that are attached****

Payment instructions:

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN) & NPI.*** Note that pre-payment via check will delay payment by up to 30 days.
- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.
- **Please fax this remittance form and records to 877-843-3950**.

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Philip Mergen
Assisting on behalf of Kelly Steen
Coordinator, Administrative Services
The Lincoln National Life Insurance Company

Enclosure(s): APS LTD

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by__________________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Sherman Carter

Date of Birth:

When did symptoms first appear or accident happen?

Has patient ever had same or similar condition? Yes No If yes, state when and describe.

(a) Diagnosis (including ICD Code(s))

(b) Subjective Findings

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

(a) Date of First visit (b) Date of Last visit (c) Frequency of visits
Weekly
Monthly
Other (specify)

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.
(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)
Class 1(No limitation) Class 2 (Slight limitation)
Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit)____________________ systolic/diastolic

Has patient Recovered? Improved? Unchanged? Retrogressed?

(b) Has patient been hospital confined? Yes No
If Yes, give Name and Address of Hospital

Confined from ______________ to _______________

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job Yes No
Any other work Yes No

(b) Date you are medically certifying patient unable to work.

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months Never
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.

Yes No If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

Bathing ____________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
Dressing ____________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
Toileting ____________ (getting to, from, on and off toilet; and performing related personal hygiene)
Transferring ____________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
Continence ____________ (voluntarily maintaining control of bladder and bowel function)
Eating ____________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation?

(b) Can present job be modified to allow for handling with impairment? Yes No

(c) When could patient return to work? ______________________

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

Restrictions and Limitations

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name **(Attending Physician)** Print Degree Telephone Number

Street Address City or Town State Zip Code

Signature **(By Physician)** Date

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

LFG Omaha Fax 11/10/2015 12:15:19 PM PAGE 3/003 Fax Server

Nov. 9. 2015 2:45PM No. 6328 P. 2

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609
Omaha NE 68103-2609
Toll Free: (800) 423-2765
Fax: (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize The Lincoln National Life Insurance Company ("Company") to release information regarding:

   Claimant/Patient Name: Carter (Last) Sherman (First) (Middle)

   Date of Birth: Certificate Number/Social Security Number:

2. Information to be released: All information pertaining to his claim

3. Information to be released to: Sharonda M. Carter
   (Name of individual or company authorized to receive information)

   ☐ Telephone — Include Area Code and Phone number
   Best Day to call Mon - Fri
   Best time to call 9am - 6pm, am/pm

   ☐ Address
   (Street/PO Box) (City) (State) (Zip)

4. I understand the information obtained by use of this Authorization will be used by Sharonda Carter for the purpose of assistant for Sherman Carter with his claim.

   It will be subject to the following limitations (if applicable): N/A

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by state or federal law.

6. I understand that I may revoke this Authorization in writing at anytime. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: Sherman Carter DATE: 11-09-15
Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased) Power of attorney or guardianship must be attached.

PRINT NAME: Sharonda Carter

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: Wife

ADDRESS:
(Street/PO Box) (City) (State) (Zip Code)

TELEPHONE:
Include Area Code and Phone number

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
PO Box 2609
Omaha, NE 68103-2609
toll free (800) 423-2765
www.Lincoln4benefits.com

March 15, 2016

DR. LEE FAULKNER, MD
RELEASE OF INFORMATION
6005 PARK AVENUE
SUITE 702
MEMPHIS, TN 38119

Re: Policy Number: 000010049220000000
Claim Number: 1150128075
Patient: Sherman Carter
DOB:

**ATTN MED RECORDS/ROI DEPT:**

We are evaluating your patient's disability claim. Please submit the requested records listed below. A signed authorization form is included.

| **Documentation** | **Time Period** |
|---|---|
| Office/Treatment Notes | 11/1/2015 to Present |
| Diagnostic Test Results | 11/1/2015 to Present |

| Qty | Description | Unit Price | Line Total |
|---|---|---|---|
| | Processing Fee | | |
| | Pages - | | |
| | Actual Postage | | |
| | Tax Identification Number | TIN- | |
| | | Total | |

****Please fill out all forms that are attached****

Payment instructions:

- **Pre-payment:** If you require a pre-payment ***we must have your Tax Identification Number (TIN) & NPI.*** Note that pre-payment via check will delay payment by up to 30 days.
- **Credit Card Payment:** If you accept a credit card, ***payment can be made immediately*** upon receipt of your invoice.

©2016 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

- **Please fax this remittance form and records to 877-843-3950**.

Please contact Claim Services on our toll free line at **1-800-423-2765** with any questions regarding this request. Thank you for your cooperation.

**YOU MUST RETURN THIS COMPLETED FORM TO RECEIVE PAYMENT**

Sincerely,

Philip Mergen
Assisting on behalf of Kelly Steen
Coordinator, Administrative Services
The Lincoln National Life Insurance Company

Enclosure(s): APS LTD

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

# ATTENDING PHYSICIAN'S STATEMENT - DISABILITY (PLEASE see FRAUD NOTICES attached)

(To Avoid Delay Please Answer ALL Questions)

(This form is to be completed without expense to the Company and returned by__________________ )

Claim No: 1150128075 Policy No: 00001004922000000

Name of Patient: Date of Birth:

Sherman Carter

When did symptoms first appear or accident happen?

Has patient ever had same or similar condition?
Yes No If yes, state when and describe.

(a) Diagnosis (including ICD Code(s))

(b) Subjective Findings

(c) Objective Findings (including x-rays, EKG's, laboratory data and any clinical findings)

(a) Date of First visit (b) Date of Last visit (c) Frequency of visits
Weekly
Monthly
Other (specify)

(d) Nature of treatment (including surgery, and medications prescribed)

(a) Physical Impairments (*As defined in Federal Dictionary of Occupational Titles)

Class 1 - No limitations of functional capacity; capable of heavy work* No restrictions. (0-10%)

Class 2 - Medium manual activity* (15-30%)

Class 3 - Moderate limitation of functional capacity; capable of clerical/administrative (sedentary*) activity (60-70%)

Class 4 - Severe limitation of functional capacity; incapable of minimum (sedentary*) activity (74-100%)

Remarks:

(b) Mental Impairments (if applicable)

(a) Please define "stress" as it applies to this claimant.
(b) What stress and problems in interpersonal relations has claimant had on job?

Class 1 - Patient is able to function under stress and engage in most interpersonal relations (no limitations)

Class 2 - Patient is able to function in most stress situations and engage in most interpersonal relationships (slight limitations)

Class 3 - Patient is able to engage in only limited stress situations and engage in only limited interpersonal relationships (moderate limitations)

Class 4 - Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitations)

Class 5 - Patient has significant loss of psychological, physiological, person and social adjustment (severe limitations)

Remarks:

(c) Functional Capacity (American Heart Association)
Class 1(No limitation) Class 2 (Slight limitation)
Class 3 (Marked limitation) Class 4 (Complete limitation)

(d) Blood Pressure (last visit)____________________ systolic/diastolic

Has patient Recovered? Improved? Unchanged? Retrogressed?

(b) Has patient been hospital confined? Yes No
If Yes, give Name and Address of Hospital

Confined from ______________ to ______________

(c) Is patient Ambulatory? House Confined? Bed Confined? Hospital Confined?

(a) Is patient now totally disabled?
Patient's Job Yes No
Any other work Yes No

(b) Date you are medically certifying patient unable to work.

(c) When do you expect a fundamental or marked change in the future?
1 Month 1-3 Months 3-6 Months Never
Applies to: Patient's Job Other Work

Has your patient had loss of cognitive functioning? "Cognitive impairment" means a permanent deterioration or loss of cognitive or intellectual capacity and requires another person's hands-on help or verbal cues to prevent harm to self or others due to impairment.

Yes No If "yes", please explain and provide supporting medical documentation and testing:

Based on your observations of this patient, medical history and condition, has your patient lost the ability to safely and completely perform Activities of Daily Living (ADLs) without another person's active hands-on help with all or most of the activity:

ADL Date on which assistance was first required and received

Bathing ____________ (washing self in tub, shower or by sponge bath, with or w/o equipment)
Dressing ____________ (putting on, taking off garmets, braces or any artificial limbs normally worn)
Toileting ____________ (getting to, from, on and off toilet; and performing related personal hygiene)
Transferring ____________ (moving in & out of bed, chair or any wheelchair, with or w/o equipment)
Continence ____________ (voluntarily maintaining control of bladder and bowel function)
Eating ____________ (getting nourishment into one's body by any means (table/tray or special equipment)

If the claimant has lost the ability to perform ADLs listed above, please provide any supporting medical documentation and testing.

If the patient has lost the ability to perform any ADLs listed above, do you expect the limitations to be permanent?
Yes No If "no", please explain when improvement may be expected

(a) Is patient a suitable candidate for occupational rehabilitation?

(b) Can present job be modified to allow for handling with impairment? Yes No

(c) When could patient return to work? ______________________

Patient's Job Full-time Part-time

Any other Work Full-time Part-time

Restrictions and Limitations

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Name **(Attending Physician)** Print Degree Telephone Number

Street Address City or Town State Zip Code

Signature **(By Physician)** Date

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

LFG Omaha Fax 11/10/2015 12:15:19 PM PAGE 3/003 Fax Server

Nov. 9. 2015 2:45PM No. 6328 P. 2

Lincoln Financial Group®

The Lincoln National Life Insurance Company
PO Box 2609
Omaha NE 68103-2609
Toll Free: (800) 423-2765
Fax: (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. I (the undersigned) authorize The Lincoln National Life Insurance Company ("Company") to release information regarding:

   Claimant/Patient Name: Carter (Last) Sherman (First) (Middle)

   Date of Birth: Certificate Number/Social Security Number:

2. Information to be released: All information pertaining to his claim.

3. Information to be released to: Sharronda M. Carter
   (Name of individual or company authorized to receive information)

   ☐ Telephone Best Day to call Mon - Fri
   Include Area Code and Phone number Best time to call 9am - 6pm, am/pm

   ☐ Address

   (Street/PO Box) (City) (State) (Zip)

4. I understand the information obtained by use of this Authorization will be used by Sharronda Carter for the purpose of assistant for Sherman Carter with his claim.

   It will be subject to the following limitations (if applicable): N/A

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by state or federal law.

6. I understand that I may revoke this Authorization in writing at anytime. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address. If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

SIGNATURE: Sherman Carter DATE: 11-09-15

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased) Power of attorney or guardianship must be attached.

PRINT NAME: Sharronda Carter

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: Wife

ADDRESS:
(Street/PO Box) (City) (State) (Zip Code)

TELEPHONE:
Include Area Code and Phone number



PAGE 2/2 * RCVD AT 11/10/2015 12:13:36 PM [Central Standard Time] * SVR:NE1PWFAX101/0 * DNIS:7876 * CSID: * DURATION (mm-ss):01-24

Form Approved
OMB No. 0960-0566

Social Security Administration
Consent for Release of Information

## TO: Social Security Administration

Sherman Carter

Name ___ Date of Birth ___ Social Security Number ___

I authorize the Social Security Administration to release information or records about me to:

**The Lincoln National Life Insurance Company 8801 Indian Hills Drive, Omaha, NE 68114-4066**

I want this information released because:

Information is needed to properly adjudicate the disability income claim under policy no. 000010049220000000
And to accurately calculate the disability benefit.

(There may be a charge for releasing information.)

Please release the following information:

___ Social Security Number
___ Identifying information (includes date and place of birth, parents' names)
X Monthly Social Security benefit amount
___ Monthly Supplemental Security Income payment amount
X Information about benefits/payments I received from ___ to ___
___ Information about my Medicare claim/coverage from ___ to ___
(specify) ___
___ Medical records
___ Record(s) from my file (specify) ___
X Other (specify) FACT QUERY, AACT QUERY, MBR, SEQY, PEBE, DEQY

I understand the FACT query includes all personal and benefit information regarding myself and family members who applied for Social Security benefits on my record The information contained on this record may include and is not limited to: eligibility and entitlement to benefits on this or any other record, Social Security number, date of birth, address, telephone number, direct deposit banking data, monthly benefit amounts, benefit rate changes, worker's compensation, public disability and annuity information, Medicare data, history of benefits payable and amounts paid, overpayment and underpayment of benefits on the record, work information, prisoner data, Supplemental Security Income data, tax withholding, garnishment of benefits, special payments and messages, and attorney fees. I understand the Summary Earnings Query contains a history of my earnings reported to my Social Security record by the IRS.

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: Sherman Carter

(Show signatures, names, and addresses of two people if signed by mark.)

Date: 1-20-2016 Relationship: Self

Form **SSA-3288** (3-2005) EF (3-2005)

Lincoln Financial Group®

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## DISABILITY PAYMENT OPTIONS

Insurer: The Lincoln National Life Insurance Company
8801 Indian Hills Drive
Omaha, NE 68114

(Herein Referred to as "we" and "us")

Policy Number: 00001004922000000 Claim No. 1150128075

Disability Date 08/07/2015

Issued To: BarDett, LLC

Address

Claimant: Sherman Carter

Address

The policy under which you are covered provides that Disability benefits will be reduced by the amount of Social Security benefits which you and your spouse and family are eligible to receive. The policy also provides that, if you do not apply for Social Security benefits, the policy benefits will be reduced by the amount of Social Security benefits you and your spouse and family would be eligible to receive, if application had been made. Once a Social Security Application is made, you must pursue the application until Social Security makes a final decision. We consider a final decision one made at the Administrative Law Judge level.

We understand that the Social Security Administration has not yet made a decision concerning your benefits. Until the Social Security Administration makes a decision, your Disability benefits can be handled in one of two ways:

O 1. We can estimate the amount of Social Security benefits you and your spouse and family will receive and reduce your monthly policy benefit by this amount. If Social Security benefits are estimated, the monthly policy benefit will be adjusted when we receive:
(a) proof of the amount awarded by Social Security; or,
(b) proof that Social Security benefits have been denied and all appeals have been exhausted.
If your Social Security application is denied, the amount estimated will be returned to you in a lump sum within 30 days of our receipt of the final Social Security determination. If Social Security awards benefits which exceed our estimate, then we will have overpaid benefits to you and you will need to repay the overpayment.

☒ 2. We can pay you a monthly benefit with no reduction for estimated Social Security benefits until Social Security makes a decision. If Social Security does award benefits, this will result in an overpayment by us. You must supply us with a copy of the Social Security decision and repay any overpayment. In addition, if Social Security makes an award, we will reduce your future monthly policy benefits by the amount of Social Security benefits you and your spouse and family receive, according to the policy provisions. If you want to elect this option but have not yet applied for Social Security benefits, you must agree to apply for them immediately. If you do not apply for Social Security benefits, we will use approach #1.

Under either of the above approaches, if you do not repay an overpayment within 60 days of our notification or otherwise make acceptable repayment arrangements, we may offset the amount of the overpayment against any current or future benefits payable to you and take any other actions necessary to recover the overpayment. Please indicate which approach you want to use by checking box #1 or box #2 and signing this form. If you make no selection, we will use approach #1. If you have any questions, please contact us.

The Lincoln National Life Insurance Company reserves all rights under the contract. Not withstanding any election to the contrary, we will begin estimating your Social Security benefits if Social Security information is not provided within 60 days of the date of this agreement.

Sherman Carter (signature)
(Insured)

Ozell Williams
(Witness)

(Address)

5006 Bartonwood Memphis, TN 38141
(Address)

1/20/2016
(Date)

1-20-2016
(Date)

Form Approved
OMB No. 0960-0566

Social Security Administration
Consent for Release of Information

TO: Social Security Administration

Sherman Carter

Name | Date of Birth | Social Security Number

I authorize the Social Security Administration to release information or records about me to:

The Lincoln National Life Insurance Company 8801 Indian Hills Drive, Omaha, NE 68114-4066

I want this information released because:
Information is needed to properly adjudicate the disability income claim under policy no. 000010049220000000
And to accurately calculate the disability benefit.

(There may be a charge for releasing information.)

Please release the following information:

- ____ Social Security Number
- ____ Identifying information (includes date and place of birth, parents' names)
- X Monthly Social Security benefit amount
- ____ Monthly Supplemental Security Income payment amount
- X Information about benefits/payments I received from ____ to ____
- ____ Information about my Medicare claim/coverage from ____ to ____
  (specify) ____
- ____ Medical records
- ____ Record(s) from my file (specify) ____
- X Other (specify) FACT QUERY, AACT QUERY, MBR, SEQY, PEBE, DEQY

I understand the FACT query includes all personal and benefit information regarding myself and family members who applied for Social Security benefits on my record The information contained on this record may include and is not limited to: eligibility and entitlement to benefits on this or any other record, Social Security number, date of birth, address, telephone number, direct deposit banking data, monthly benefit amounts, benefit rate changes, worker's compensation, public disability and annuity information, Medicare data, history of benefits payable and amounts paid, overpayment and underpayment of benefits on the record, work information, prisoner data, Supplemental Security Income data, tax withholding, garnishment of benefits, special payments and messages, and attorney fees. I understand the Summary Earnings Query contains a history of my earnings reported to my Social Security record by the IRS.

I am the individual to whom the information/record applies or that person's parent (if a minor) or legal guardian. I know that if I make any representation which I know is false to obtain information from Social Security records, I could be punished by a fine or imprisonment or both.

Signature: Sherman Carter
(Show signatures, names, and addresses of two people if signed by mark.)
Date: 1-20-2016 Relationship: Self

Form SSA-3288 (3-2005) EF (3-2005)

REF #1039266

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

December 28, 2015

PHILIP C SPINOSA
5020 TUGGLE RD
MEMPHIS TN 38118

This page is for mailing purposes only. Please disregard.

©2013 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1039266

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

December 28, 2015

SHERMAN CARTER

Re: Policyholder: BARDETT LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr. Carter:

This letter is to advise your claim for Long Term Disability benefits has been approved.

This policy does have a 90 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 11/5/2015. Your first benefit payment will be issued on 12/28/2015 and will cover the period of disability from 11/5/2015 to 1/5/2016.

Subsequent payments will be issued on or around day 5 of each month. Disability benefits will be considered as long as you remain eligible according to the terms of this policy.

**YOUR BENEFIT AMOUNT**

Based on your reported monthly earnings as defined by the policy, your monthly benefit will equal $1,950.00. However, your monthly benefit might be reduced because of other income you are receiving based on the policy provisions.

**OTHER SOURCES OF INCOME**

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

## HOW LONG YOUR CLAIM MAY BE PAID

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined by your policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by this policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

## PARTIAL DISABILITY and VOCATIONAL REHABILITATION

Your policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

This policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals.

## TAXES AND DIRECT DEPOSIT

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue

REF #1039266

Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. Alternatively, you may also sign up for direct deposit on our website, www.Lincoln4Benefits.com.

Sincerely,

Kelly Steen
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure: REHAB SURVEY
CC: BARDETT LLC
ATTN: PHILIP C SPINOSA
5020 TUGGLE RD
MEMPHIS, TN 38118

REF #1039266

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

# REHABILITATION SURVEY

**(PLEASE see FRAUD NOTICES attached)**

Date of Request: 12/28/15

| | |
|---|---|
| Policy # 00001004922000000 | Employer BARDETT LLC |

## Information About Yourself

| | |
|---|---|
| Name: Sherman Carter | Phone Number: |
| Address: | |
| | |
| Social Security Number: | Date of Birth: |

## Education History

| | | |
|---|---|---|
| Highest Grade Completed 1 2 3 4 5 6 8 9 10 11 12 GED | Year Completed: | G.P.A.: |
| College 1 2 3 4 AS BA BS MA MS PhD Major: | Year Completed: | G.P.A.: |
| Vocational Training: | | |
| | | |
| Certifications Held: | | |

## Military

| | | |
|---|---|---|
| Year: From ________ to ________ | Rank: | Job Title. |
| Responsibilities: | | |
| | | |
| | | |

## Vocational History

Please fill out completely and be as specific as possible starting with the most recent employer.
If you have a resume, please attach and return. This information is important in determining what services may be available to you.

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

REF #1039266

**Vocational History Continued**

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

**Activities of Daily Living:**

How long can you continuously: Sit? _________ Stand? _________ Walk? _________ Drive? _________

How far can you: Walk? _________ Drive? _________

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0-10 lbs. | | | | |
| 11-20 lbs. | | | | |
| 21-50 lbs. | | | | |
| 51-100 lbs. | | | | |
| over 100 lbs. | | | | |

How often can you do the following? (use the following codes) N = Never; O = Occasionally; F = Frequently; C = Constantly
Climb? ______ Balance? ______ Stoop? ______ Kneel? ______ Crouch? ______ Crawl? ______ Reach? ______
Perform repetitive movements? Hands? ______ Feet? ______

Describe how your disability impacts your ability to work:

Describe any hobbies, recreational activities or special interests you have:

How does your disability impact your ability to engage in recreational interests?

REF #1039266

**Medical Information**

| |
|---|
| Describe your current medical problems and how they prevent you from working: |
| |
| |
| |
| |
| Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment) |
| |
| |
| |
| Names, dates and addresses of hospitals you have been in for your current disability: |
| |
| |
| |
| |
| Names and dosages of current medications: |
| |
| |
| |
| What special equipment do you use (wheelchair, cane, TENS unit, brace, etc.)? |
| |
| |
| |
| |
| Describe the measures your physician is taking to assist you in returning to work: |
| |
| |
| |
| |

**Benefit Information:**

| | | |
|---|---|---|
| List the amount of benefits you are receiving for (include effective dates): | | |
| Social Security | Workers Compensation: | State Disability: |
| VA Benefits: | Retirement: | Other: |
| If you do not receive Social Security benefits, have you applied and what is the status? | | |
| | | |
| | | |
| | | |

REF #1039266

**Rehabilitation Activities**

| |
|---|
| Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency? If so, please provide name, address, phone number, services received and counselors name: |
| |
| |
| |
| Status of above services (active, discontinued, etc.). Be specific and give details: |
| |
| |
| |
| Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.): |
| Why? |
| |
| |
| Describe what you will require to return to your regular occupation: |
| |
| |
| |
| If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in? |
| |
| |
| |
| Are there any other conditions that will affect your ability to return to work? Please explain: |
| |
| |
| |
| Are you interested in Vocational Rehabilitation to assist you in returning to work? |

**Additional Comments**

| |
|---|
| |
| |
| |
| |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature ________________________________________ Date ____________________________________

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #1039266

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

December 28, 2015

SHERMAN CARTER

Re: Policyholder: BARDETT LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr. Carter:

This letter is to advise your claim for Long Term Disability benefits has been approved.

This policy does have a 90 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 11/5/2015. Your first benefit payment will be issued on 12/28/2015 and will cover the period of disability from 11/5/2015 to 1/5/2016.

Subsequent payments will be issued on or around day 5 of each month. Disability benefits will be considered as long as you remain eligible according to the terms of this policy.

**YOUR BENEFIT AMOUNT**

Based on your reported monthly earnings as defined by the policy, your monthly benefit will equal $1,950.00. However, your monthly benefit might be reduced because of other income you are receiving based on the policy provisions.

**OTHER SOURCES OF INCOME**

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

**HOW LONG YOUR CLAIM MAY BE PAID**

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined by your policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by this policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

**PARTIAL DISABILITY and VOCATIONAL REHABILITATION**

Your policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

This policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals.

**TAXES AND DIRECT DEPOSIT**

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue

REF #1039266

Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. Alternatively, you may also sign up for direct deposit on our website, www.Lincoln4Benefits.com.

Sincerely,

Kelly Steen
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure: REHAB SURVEY
CC: BARDETT LLC
ATTN: PHILIP C SPINOSA
5020 TUGGLE RD
MEMPHIS, TN 38118

REF #1039266

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## REHABILITATION SURVEY

**(PLEASE see FRAUD NOTICES attached)**

Date of Request: 12/28/15

| | |
|---|---|
| Policy # 00001004922000000 | Employer BARDETT LLC |

### Information About Yourself

| | |
|---|---|
| Name: Sherman Carter | Phone Number: |
| Address: | |
| | |
| Social Security Number: | Date of Birth: |

### Education History

| | | |
|---|---|---|
| Highest Grade Completed 1 2 3 4 5 6 8 9 10 11 12 GED | Year Completed: | G.P.A.: |
| College 1 2 3 4 AS BA BS MA MS PhD Major: | Year Completed: | G.P.A.: |
| Vocational Training: | | |
| | | |
| Certifications Held: | | |

### Military

| | | |
|---|---|---|
| Year: From ________ to ________ | Rank: | Job Title. |
| Responsibilities: | | |
| | | |
| | | |

### Vocational History

Please fill out completely and be as specific as possible starting with the most recent employer.
If you have a resume, please attach and return. This information is important in determining what services may be available to you.

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

REF #1039266

**Vocational History Continued**

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

**Activities of Daily Living:**

How long can you continuously: Sit? _________ Stand? _________ Walk? _________ Drive? _________

How far can you: Walk? _________ Drive? _________

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0-10 lbs. | | | | |
| 11-20 lbs. | | | | |
| 21-50 lbs. | | | | |
| 51-100 lbs. | | | | |
| over 100 lbs. | | | | |

How often can you do the following? (use the following codes) N = Never; O = Occasionally; F = Frequently; C = Constantly
Climb? ______ Balance? ______ Stoop? ______ Kneel? ______ Crouch? ______ Crawl? ______ Reach? ______
Perform repetitive movements? Hands? ______ Feet? ______

Describe how your disability impacts your ability to work:

Describe any hobbies, recreational activities or special interests you have:

How does your disability impact your ability to engage in recreational interests?

REF #1039266

**Medical Information**

| |
|---|
| Describe your current medical problems and how they prevent you from working: |
| |
| |
| |
| |
| Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment) |
| |
| |
| |
| Names, dates and addresses of hospitals you have been in for your current disability: |
| |
| |
| |
| |
| Names and dosages of current medications: |
| |
| |
| |
| What special equipment do you use (wheelchair, cane, TENS unit, brace, etc.)? |
| |
| |
| |
| |
| Describe the measures your physician is taking to assist you in returning to work: |
| |
| |
| |
| |

**Benefit Information:**

| | | |
|---|---|---|
| List the amount of benefits you are receiving for (include effective dates): | | |
| Social Security | Workers Compensation: | State Disability: |
| VA Benefits: | Retirement: | Other: |
| If you do not receive Social Security benefits, have you applied and what is the status? | | |
| | | |
| | | |
| | | |

REF #1039266

**Rehabilitation Activities**

| |
|---|
| Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency? If so, please provide name, address, phone number, services received and counselors name: |
| |
| |
| |
| Status of above services (active, discontinued, etc.). Be specific and give details: |
| |
| |
| |
| Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.): |
| Why? |
| |
| |
| Describe what you will require to return to your regular occupation: |
| |
| |
| |
| If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in? |
| |
| |
| |
| Are there any other conditions that will affect your ability to return to work? Please explain: |
| |
| |
| |
| Are you interested in Vocational Rehabilitation to assist you in returning to work? |

**Additional Comments**

| |
|---|
| |
| |
| |
| |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature ______________________________ Date ______________________________

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department

REF #1039266

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

REF #1039266

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

Lincoln Financial Group®

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

December 28, 2015

The Lincoln National Life
Insurance Company
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.LFG.com

Sherman Carter

Re: Policy Number: 00001004922000000
Claim Number: 1150128075

Dear Mr. Carter:

When receiving long-term disability (LTD) benefits, claimants who are considered likely to receive Other Income benefits, such as Social Security Disability Income benefits (SSDI), are requested to apply for such benefits. Additionally, claimants are expected to keep Lincoln Financial Group (LFG) notified of the application status through all Social Security Administration (SSA) levels, if necessary. This includes informing our office about any SSA decisions and status updates. After review of your claim information, we believe that you are a good candidate for SSDI benefits and are likely to meet their eligibility guidelines.

Please review the enclosed financial advantage worksheet that will outline the many SSDI benefits that may be available to both you and your family members.

**Our Pledge To You:**

Lincoln Financial Group would like to offer Social Security coordination services to you. This assistance includes legal representation through an independent law firm who specializes in SSDI eligibility and claim handling. The SSA may have long delays in making a final award decision and the process can be complex. LFG's Social Security Specialists and independent lawyers serve as the resource between you and the SSA through the duration of the SSDI process.

You soon will be contacted by one of our Social Security Specialists or a representative from Integrated Benefits, Inc. (1-877-812-3240) to help discuss your application options and answer any questions you may have. Please feel free to contact this firm directly to begin any discussions at your convenience. Be assured that in most cases there are no costs associated with this service. Though Integrated Benefits, Inc's assistance is optional, LFG recommends their help and representation through the entire SSDI claim process. We have enclosed their brochure and some additional materials to help supply you with detailed information about their firm and available services.

**SSDI & Disability Benefits:**

If you are approved for SSDI benefits, your LTD benefit will be reduced by the amount you receive for you and any dependents. This benefit offset is in accordance with the provisions of your policy. Additionally, please note that SSDI may be awarded in a lump sum payment for retroactive SSA benefits that you are owed. If you receive your full LTD payment throughout the SSA's review, your LTD claim will have had benefits advanced (overpaid), in some cases by thousands of dollars. Please note that the SSA award decision is independent of our claim decision; receiving one benefit does not guarantee receipt and/or duration of the other. Both of these benefits and organizations use different eligibility guidelines to make their initial and on-going determinations.

**Payment Options and Estimated Award Amounts**:

We have enclosed a Disability Payment Option form that offers you two choices:

**OPTION 1**: To avoid a potential overpayment by full LTD benefits being advanced, we can estimate the monthly amount you will receive in SSDI benefits and reduce your LTD benefit by this monthly estimate amount. This helps prevent large overpayments and allows you to keep all or most of your lump sum SSDI award.

We estimate that your SSDI benefits would be $1503 per month, beginning February, 2016. Any dependent benefits that you may also be eligible for would be an additional 50% of your monthly SSDI benefit.

**OPTION 2**: We can continue to pay your full LTD benefits until SSA approves your claim. Remember, if this option is chosen, you will be required to pay back LFG any past due amounts that were overpaid once the award amounts and calculations have been verified. (Please note that the legal representation's services can also help you with the repayment delivery methods that can offer you additional cost savings)

**LFG Required Forms:**

Please indicate on the Disability Payment Option (#GLC-01767) form which option that you prefer (as described above). Then, please sign, date, and return the form to our office. Also enclosed is a SSA authorization (#SSA-3288) that you will need to complete and return. This authorization will allow LFG to obtain SSDI updates on your claim without involvement on your part, regardless of any representation

service.

**Integrated Benefits, Inc. forms:**

We have also enclosed copies of the Appointment of Representative, Authorization to Disclose Information to LFG, Authorization to Disclose Information to SSA, Social Security Funds Transfer Agreement, and Understanding/Consent of Representation forms for you to sign and return which will allow an attorney from Integrated Benefits, Inc. to assist you with your Social Security disability application and/or appeal.
For your convenience, we have enclosed one return envelope that you can return all enclosed forms easily. These forms need returned no later than January 28, 2016.

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,
Sheila Limpach
Social Security Specialist
The Lincoln National Life Insurance Company

REF #1038074

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

December 24, 2015

PHILIP C SPINOSA
5020 TUGGLE RD
MEMPHIS TN 38118

This page is for mailing purposes only. Please disregard.

©2013 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1038074

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

December 24, 2015

SHERMAN CARTER

Re: Policyholder: BARDETT LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr Carter:

This letter is to advise your claim for Long Term Disability benefits has been approved.

This policy does have a 90 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 11/05/2015. Your first benefit payment will be issued on 12/28/2015 and will cover the period of disability from 11/05/2015 to 01/05/2016.

Subsequent payments will be issued on or around day 5 of each month. Disability benefits will be considered as long as you remain eligible according to the terms of this policy.

**YOUR BENEFIT AMOUNT**

Based on your reported monthly earnings as defined by the policy, your monthly benefit will equal $1,950.00. However, your monthly benefit might be reduced because of other income you are receiving based on the policy provisions.

**OTHER SOURCES OF INCOME**

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

## HOW LONG YOUR CLAIM MAY BE PAID

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined by your policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by this policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

## PARTIAL DISABILITY and VOCATIONAL REHABILITATION

Your policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

This policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals.

## TAXES AND DIRECT DEPOSIT

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

REF #1038074

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. Alternatively, you may also sign up for direct deposit on our website, www.Lincoln4Benefits.com.

Sincerely,

Kelly Steen
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure: REHAB SURVEY
CC: BARDETT LLC
ATTN: PHILIP C SPINOSA
5020 TUGGLE RD
MEMPHIS, TN 38118

REF #1038074

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

# REHABILITATION SURVEY

**(PLEASE see FRAUD NOTICES attached)**

Date of Request: 12/24/15

| | |
|---|---|
| Policy # 00001004922000000 | Employer BARDETT LLC |

## Information About Yourself

| | |
|---|---|
| Name: Sherman Carter | Phone Number: |
| Address: | |
| | |
| Social Security Number: | Date of Birth: |

## Education History

| | | |
|---|---|---|
| Highest Grade Completed 1 2 3 4 5 6 8 9 10 11 12 GED | Year Completed: | G.P.A.: |
| College 1 2 3 4 AS BA BS MA MS PhD Major: | Year Completed: | G.P.A.: |
| Vocational Training: | | |
| | | |
| Certifications Held: | | |

## Military

| | | |
|---|---|---|
| Year: From ________ to ________ | Rank: | Job Title. |
| Responsibilities: | | |
| | | |
| | | |

## Vocational History

| | |
|---|---|
| Please fill out completely and be as specific as possible starting with the most recent employer.<br>If you have a resume, please attach and return. This information is important in determining what services may be available to you. | |
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

REF #1038074

**Vocational History Continued**

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

**Activities of Daily Living:**

How long can you continuously: Sit? _________ Stand? _________ Walk? _________ Drive? _________

How far can you: Walk? _________ Drive? _________

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0-10 lbs. | | | | |
| 11-20 lbs. | | | | |
| 21-50 lbs. | | | | |
| 51-100 lbs. | | | | |
| over 100 lbs. | | | | |

How often can you do the following? (use the following codes) N = Never; O = Occasionally; F = Frequently; C = Constantly
Climb? ______ Balance? ______ Stoop? ______ Kneel? ______ Crouch? ______ Crawl? ______ Reach? ______
Perform repetitive movements? Hands? ______ Feet? ______

Describe how your disability impacts your ability to work:

Describe any hobbies, recreational activities or special interests you have:

How does your disability impact your ability to engage in recreational interests?

REF #1038074

**Medical Information**

| Describe your current medical problems and how they prevent you from working: |
|---|
| |
| |
| |
| |
| Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment) |
| |
| |
| |
| Names, dates and addresses of hospitals you have been in for your current disability: |
| |
| |
| |
| |
| Names and dosages of current medications: |
| |
| |
| |
| What special equipment do you use (wheelchair, cane, TENS unit, brace, etc.)? |
| |
| |
| |
| |
| Describe the measures your physician is taking to assist you in returning to work: |
| |
| |
| |
| |

**Benefit Information:**

| List the amount of benefits you are receiving for (include effective dates): | | |
|---|---|---|
| Social Security | Workers Compensation: | State Disability: |
| VA Benefits: | Retirement: | Other: |
| If you do not receive Social Security benefits, have you applied and what is the status? | | |
| | | |
| | | |
| | | |

REF #1038074

**Rehabilitation Activities**

Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency? If so, please provide name, address, phone number, services received and counselors name:

Status of above services (active, discontinued, etc.). Be specific and give details:

Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.):

Why?

Describe what you will require to return to your regular occupation:

If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in?

Are there any other conditions that will affect your ability to return to work? Please explain:

Are you interested in Vocational Rehabilitation to assist you in returning to work?

**Additional Comments**

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature ______________________________ Date ______________________________

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

REF #1038074

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

December 24, 2015

SHERMAN CARTER

Re: Policyholder: BARDETT LLC
Policy Number: 00001004922000000
Claim Number: 1150128075
Claimant: Sherman Carter

Dear Mr Carter:

This letter is to advise your claim for Long Term Disability benefits has been approved.

This policy does have a 90 day elimination period during which no benefits are payable. After satisfaction of this elimination period, benefits for your claim would begin on 11/05/2015. Your first benefit payment will be issued on 12/28/2015 and will cover the period of disability from 11/05/2015 to 01/05/2016.

Subsequent payments will be issued on or around day 5 of each month. Disability benefits will be considered as long as you remain eligible according to the terms of this policy.

**YOUR BENEFIT AMOUNT**

Based on your reported monthly earnings as defined by the policy, your monthly benefit will equal $1,950.00. However, your monthly benefit might be reduced because of other income you are receiving based on the policy provisions.

**OTHER SOURCES OF INCOME**

Other Sources of Income may reduce your monthly Long Term Disability benefit. Other Sources of Income include, but are not limited to:

- Social Security
- Worker's Compensation
- Short Term Disability and/or State Disability Income
- Pension or Retirement Income
- Part-time earnings

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #1038074

If you receive other sources of income, you are required to notify our office immediately and send us copies of your award letters.

**HOW LONG YOUR CLAIM MAY BE PAID**

Your policy provides 24 months of benefits as long as you are unable to perform the main duties of your Own Occupation, as defined by your policy.

However, after this period your claim will be re-evaluated. Benefits will continue if you are disabled from performing any type of work.

Please note, you are required by this policy to remain under the regular care and attendance of a legally qualified physician who can verify your continuing disability. Occasionally, we will send you supplementary claim forms to provide us with continuing proof of disability, which will include requesting current medical records.

Our experience with disability claims has shown that many people are able to resume work activities within a short amount of time after becoming disabled. We will continue to closely monitor your medical condition with periodic updates so when it appears you may be able to return to work, you should be aware of the return-to-work provisions in your policy. Please contact us when you do return to work or for more information on how we can help you with your return to work plans.

**PARTIAL DISABILITY and VOCATIONAL REHABILITATION**

Your policy contains a partial disability monthly benefit provision. If you become capable of working on a part-time basis, you may still be entitled to a monthly benefit. Please notify our office immediately if your disability status changes and we will determine your eligibility for partial disability benefits.

This policy contains a vocational rehabilitation benefit for which you may be eligible. Vocational Rehabilitation consists of services, which may include:

- vocational evaluation, counseling, training or job placement
- job modification or special equipment
- other services The Lincoln National Life Insurance Company feels are reasonably necessary to help you return to work

You, your physician or The Lincoln National Life Insurance Company can propose vocational rehabilitation. You may be contacted in the future to determine your rehabilitation needs and goals.

**TAXES AND DIRECT DEPOSIT**

If your employer pays all or a portion of the premium for your disability coverage, your benefits could be taxable and subject to Federal Income Tax (FIT). If you did not elect a FIT deduction on your initial claim form submission and you wish to have a FIT deduction, you must complete a W-4S form and return it to our office. W-4S forms can be obtained from the Internal Revenue Service website, www.irs.gov. Current Internal Revenue Service regulations have established a minimum withholding amount of $88.00 per month. You may have more withheld if you wish. Please note, we are unable to withhold FIT if your benefits are not taxable even if you indicated this election on your claim form.

REF #1038074

If all or part of your benefits are taxable, Federal Income Contributions Act (FICA) taxes are mandatory for any payments issued during the first six full months of disability. These taxes will be automatically calculated and deducted from your monthly benefit payments issued during that time period.

The Lincoln National Life Insurance Company offers electronic funds transfer for your convenience. This will eliminate mail delays and ensure your payment is deposited directly into your bank account on the date it is due each month. If you did not elect electronic funds transfer on your initial claim form, you may call our 800 number listed in this letter to initiate the direct deposit. Alternatively, you may also sign up for direct deposit on our website, www.Lincoln4Benefits.com.

Sincerely,

Kelly Steen
Claims Examiner II, Claims
The Lincoln National Life Insurance Company

Enclosure: REHAB SURVEY
CC: BARDETT LLC
ATTN: PHILIP C SPINOSA
5020 TUGGLE RD
MEMPHIS, TN 38118

REF #1038074

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## REHABILITATION SURVEY

**(PLEASE see FRAUD NOTICES attached)**

Date of Request: 12/24/15

| | |
|---|---|
| Policy # 00001004922000000 | Employer BARDETT LLC |

### Information About Yourself

| | |
|---|---|
| Name: Sherman Carter | Phone Number: |
| Address: | |
| | |
| Social Security Number: | Date of Birth: |

### Education History

| | | |
|---|---|---|
| Highest Grade Completed 1 2 3 4 5 6 8 9 10 11 12 GED | Year Completed: | G.P.A.: |
| College 1 2 3 4 AS BA BS MA MS PhD Major: | Year Completed: | G.P.A.: |
| Vocational Training: | | |
| | | |
| Certifications Held: | | |

### Military

| | | |
|---|---|---|
| Year: From ________ to ________ | Rank: | Job Title. |
| Responsibilities: | | |
| | | |
| | | |

### Vocational History

Please fill out completely and be as specific as possible starting with the most recent employer.
If you have a resume, please attach and return. This information is important in determining what services may be available to you.

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

REF #1038074

**Vocational History Continued**

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

| | |
|---|---|
| Job Title: | Employer: |
| Dates: From ________ to ________ | Wage: hourly/monthly/yearly |
| Job Tasks/Duties/Special Training (include supervisory responsibilities): | |
| | |
| | |
| Reason for leaving: | |

**Activities of Daily Living:**

How long can you continuously: Sit? _________ Stand? _________ Walk? _________ Drive? _________

How far can you: Walk? _________ Drive? _________

How much weight can you safely lift/carry?

| | Never | Occasionally (0-33%) | Frequently (36-66%) | Constantly (67-100%) |
|---|---|---|---|---|
| 0-10 lbs. | | | | |
| 11-20 lbs. | | | | |
| 21-50 lbs. | | | | |
| 51-100 lbs. | | | | |
| over 100 lbs. | | | | |

How often can you do the following? (use the following codes) N = Never; O = Occasionally; F = Frequently; C = Constantly
Climb? ______ Balance? ______ Stoop? ______ Kneel? ______ Crouch? ______ Crawl? ______ Reach? ______
Perform repetitive movements? Hands? ______ Feet? ______

Describe how your disability impacts your ability to work:

Describe any hobbies, recreational activities or special interests you have:

How does your disability impact your ability to engage in recreational interests?

REF #1038074

**Medical Information**

| |
|---|
| Describe your current medical problems and how they prevent you from working: |
| |
| |
| |
| |
| Names and addresses of current doctors (please indicate what they are treating you for and your next scheduled appointment) |
| |
| |
| |
| Names, dates and addresses of hospitals you have been in for your current disability: |
| |
| |
| |
| |
| Names and dosages of current medications: |
| |
| |
| |
| What special equipment do you use (wheelchair, cane, TENS unit, brace, etc.)? |
| |
| |
| |
| |
| Describe the measures your physician is taking to assist you in returning to work: |
| |
| |
| |
| |

**Benefit Information:**

| | | |
|---|---|---|
| List the amount of benefits you are receiving for (include effective dates): | | |
| Social Security | Workers Compensation: | State Disability: |
| VA Benefits: | Retirement: | Other: |
| If you do not receive Social Security benefits, have you applied and what is the status? | | |
| | | |
| | | |
| | | |

REF #1038074

**Rehabilitation Activities**

| |
|---|
| Are you or have you ever participated in a Vocational Rehabilitation program through any state, federal or local agency? If so, please provide name, address, phone number, services received and counselors name: |
| |
| |
| |
| Status of above services (active, discontinued, etc.). Be specific and give details: |
| |
| |
| |
| Describe how you feel about returning to work (i.e. scared, anxious, excited, reluctant, etc.): |
| Why? |
| |
| |
| Describe what you will require to return to your regular occupation: |
| |
| |
| |
| If you do not feel you will be able to return to work in your regular occupation, what other occupations are you interested in? |
| |
| |
| |
| Are there any other conditions that will affect your ability to return to work? Please explain: |
| |
| |
| |
| Are you interested in Vocational Rehabilitation to assist you in returning to work? |

**Additional Comments**

| |
|---|
| |
| |
| |
| |

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature ______________________________ Date ______________________________

Thank you for completing this survey. Once we have reviewed, if appropriate, we will contact you to discuss in more detail and determine what services may be available to you in your pursuit of returning to meaningful employment.

The Lincoln National Life Insurance Company
Claims Department

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

ATTENTION : KELLY

FROM : SHERMAN CARTER

DATE: 12/08/2015

PHONE:

D.O.B.

ADDRESS :

# OF PAGES : 3

**MEMPHIS PRIMARY CARE SPECIALISTS, LLC**

**Shoaib Qureshi, M.D.** **Imran Mirza, M.D.**
**Gail Gibson, F.N.P.**

3960 Knight Arnold Rd. #102
Memphis, TN 38118

Phone (901) 369-6008 Fax (901) 369-8618

**CERTIFICATE**
**FOR RETURN TO SCHOOL OR WORK**

Sherman Carter has been under

my care from 8/7/15 to 8/7/15

and is able to return to school / (work) on 8/13/15

Limitations/Remarks: ______

Dr. [signature] Date 8/7/15

FPS 51305

UHC/PHCS

Name: Sherman Carter Age: Insurance: UHC/PHCS Date: 8/7/15

CC: Back pain/cramps/spasms

History of Present Illness: #22

Past Medical History: Diabetes

Family History:

Surgical History: Living Will: Yes No

Social History: Tobacco Use: Yes No PPD:

ETOH Use: Yes No Socially Occasionally Daily Drug Use: Yes No Recreational

CPX: Mammogram: Colonoscopy: Prostate: Pap:

LMP: Last Tetanus: >5yrs <5yrs Children Immunizations UTD Yes No

Allergies: NKDA

ROS: Circle = POS

Gen: Appetite, Fatigue, mood changes, wt. Change
Neuro: Dizziness, HA, Numbness, Seizures
HEENT: Redness, Rhinorrhea, Sneezing, Earache, Sore Throat, Vision Change
CV: CP, DOE, Palpitations, Syncope, PND
Resp: Congestion, Cough, Wheezing, Pain, Sputum, Hemoptysis
GI: ABD Pain, Constipation, N/V/D, Reflux, Melena
GU: D/C, Dysuria, Frequency, Hematuria, Nocturia
MS: Arthralgia, Edema, Myalgia, Weakness
Skin: Bruising, Lesions, Rash, Itching
Endo: Hair change, polyuria, polydipsia, ~~skin changes~~

Lab Orders:
CBC CMP Amylase Lipsae TSH Liver Fx
RPR HIV HSV-1-2 lipid Hep pro PSA uric ESR
UA C&S HCG GC/Chlam Pap HPV Occult
HGA1c Quick Strep
Other

RF
Growth
CPK
[illegible]

Counseling: Circle Each Completed

| Medicare | Other insurances |
|---|---|
| Obesity | Exercise/Diet |
| CVD-Annually | Preventive |
| ~~Alc/Drug Screen~~ -Annually | STD |
| Depression Scrn- Annually | Insulin |
| STD | Alc/Sub Abuse |

AB
Au (R) hip
Toradol 30
IM
Done

Physical Examination

HT 6'1 WT 203 T 98' BP 140/96 HR 76 RESP 17 BS Pulse Ox

General: NAD Alert WN WD WG Mild/Moderate/Severe Distress Anxious/Lethargic
HEENT: PERRLA Sclera/Conjunctiva/Lids WNL Visual Activity WNL No Lesions of Scars
Hearing pinna, Ext canals, TMS WNL Nares/Mucosa/Septum WNL Lip/Tongue/Teeth/Pharynx WNL
Neck: Supple No Mass Thyroid WNL No JVD No Bruits Trachea Midline
Breast: No assemetry, no masses, no d/c, no tenderness S&E instructions given
RESP: Breath sounds clear bilat equal & unlabored No Cough SOB Pain Rales/Rhonchi
CV: RRR No Murmur No Gallop S1, S2 PMI non-displaced No Bruits
GI: WNL Soft Non-Tender No organomegaly No tenderness/guarding/rebound no abnormal sounds CVA Tenderness - +
Rectal: NST No masses Heme Neg Prostate: smooth, round no lesions non-tender
GU WNL external Pelvic: Mucosa/cervix/uterus WML No CMT No adenexa tenderness No D/C
SKIN: Color WNL No Rash Warm/Dry No Cyanosis/Diaphoresis/Clubbing Pallor
MS: Gait WNL Strength & tone WNL Non-tender WNL ROM No Edema
Neuro: AAOx3 mood/affect WML CN II-XII Intact No Deficits, Romberg - +, Ataxia - +

Diagnosis: Low Back Pain
Myalgia
Physical
Leg Pain / Claudication
Wt loss

Plan: 4.5 mg/ml / 1125
10/12.5
Tramadol 50
Tizanidine
Indocin

Signature: Follow Up:

Name: Sherman Carter Age:____ Insurance: UHC Date: 8/26/15
CC: lab results
History of Present Illness:____

Past Medical History: Dignites
Family History:____
Surgical History: " Living Will: Yes No
Social History: " Tobacco Use: Yes No PPD: Ø
ETOH Use: Yes No Socially Occasionally Daily Drug Use: Yes No Recreational: Ø
CPX: Ø Mammogram: Ø Colonoscopy: Ø Prostate: Ø Pap: Ø
LMP: Ø Last Tetanus: >5yrs <5yrs Children Immunizations UTD Yes No
Allergies: NKDA

Cardio
~~Ae...~~
EKG abnormal

ROS: Circle = POS
Gen: Appetite, Fatigue, mood changes, wt. Change
Neuro: Dizziness, HA, Numbness, Seizures
HEENT: Redness, Rhinorrhea, Sneezing, Earache, ~~Sore~~ Throat, Vision Change
CV: CP, DOE, Palpitations, Syncope, PND
Resp: Congestion, Cough, Wheezing, Pain, Sputum, Hemoptysis
GI: ABD Pain, Constipation, N/V/D, Reflux, Melena
GU: D/C, Dysuria, Frequency, Hematuria, Nocturia
MS: Arthralgia, Edema, Myalgia, Weakness
Skin: Bruising, Lesions, Rash, Itching
Endo: Hair change, polyuria, polydipsia, skin changes

Lab Orders:
CBC CMP Amylase Lipsae TSH Liver Fx
RPR HIV HSV-1-2 lipid Hep prof PSA uric ESR
UA C&S HCG GC/Chlam Pap HPV Occult
HGA1c Quick Strep
Other ____
Counseling: Circle Each Completed
Medicare / Other insurances
Obesity / Exercise/Diet
CVD-Annually / Preventive
Alc/Drug Screen -Annually / STD
Depression Scrn-Annually / Insulin
STD / Alc/Sub Abuse

EKG
KB

Physical Examination
HT 6'1 WT 201 T 98.2 BP 138/86 HR 74 RESP 17 BS____ Pulse Ox____
General: __NAD__Alert__WN__WD__WG__Mild/Moderate/Severe Distress__Anxious/Lethargic
HEENT: __PERRLA__Sclera/Conjunctiva/Lids WNL__Visual Activity WNL__No Lesions of Scars__
Hearing pinna, Ext canals', TMS WNL__Nares/Mucosa/Septum WNL__Lip/Tongue/Teeth/Pharynx WNL
Neck: __Supple__No Mass__Thyroid WNL__No JVD__No Bruits__Trachea Midline
Breast: __No assemetry, no masses, no d/c, no tenderness __S&E instructions given
RESP: __Breath sounds clear bilat__equal & unlabored__No Cough__SOB__Pain__Rales/Rhonchi
CV: __RRR__No Murmur__No Gallop__S1, S2__PMI non-displaced__No Bruits
GI: __WNL__Soft__Non-Tender__No organomegaly__No tenderness/guarding/rebound__ no abnormal sounds CVA Tenderness - +
Rectal: __NST__No masses__Heme Neg Prostate: __smooth, round__ no lesions__ non-tender
GU__WNL external Pelvic: __Mucosa/cervix/uterus WML__No CMT__No adenexa tenderness__No D/C
SKIN: __Color WNL__No Rash__Warm/Dry__No Cyanosis/Diaphoresis/Clubbing Pallor
MS: __Gait WNL__Strength & tone WNL__Non-tender__WNL ROM__No Edema
Neuro: __AAOx3__mood/affect WML__CN II-XII Intact__No Deficits, Romberg - +, Ataxia - +

Diagnosis: ↑ Bilirubin / Hyperbilirubinemia Plan: ✓ ECG
↓ WBC leukopenia
low back pain —
Mylan

Signature: [signature] Follow Up:____

DJD
hip surgery
Palpitation
medically clear for surgery

MEMPHIS PRIMARY CARE SPECIALISTS, LLC

Shoaib Qureshi, M.D. Imran Mirza, M.D.
Gail Gibson, F.N.P.

3960 Knight Arnold Rd. #102
Memphis, TN 38118

Phone (901) 369-6008 Fax (901) 369-8618

## CERTIFICATE
## FOR RETURN TO SCHOOL OR WORK

Sherman Carter has been under my care from 8/7/15 to 8/7/15 and is able to return to school / work (circled: work) on 8/13/15

Limitations/Remarks:

Dr. [signature] Date 8/7/15

FPS 51305

# Certification of Health Care Provider for Employee's Serious Health Condition (Family and Medical Leave Act)

U.S. Department of Labor
Wage and Hour Division

DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT

OMB Control Number: 1235-0003
Expires: 5/31/2018

## SECTION I: For Completion by the EMPLOYER

**INSTRUCTIONS to the EMPLOYER:** The Family and Medical Leave Act (FMLA) provides that an employer may require an employee seeking FMLA protections because of a need for leave due to a serious health condition to submit a medical certification issued by the employee's health care provider. Please complete Section I before giving this form to your employee. Your response is voluntary. While you are not required to use this form, you may not ask the employee to provide more information than allowed under the FMLA regulations, 29 C.F.R. §§ 825.306-825.308. Employers must generally maintain records and documents relating to medical certifications, recertifications, or medical histories of employees created for FMLA purposes as confidential medical records in separate files/records from the usual personnel files and in accordance with 29 C.F.R. § 1630.14(c)(1), if the Americans with Disabilities Act applies, and in accordance with 29 C.F.R. § 1635.9, if the Genetic Information Nondiscrimination Act applies.

Employer name and contact: A.S. Barboro, Bob Belshan, H. R. Manager, 901-433-5744 Fax 363-9356

Employee's job title: Delivery Driver Regular work schedule: Monday - Friday

Employee's essential job functions: Driver truck, unload beverages and collect payment

Check if job description is attached: ✓

## SECTION II: For Completion by the EMPLOYEE

**INSTRUCTIONS to the EMPLOYEE:** Please complete Section II before giving this form to your medical provider. The FMLA permits an employer to require that you submit a timely, complete, and sufficient medical certification to support a request for FMLA leave due to your own serious health condition. If requested by your employer, your response is required to obtain or retain the benefit of FMLA protections. 29 U.S.C. §§ 2613, 2614(c)(3). Failure to provide a complete and sufficient medical certification may result in a denial of your FMLA request. 20 C.F.R. § 825.313. Your employer must give you at least 15 calendar days to return this form. 29 C.F.R. § 825.305(b).

Your name: Sherman (First) ______ (Middle) Carter (Last)

## SECTION III: For Completion by the HEALTH CARE PROVIDER

**INSTRUCTIONS to the HEALTH CARE PROVIDER:** Your patient has requested leave under the FMLA. Answer, fully and completely, all applicable parts. Several questions seek a response as to the frequency or duration of a condition, treatment, etc. Your answer should be your best estimate based upon your medical knowledge, experience, and examination of the patient. Be as specific as you can; terms such as "lifetime," "unknown," or "indeterminate" may not be sufficient to determine FMLA coverage. Limit your responses to the condition for which the employee is seeking leave. Do not provide information about genetic tests, as defined in 29 C.F.R. § 1635.3(f), genetic services, as defined in 29 C.F.R. § 1635.3(e), or the manifestation of disease or disorder in the employee's family members, 29 C.F.R. § 1635.3(b). Please be sure to sign the form on the last page.

Provider's name and business address: Gregory Dabov 7545 Airways Blvd Southaven MS 38671

Type of practice / Medical specialty: Orthopaedics

Telephone: (901) 759 5500 Fax: (901) 759 3217

6/21/15 1st Visit

**PART A: MEDICAL FACTS**

1. Approximate date condition commenced: Surgery 9/21/15

Probable duration of condition: Approx 4 months

**Mark below as applicable:**

Was the patient admitted for an overnight stay in a hospital, hospice, or residential medical care facility?
✓ No ___Yes. If so, dates of admission:

_______________

Date(s) you treated the patient for condition:

6/21/15,

Will the patient need to have treatment visits at least twice per year due to the condition? ___No ✓ Yes.

Was medication, other than over-the-counter medication, prescribed? ___No ✓ Yes.

Was the patient referred to other health care provider(s) for evaluation or treatment (e.g., physical therapist)?
___No ✓ Yes. If so, state the nature of such treatments and expected duration of treatment:

2 to 3 x week For Approx 16 weeks.

2. Is the medical condition pregnancy? ✓ No ___Yes. If so, expected delivery date: _______________

3. Use the information provided by the employer in Section I to answer this question. If the employer fails to provide a list of the employee's essential functions or a job description, answer these questions based upon the employee's own description of his/her job functions.

Is the employee unable to perform any of his/her job functions due to the condition: ___ No ✓ Yes.

If so, identify the job functions the employee is unable to perform:

No Prolonged Walking Or Standing.
No Climbing

4. Describe other relevant medical facts, if any, related to the condition for which the employee seeks leave (such medical facts may include symptoms, diagnosis, or any regimen of continuing treatment such as the use of specialized equipment):

. Hip Pain and Leg Weakness.
Osteoarthritis Left Hip.
Surgery 9/21/15, P.T and Pain meds.



CONTINUED ON NEXT PAGE

PART B: AMOUNT OF LEAVE NEEDED

5. Will the employee be incapacitated for a single continuous period of time due to his/her medical condition, including any time for treatment and recovery? ___No ✓ Yes.

   If so, estimate the beginning and ending dates for the period of incapacity: approx 8/21/15 to 12/21/15

6. Will the employee need to attend follow-up treatment appointments or work part-time or on a reduced schedule because of the employee's medical condition? ___No ✓ Yes.

   If so, are the treatments or the reduced number of hours of work medically necessary?
   ___No ✓ Yes.

   Estimate treatment schedule, if any, including the dates of any scheduled appointments and the time required for each appointment, including any recovery period:
   Office Visits Biweekly to Monthly

   Estimate the part-time or reduced work schedule the employee needs, if any:

   __________ hour(s) per day; __________ days per week from __________ through __________

7. Will the condition cause episodic flare-ups periodically preventing the employee from performing his/her job functions? ✓ No ____Yes.

   Is it medically necessary for the employee to be absent from work during the flare-ups?
   ____ No ____Yes. If so, explain:

   ______________________________________________

   ______________________________________________

   Based upon the patient's medical history and your knowledge of the medical condition, estimate the frequency of flare-ups and the duration of related incapacity that the patient may have over the next 6 months (e.g., 1 episode every 3 months lasting 1-2 days):

Frequency : _____ times per _____ week(s) _____ month(s)

Duration: _____ hours or ___ day(s) per episode

ADDITIONAL INFORMATION: IDENTIFY QUESTION NUMBER WITH YOUR ADDITIONAL ANSWER.

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________

______________________________________________


CONTINUED ON NEXT PAGE

Signature of Health Care Provider

8/31/15

Date

**PAPERWORK REDUCTION ACT NOTICE AND PUBLIC BURDEN STATEMENT**

If submitted, it is mandatory for employers to retain a copy of this disclosure in their records for three years. 29 U.S.C. § 2616; 29 C.F.R. § 825.500. Persons are not required to respond to this collection of information unless it displays a currently valid OMB control number. The Department of Labor estimates that it will take an average of 20 minutes for respondents to complete this collection of information, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. If you have any comments regarding this burden estimate or any other aspect of this collection information, including suggestions for reducing this burden, send them to the Administrator, Wage and Hour Division, U.S. Department of Labor, Room S-3502, 200 Constitution Ave., NW, Washington, DC 20210. **DO NOT SEND COMPLETED FORM TO THE DEPARTMENT OF LABOR; RETURN TO THE PATIENT.**

**Campbell Clinic**
901-759-3100
7545 Airways Boulevard
Southaven, MS 38671

*992736-18*

Patient Name: CARTER, SHERMAN
DOB:
Age: 48y
Gender: Male

## CERTIFICATE FOR RETURN TO SCHOOL OR WORK

SHERMAN CARTER has been under my care

from 8/21/2015 to PRESENT and is able to return to

work / school on Off Work unti released from Dr

Remarks:

Dr. [signature] Date: August 21, 2015

**Hoffner, Faye**

**From:** LFGAppeals
**Sent:** Thursday, April 16, 2020 4:57 PM
**To:** entrprserip
**Subject:** FW: File copy for 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

**From:** Nolan, Sandra
**Sent:** Thursday, April 16, 2020 8:56:48 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: File copy for 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

Please add to claim 1150128075 thanks

**From:** Nolan, Sandra
**Sent:** Thursday, April 16, 2020 3:50 PM
**To:** Felten, Jill <Jill.Felten@lfg.com>; DHearn@Glankler.com
**Subject:** RE: File copy for 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

Please note this file copy is for Sherman Carter

Thanks

**From:** Felten, Jill <Jill.Felten@lfg.com>
**Sent:** Thursday, April 16, 2020 3:47 PM
**To:** DHearn@Glankler.com
**Cc:** Nolan, Sandra <Sandra.Nolan@lfg.com>
**Subject:** File copy for 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)
**Importance:** High

https://lfg-my.sharepoint.com/:b:/p/sarah_ricker/EZqnW_oVpj5Jmlc1kbiyXuABF8Bdjmcmf8fzw6ylvXUFZw?e=LrTKlY

Good Afternoon,

Please see the enclosed link as it contains the information requested.

To view the documents simply click on the link and input the secured password referenced below.

**Secure password:** Social Security number (no spaces/dashes)

Please let me know if you have any issues with the link above. If you have any other questions in regards to the claim please reach out to the claims examiner included in this email.

****Also note file is only accessible for 24hrs****

Thank you

Jill

**Hoffner, Faye**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, April 20, 2020 7:43 AM |
| **To:** | entrprserip |
| **Subject:** | FW: RESEND File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure) |
| **Importance:** | High |

---

**From:** Nolan, Sandra
**Sent:** Monday, April 20, 2020 11:42:44 AM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: RESEND File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

Please add to claim 1150128075 thanks

---

**From:** Felten, Jill <Jill.Felten@lfg.com>
**Sent:** Friday, April 17, 2020 7:27 AM
**To:** DHearn@Glankler.com
**Cc:** Nolan, Sandra <Sandra.Nolan@lfg.com>
**Subject:** RESEND File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)
**Importance:** High

https://lfg-my.sharepoint.com/:b:/p/sarah_ricker/EZqnW_oVpj5Jmlc1kbiyXuABF8Bdjmcmf8fzw6ylvXUFZw?e=hT6g3X

Good morning,

Please see the enclosed link as it contains the information requested.

To view the documents simply click on the link and input the secured password referenced below.

**Secure password:** Social Security number (no spaces/dashes)

Please let me know if you have any issues with the link above. If you have any other questions in regards to the claim please reach out to the claims examiner included in this email.

****Also note file is only accessible for 24hrs****

Thank you

Jill

**Hoffner, Faye**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, April 30, 2020 3:08 PM |
| **To:** | entrprserip |
| **Subject:** | FW: RESEND File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure) |

---

**From:** Nolan, Sandra
**Sent:** Thursday, April 30, 2020 7:07:37 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: RESEND File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

Please add to claim 1150128075 thanks

---

**From:** Don L.Hearn <DHearn@Glankler.com>
**Sent:** Thursday, April 30, 2020 11:54 AM
**To:** Felten, Jill <Jill.Felten@lfg.com>
**Cc:** Nolan, Sandra <Sandra.Nolan@lfg.com>
**Subject:** RE: RESEND File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please resend the link has expired. Thank you. Also, please send me a final copy of the claim file. Thank you.

**Don L. Hearn, Jr., Member**
**GLANKLER BROWN**
**P** 901.576.1767 | **F** 901.525.2389
dhearn@glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

---

**From:** Felten, Jill <Jill.Felten@lfg.com>
**Sent:** Friday, April 17, 2020 7:27 AM
**To:** Don L.Hearn <DHearn@Glankler.com>
**Cc:** Nolan, Sandra <Sandra.Nolan@lfg.com>
**Subject:** RESEND File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)
**Importance:** High

This message was sent securely using Zix®

https://lfg-my.sharepoint.com/:b:/p/sarah_ricker/EZqnW_oVpj5Jmlc1kbiyXuABF8Bdjmcmf8fzw6ylvXUFZw?e=hT6g3X

Good morning,

$B!&(B€€

Please see the enclosed link as it contains the information requested.

To view the documents simply click on the link and input the secured password referenced below.

$B!&(B€€

**Secure password:** Social Security number (no spaces/dashes)

$B!&(B€€

Please let me know if you have any issues with the link above. If you have any other questions in regards to the claim please reach out to the claims examiner included in this email.

$B!&(B€€

**Also note file is only accessible for 24hrs**

$B!&(B€€

$B!&(B€€

Thank you

Jill

$B!&(B€€

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

**Hoffner, Faye**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, April 30, 2020 3:09 PM |
| **To:** | entrprserip |
| **Subject:** | FW: RESEND: File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure) |
| **Importance:** | High |

---

**From:** Nolan, Sandra
**Sent:** Thursday, April 30, 2020 7:09:07 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: RESEND: File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

Please add to claim 1150128075 thanks

---

**From:** Felten, Jill <Jill.Felten@lfg.com>
**Sent:** Thursday, April 30, 2020 12:54 PM
**To:** Don L.Hearn <DHearn@Glankler.com>
**Cc:** Nolan, Sandra <Sandra.Nolan@lfg.com>
**Subject:** RESEND: File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)
**Importance:** High

https://lfg-my.sharepoint.com/:b:/p/sarah_ricker/EZqnW_oVpj5Jmlc1kbiyXuABF8Bdjmcmf8fzw6ylvXUFZw?e=IQSnhn

Good Afternoon,

Please see the enclosed link as it contains the information requested. To view the documents, simply click on the link and input the secured password referenced below.

**Secure password:** Social Security number (no spaces/dashes)

Please let me know if you have any issues with the link above. If you have any other questions in regards to the claim, please reach out to the claims examiner included in this email.

** Also note file is only accessible for 24 hours**

Examiner, please notify recipient of the expiration and place email into administrative file.

Thank you,

Jill

**Hoffner, Faye**

**From:** LFGAppeals
**Sent:** Thursday, April 30, 2020 3:10 PM
**To:** entrprserip
**Subject:** FW: RESEND: File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

---

**From:** Nolan, Sandra
**Sent:** Thursday, April 30, 2020 7:09:41 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: RESEND: File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

Please add to claim 1150128075 thanks

---

**From:** Don L.Hearn <DHearn@Glankler.com>
**Sent:** Thursday, April 30, 2020 1:30 PM
**To:** Felten, Jill <Jill.Felten@lfg.com>
**Cc:** Nolan, Sandra <Sandra.Nolan@lfg.com>
**Subject:** RE: RESEND: File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Received thank you.

**Don L. Hearn, Jr., Member**
**GLANKLER BROWN**
**P** 901.576.1767 | **F** 901.525.2389
dhearn@glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

---

**From:** Felten, Jill <Jill.Felten@lfg.com>
**Sent:** Thursday, April 30, 2020 12:54 PM
**To:** Don L.Hearn <DHearn@Glankler.com>
**Cc:** Nolan, Sandra <Sandra.Nolan@lfg.com>
**Subject:** RESEND: File copy for SHERMAN CARTER 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)
**Importance:** High

This message was sent securely using Zix®

https://lfg-my.sharepoint.com/:b:/p/sarah_ricker/EZqnW_oVpj5Jmlc1kbiyXuABF8Bdjmcmf8fzw6ylvXUFZw?e=IQSnhn

Good Afternoon,

$B!&(B€€

Please see the enclosed link as it contains the information requested. To view the documents, simply click on the link and input the secured password referenced below.

$B!&(B€€

Secure password: Social Security number (no spaces/dashes)

$B!&(B€€

Please let me know if you have any issues with the link above. If you have any other questions in regards to the claim, please reach out to the claims examiner included in this email.

$B!&(B€€

** Also note file is only accessible for 24 hours**

$B!&(B€€

Examiner, please notify recipient of the expiration and place email into administrative file.

$B!&(B€€

Thank you,

Jill

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

**Hoffner, Faye**

**From:** LFGAppeals
**Sent:** Thursday, April 16, 2020 4:56 PM
**To:** entrprserip
**Subject:** FW: File copy for 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

**Importance:** High

---

**From:** Nolan, Sandra
**Sent:** Thursday, April 16, 2020 8:55:51 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: File copy for 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)

Please add to claim 1150128075 thanks

---

**From:** Felten, Jill <Jill.Felten@lfg.com>
**Sent:** Thursday, April 16, 2020 3:47 PM
**To:** DHearn@Glankler.com
**Cc:** Nolan, Sandra <Sandra.Nolan@lfg.com>
**Subject:** File copy for 1150128075 - 1150112339 - 1160012638 - 1160009294 (secure)
**Importance:** High

https://lfg-my.sharepoint.com/:b:/p/sarah_ricker/EZqnW_oVpj5Jmlc1kbiyXuABF8Bdjmcmf8fzw6ylvXUFZw?e=LrTKlY

Good Afternoon,

Please see the enclosed link as it contains the information requested.

To view the documents simply click on the link and input the secured password referenced below.

**Secure password:** Social Security number (no spaces/dashes)

Please let me know if you have any issues with the link above. If you have any other questions in regards to the claim please reach out to the claims examiner included in this email.

**Also note file is only accessible for 24hrs**

Thank you

Jill

**Hoffner, Faye**

**From:** LFGAppeals
**Sent:** Friday, February 14, 2020 8:25 AM
**To:** entrprserip
**Subject:** FW: Lincoln Financial Group Information for Claim 1150128075 (SECURE)
**Attachments:** LFG.PDF

---

**From:** Henderson, Theresa
**Sent:** Friday, February 14, 2020 1:24:33 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: Lincoln Financial Group Information for Claim 1150128075 (SECURE)

---

**From:** Don L.Hearn <DHearn@Glankler.com>
**Sent:** Thursday, February 13, 2020 5:07 PM
**To:** Henderson, Theresa <Theresa.Henderson@lfg.com>
**Subject:** FW: Lincoln Financial Group Information for Claim 1150128075 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Theresa, thank you for the email. I wrote you today requesting a little more time to collect medical information in support of Mr. Carter's claim. Please advise when you can. Many thanks, Don

**Don L. Hearn, Jr., Member**
**GLANKLER BROWN**
**P** 901.576.1767 | **F** 901.525.2389
dhearn@glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

**From:** Theresa Henderson <Theresa.Henderson@lfg.com>
**Sent:** Tuesday, February 11, 2020 2:46 PM
**To:** Don L.Hearn <DHearn@Glankler.com>
**Subject:** Lincoln Financial Group Information for Claim 1150128075 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

## Important Information for Claim #1150128075

Please review the attached letter and/or document(s) regarding the Claim #1150128075 for Sherman Carter. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Theresa Henderson**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765 ext 7277
Phone: 800-423-2765 *7277
Fax: 402-361-1280
Email: Theresa.Henderson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix**®.

**Hoffner, Faye**

**From:** LFGAppeals
**Sent:** Friday, February 14, 2020 4:37 PM
**To:** entrprserip
**Subject:** FW: Claim No. 1150128075 / Claimant: Carter, Sherman
**Attachments:** 2020-02-14 Letter to Lincoln.pdf

---

**From:** Brenda Pannell
**Sent:** Friday, February 14, 2020 9:35:32 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Henderson, Theresa; LFGAppeals
**Subject:** Claim No. 1150128075 / Claimant: Carter, Sherman

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Per Don Hearn's request, please see the attached.

*Thank you,*
**Pamela Logston** / **Brenda Pannell**
**Legal Assistant to:**
**John I. Houseal, Jr.**
**P** 901.576.1835 | **F** 901.525.2389
bpannell@glankler.com www.glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

100 YEARS
GLANKLER BROWN.
resolved. period.
TOP WORK PLACES The Commercial Appeal

**From:** ShareScans <sharescans@Glankler.com>
**Sent:** Friday, February 14, 2020 3:30 PM
**To:** Brenda Pannell <bpannell@Glankler.com>
**Subject:** Carter, Sherman - Letter to Lincoln

**Hoffner, Faye**

**From:** LFGAppeals
**Sent:** Friday, February 14, 2020 4:39 PM
**To:** entrprserip
**Subject:** FW: Claim No. 1150128075 / Claimant: Carter, Sherman
**Attachments:** 2020-02-14 Letter to Lincoln.pdf

---

**From:** Brenda Pannell
**Sent:** Friday, February 14, 2020 9:37:19 PM (UTC+00:00) Monrovia, Reykjavik
**To:** Henderson, Theresa; LFGAppeals
**Subject:** Claim No. 1150128075 / Claimant: Carter, Sherman

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Per Don Hearn's request, please see the attached.

*Thank you,*

**Pamela Logston** / **Brenda Pannell**
**Legal Assistant to:**
**Don L. Hearn, Jr.**
**P** 901.576.1835 | **F** 901.525.2389
bpannell@glankler.com www.glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

100 YEARS
GLANKLER BROWN.
resolved. period.

TOP WORK PLACES The Commercial Appeal

**Hoffner, Faye**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, March 26, 2020 2:04 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Lincoln Financial Group Information for Claim 1150128075 (SECURE) |

---

**From:** Henderson, Theresa
**Sent:** Thursday, March 26, 2020 6:04:02 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** FW: Lincoln Financial Group Information for Claim 1150128075 (SECURE)

#1190094689

---

**From:** Don L.Hearn <DHearn@Glankler.com>
**Sent:** Wednesday, March 25, 2020 10:03 AM
**To:** Henderson, Theresa <Theresa.Henderson@lfg.com>
**Cc:** Brenda Pannell <bpannell@Glankler.com>
**Subject:** Re: Lincoln Financial Group Information for Claim 1150128075 (SECURE)

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Henderson,

Please provide me a copy of the complete claim file, including the latest reviewer's CV, compensation, and a list of all materials she reviewed. Thank you. Don

Don Hearn
Glankler Brown, PLLC

---

**From:** Theresa Henderson <Theresa.Henderson@lfg.com>
**Date:** Friday, March 6, 2020 at 2:40 PM
**To:** Don Hearn <DHearn@Glankler.com>
**Subject:** Lincoln Financial Group Information for Claim 1150128075 (SECURE)

This message was sent securely using Zix®

E-communication from Lincoln Financial Group

Lincoln Financial Group

LINCOLN FOR GROUP BENEFITS

# Important Information for Claim #1150128075

Please review the attached letter and/or document(s) regarding the Claim #1150128075 for Sherman Carter. You may submit claim forms and additional documentation via email to DisabilityClaims@LFG.com. If you have any questions regarding this information, please contact us at claims@lfg.com or 1-800-423-2765.

**Theresa Henderson**
**Specialist, Claims**
LN10-Lincoln National Life Insurance Co
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free Phone: 1-800-423-2765 ext 7277
Phone: 800-423-2765 *7277
Fax: 402-361-1280
Email: Theresa.Henderson@lfg.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

©2013 Lincoln National Corporation

LincolnFinancial.com

You're In Charge™

Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

This message was secured by **Zix®**.

**Hoffner, Faye**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Wednesday, January 15, 2020 2:57 PM |
| **To:** | entrprserip |
| **Subject:** | FW: (secure) |
| **Attachments:** | Borzak, Steven 2014 CV-Cardiology SAN.pdf; CV - Fil Castillo.pdf - Adobe Acrobat.pdf |

---

**From:** Henderson, Theresa
**Sent:** Wednesday, January 15, 2020 2:56:28 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: (secure)

#1150128075

---

**From:** Henderson, Theresa
**Sent:** Wednesday, January 15, 2020 1:56 PM
**To:** DHEARN@GLANKLER.COM
**Subject:** (secure)

RE: Sherman Carter
LTD Disability Claim #1150128075

Mr. Hearn,

Per your request I have attached the curriculum vitae of the medical reviewers regarding your client's Long Term Disability claim.

Thank you,

Theresa

Theresa Henderson
Specialist, Claims
Claims Solutions Shared Services

Lincoln Financial Group
8801 Indian Hills Drive
Omaha NE, 68114

402-361-7277 Office
402-361-1460 Fax
800-423-2765 Toll Free

LincolnFinancial.com

**Follow us on:**

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**Hoffner, Faye**

**From:** LFGAppeals
**Sent:** Thursday, February 13, 2020 1:28 PM
**To:** entrprserip
**Subject:** FW: Claim No. 1150128075 / Claimant: Sherman Carter
**Attachments:** 2020-02-13 Letter to Lincoln with attachments.pdf

---

**From:** Brenda Pannell
**Sent:** Thursday, February 13, 2020 6:26:43 PM (UTC+00:00) Monrovia, Reykjavik
**To:** LFGAppeals
**Subject:** Claim No. 1150128075 / Claimant: Sherman Carter

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Per Don Hearn's request, please see the attached.

*Thank you,*
**Pamela Logston** / **Brenda Pannell**
**Legal Assistant to:**
**Don L. Hearn, Jr.**
**P** 901.576.1835 | **F** 901.525.2389
bpannell@glankler.com www.glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

100 YEARS
GLANKLER BROWN.
resolved. period.

TOP WORK PLACES The COMMERCIAL APPEAL

|

**Hoffner, Faye**

**From:** LFGAppeals
**Sent:** Tuesday, November 12, 2019 3:52 PM
**To:** entrprserip
**Subject:** FW: Claimant: Sherman Carter; Claim No.: 1150128075
**Attachments:** 2019-11-12 ltr to Lincoln National Life Ins. Co..pdf

---

**From:** Don L.Hearn
**Sent:** Tuesday, November 12, 2019 3:39:25 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Cc:** Don L.Hearn
**Subject:** Claimant: Sherman Carter; Claim No.: 1150128075

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Kurtz,

Please see attached correspondence regarding the above referenced Claimant, Sherman Carter, Claim No. 1150128075.

Don

**Don L. Hearn, Jr., Member**
**P** 901.576.1767 | **F** 901.525.2389
dhearn@glankler.com
Vcard | Bio | www.glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

100 YEARS
GLANKLER BROWN.
resolved.period.

TOP WORK PLACES THE COMMERCIAL APPEAL

**Hoffner, Faye**

**From:** LFGAppeals
**Sent:** Thursday, November 21, 2019 7:26 AM
**To:** entrprserip
**Subject:** FW: S CARTER 1150128075 FILE COPY

---

**From:** Kurtz, Lisa
**Sent:** Thursday, November 21, 2019 7:25:59 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Subject:** FW: S CARTER 1150128075 FILE COPY

Please load as mail

---

**From:** Gabrie, Samantha
**Sent:** Tuesday, November 19, 2019 10:27 AM
**To:** dhearn@glankler.com
**Cc:** Kurtz, Lisa <Lisa.Kurtz@lfg.com>
**Subject:** S CARTER 1150128075 FILE COPY

Good Morning,

Please see the enclosed link as it contains the information requested.

To view the documents simply click on the link and input the secured password referenced below.

Secure password: Social Security number (no spaces/dashes)

Please let me know if you have any issues with the link above. If you have any other questions in regards to the claim please reach out to the claims examiner included in this email.

****Also note file is only accessible for 24hrs****

Thank you,

Sam

**Hoffner, Faye**

**From:** LFGAppeals
**Sent:** Wednesday, January 8, 2020 1:49 PM
**To:** entrprserip
**Subject:** FW: Claimant: Sherman Carter / Claim No.: 1150128075 / Policyholder: Ajax Distributing Company of Memphis / Policy No.: 00001004922000000
**Attachments:** 2020-01-08 Appeal letter to Claims Shared Services - Document Request.pdf

---

**From:** Don L.Hearn
**Sent:** Wednesday, January 08, 2020 1:46:23 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Cc:** Don L.Hearn
**Subject:** Claimant: Sherman Carter / Claim No.: 1150128075 / Policyholder: Ajax Distributing Company of Memphis / Policy No.: 00001004922000000

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Please see the attached regarding the above referenced matter.

Don

**Don L. Hearn, Jr., Member**
**P** 901.576.1767 | **F** 901.525.2389
dhearn@glankler.com
Vcard | Bio | www.glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

100 YEARS
GLANKLER BROWN.
resolved.period.
TOP WORK PLACES The COMMERCIAL APPEAL

**Hoffner, Faye**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, January 9, 2020 9:49 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Claimant: Sherman Carter / Claim No.: 1150128075 / Policyholder: Ajax Distributing Company of Memphis / Policy No.: 00001004922000000 |
| **Attachments:** | 2020-01-08 Appeal letter to Claims Shared Services - Document Request.pdf; Insert at end of Ex. A.pdf |

---

**From:** Brenda Pannell
**Sent:** Thursday, January 09, 2020 9:46:51 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Cc:** Don L.Hearn
**Subject:** FW: Claimant: Sherman Carter / Claim No.: 1150128075 / Policyholder: Ajax Distributing Company of Memphis / Policy No.: 00001004922000000

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

The attached "Insert at End of Ex. A" was inadvertently not included in the Exhibit A of the Appeal letter previously sent on January 8, 2020. Please attach these pages to the Exhibit "A" of the appeal letter (attached again for your reference).

If you have any questions, please let me know.

Thanks, Brenda

**Brenda Pannell**
**Legal Assistant to:**
**Don L. Hearn, Jr.**
**P** 901.576.1835 | **F** 901.525.2389
bpannell@glankler.com www.glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

100 YEARS
GLANKLER BROWN.
resolved.period.

TOP WORK PLACES THE COMMERCIAL APPEAL

---

**From:** Don L.Hearn
**Sent:** Wednesday, January 8, 2020 12:46 PM
**To:** LFGAppeals@lfg.com
**Cc:** Don L.Hearn <DHearn@Glankler.com>
**Subject:** Claimant: Sherman Carter / Claim No.: 1150128075 / Policyholder: Ajax Distributing Company of Memphis / Policy No.: 00001004922000000

Please see the attached regarding the above referenced matter.

Don

**Don L. Hearn, Jr., Member**
**P** 901.576.1767 | **F** 901.525.2389
dhearn@glankler.com

Vcard | Bio | www.glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

## Hoffner, Faye

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Wednesday, December 5, 2018 11:36 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Sherman carter 1150128075 Final Report |
| **Attachments:** | Carter Borzak 1150128075  Addendum final report.pdf |

---

**From:** Walton, Parnell D
**Sent:** Wednesday, December 05, 2018 11:36:17 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Wuertz, Anne D
**Cc:** Disability Claims
**Subject:** Sherman carter 1150128075 Final Report

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT



**Parnell Walton**
Claims Solution Share Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

402-361-6757 Office

LincolnFinancial.com

**Follow us on:**

**Hoffner, Faye**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Thursday, September 26, 2019 3:22 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Claimant: Sherman Carter |
| **Attachments:** | 2019-09-25 SIGNED-Sherman Carter representation letter.pdf |

---

**From:** Don L.Hearn
**Sent:** Thursday, September 26, 2019 3:21:30 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Cc:** Don L.Hearn
**Subject:** Claimant: Sherman Carter

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Claimant: Sherman Carter
Policyholder: Ajax Distributing Company of Memphis
Policy No.: 00001004922000000
Claim No.: 1150128075

Ms. Kurtz,

Please see attached correspondence regarding the above referenced matter.

Don Hearn

**Don L. Hearn, Jr., Member**
**P** 901.576.1767 | **F** 901.525.2389
dhearn@glankler.com
Vcard | Bio | www.glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

**Hoffner, Faye**

| | |
|---|---|
| **From:** | LFGAppeals |
| **Sent:** | Monday, October 28, 2019 12:45 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Claimant: Sherman Carter |
| **Attachments:** | 2019-09-25 SIGNED-Sherman Carter representation letter.pdf |

---

**From:** Don L.Hearn
**Sent:** Monday, October 28, 2019 12:44:28 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** LFGAppeals
**Cc:** Brenda Pannell
**Subject:** FW: Claimant: Sherman Carter

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

Ms. Kurtz,

Please accept this correspondence as a request for a copy of Mr. Carter's claim file as well as a copy of the plan document. Please confirm receipt of this email. Many thanks, Don

**Don L. Hearn, Jr., Member**
**GLANKLER BROWN**
**P** 901.576.1767 | **F** 901.525.2389
dhearn@glankler.com
Vcard | Bio | www.glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

---

**From:** Don L.Hearn <DHearn@Glankler.com>
**Sent:** Thursday, September 26, 2019 2:22 PM
**To:** LFGAppeals@lfg.com
**Cc:** Don L.Hearn <DHearn@Glankler.com>
**Subject:** Claimant: Sherman Carter

Claimant: Sherman Carter
Policyholder: Ajax Distributing Company of Memphis
Policy No.: 000010049220000000
Claim No.: 1150128075

Ms. Kurtz,

Please see attached correspondence regarding the above referenced matter.

Don Hearn

**Don L. Hearn, Jr., Member**
**P** 901.576.1767 | **F** 901.525.2389
dhearn@glankler.com
Vcard | Bio | www.glankler.com
6000 Poplar Avenue, Suite 400, Memphis, TN 38119

100 YEARS

GLANKLER BROWN.

resolved.period.

TOP WORK PLACES

The Commercial Appeal

**Hoffner, Faye**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Friday, October 26, 2018 4:48 PM |
| **To:** | entrprserip |
| **Subject:** | FW: Sherman Carter 1150128075 Borzak Lincoln Final Report |
| **Attachments:** | Sherman Carter 1150128075 Borzak Lincoln Final Report.pdf |

---

**From:** Walton, Parnell D
**Sent:** Friday, October 26, 2018 4:47:29 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Wuertz, Anne D
**Subject:** Sherman Carter 1150128075 Borzak Lincoln Final Report

Please index as:

Business Area: GPDISCLMS

Source Type as MEDRECSG

Source Identifier as MEDR - PEER REPORT

**Parnell Walton**
Claims Solution Share Services
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114

402-361-6757 Office

LincolnFinancial.com

**Follow us on:**

**Hoffner, Faye**

| | |
|---|---|
| **From:** | ssvendor |
| **Sent:** | Monday, February 1, 2016 8:23 AM |
| **To:** | SA-EMLRIP112-P |
| **Subject:** | FW: Documentation received for 1150128075 |
| **Attachments:** | LFG Documents.pdf |

---

**From:** Amanda
**Sent:** Monday, February 01, 2016 8:21:47 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** ssvendor
**Subject:** Documentation received for 1150128075

Hello,
IBI received the attached documentation from Mr. Carter. Appointment forms have also been received and the initial claim filed.

Thank you,

*Amanda Tipsord*
**800-535-6575 (Ext. 208)**
**866-717-6023-FAX**
**amanda@ibionline.com**
**Integrated Benefits, Inc.**
**PO Box 7200**
**Jefferson City, MO. 65102**

THE COMMUNICATIONS IN THIS MESSAGE ARE PRIVILEGED AND CONFIDENTIAL AND ARE INTENDED ONLY FOR THE USE OF THE ADDRESSEE.

IF YOU RECEIVE THIS MESSAGE IN ERROR, PLEASE CONTACT ME IMMEDIATELY.

**Hoffner, Faye**

|  |  |
|---|---|
| **From:** | Missy Green <missy@ibionline.com> |
| **Sent:** | Monday, September 18, 2017 12:03 PM |
| **To:** | Jonah, Gerald |
| **Cc:** | 'Amanda Tipsord' |
| **Subject:** | Sherman Carter AUX Award Summary 1150128075 |
| **Attachments:** | Sherman Carter-C1.pdf |

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

*Hello Gerald,*

*IBI has received the AUX award information for Sherman Carter Claim Number 11150128075.*
*He did sign the Overpayment Recovery forms; therefore IBI will be able to recover the Overpayment for Lincoln Financial.*
*He did list 1 Dependent on the application for Social Security Benefits.*

*Date of Onset: 08/06/2015*

*Date of Entitlement: February 2016 $684.00*

*Cost of Living: December 2016 $686.00*

*NOTE: However SSA benefits are held due to SSI verification.*

*The Retroactive benefits payable are for the months of February 2016 through June 2017 in the amount of $11,642.00. However, the Child is no longer eligible for benefits starting July 2017. Please email Overpayment calculation at jfmattox@ibionline.com*

*Thank you for allowing IBI to assist with his case.*
*Best Regards,*

*Missy Green*
Claims Processing Specialist

ibi
Integrated Benefits, Inc.
PO Box 7200
Jefferson City, MO 65102
800-535-6575 ext. 209

THE COMMUNICATIONS IN THIS MESSAGE ARE PRIVILEGED AND CONFIDENTIAL AND ARE INTENDED ONLY FOR THE USE OF THE ADDRESSEE.

IF YOU RECEIVE THIS MESSAGE IN ERROR, PLEASE CONTACT ME IMMEDIATELY.

**Hoffner, Faye**

---

**From:** Missy Green <missy@ibionline.com>
**Sent:** Thursday, August 31, 2017 5:07 PM
**To:** Jonah, Gerald
**Cc:** SSA Award; 'Amanda Tipsord'
**Subject:** Sherman Carter Award Summary 1150128075
**Attachments:** Sherman Carter-HA.PDF

***This email is from an external source. Only open links and attachments from a Trusted Sender.***

*Hello **Gerald,***
*IBI has received the award information for **Sherman Carter** Claim Number **11150128075.***
***He** did sign the Overpayment Recovery forms; therefore IBI will be able to recover the Overpayment for Lincoln Financial.*
***He** did list **1** Dependents on the application for Social Security Benefits.*

*Date of Onset:* ***08/06/2015***

*Date of Entitlement:* ***February 2016 $1,369.00***
*Cost of Living:* ***December 2016 $1,373.00***
***NOTE: However SSA benefits are held due to SSI verification.***
*The Retroactive benefits payable are for the months of **August 2017 through September2017** in the amount of **$24,674.00.** Please email Overpayment calculation at jfmattox@ibionline.com*

*Thank you for allowing IBI to assist with **his** case.*
*Best Regards,*

*Missy Green*
Claims Processing Specialist

ibi
Integrated Benefits, Inc.
PO Box 7200
Jefferson City, MO 65102
800-535-6575 ext. 209

THE COMMUNICATIONS IN THIS MESSAGE ARE PRIVILEGED AND CONFIDENTIAL AND ARE INTENDED ONLY FOR THE USE OF THE ADDRESSEE.

IF YOU RECEIVE THIS MESSAGE IN ERROR, PLEASE CONTACT ME IMMEDIATELY.

**Hoffner, Faye**

| | |
|---|---|
| **From:** | Disability Claims |
| **Sent:** | Tuesday, October 30, 2018 9:19 AM |
| **To:** | entrprserip |
| **Subject:** | FW: Upload request for TSA 1150128075 |
| **Attachments:** | SCarterTSA.pdf; image013.png; image014.png; image015.png; image016.png; image017.png; image018.png |

---

**From:** Grumet, Tracie
**Sent:** Tuesday, October 30, 2018 9:19:17 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Cc:** Farrell, Kameetrice
**Subject:** Upload request for TSA 1150128075

Please upload this TSA report for the claim: 1150128075

The Claims Examiner is copied on the email.

**Tracie Grumet, MA, CRC**
Vocational Rehabilitation Consultant
Group Protection

Lincoln Financial Group
150 N. Radnor-Chester Road
Radnor, PA 19087

770-763-5100 Office
800-333-2542, ext 5100 Toll Free
402-938-7834 Fax

LincolnFinancial.com

Insurance products are issued by the insurance company affiliates of Lincoln Financial Group: The Lincoln National Life Insurance Company and Lincoln Life & Annuity Company of New York. The Lincoln National Life Insurance Company is not authorized in the state of New York. Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**Hoffner, Faye**

**From:** Atlanta Disability Claims
**Sent:** Monday, December 7, 2015 4:26 PM
**To:** SA-EMLRIP112-P
**Subject:** FW: LFG LTD - Sherman Carter
**Attachments:** scans065.pdf

---

**From:** Steen, Kelly
**Sent:** Monday, December 07, 2015 4:25:37 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** Atlanta Disability Claims
**Subject:** FW: LFG LTD - Sherman Carter

1150128075

---

**From:** Bob Belshan [mailto:BobBelshan@asbarboro.com]
**Sent:** Monday, December 07, 2015 4:27 PM
**To:** Steen, Kelly
**Subject:** RE: LFG LTD - Sherman Carter

See attached file.

---

**From:** Steen, Kelly [mailto:Kelly.Steen@lfg.com]
**Sent:** Monday, December 07, 2015 3:19 PM
**To:** Bob Belshan <BobBelshan@asbarboro.com>
**Subject:** LFG LTD

**Kelly Steen**
**LTD Claims Examiner II**
**Group Protection - Claim Solutions**
Lincoln Financial Group
400 Interstate North Parkway, S.E. Suite 1400
Atlanta, GA 30339
Toll Free Phone: (800) 423-2765 ext 3045
Phone: 678-295-3045
Fax: 877-843-3950
Kelly.Steen@lfg.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the

sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Hoffner, Faye**

**From:** Atlanta Disability Claims
**Sent:** Tuesday, December 8, 2015 8:35 AM
**To:** SA-EMLRIP112-P
**Subject:** FW: LFG LTD
**Attachments:** scans066.pdf

---

**From:** Steen, Kelly
**Sent:** Tuesday, December 08, 2015 8:35:01 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Atlanta Disability Claims
**Subject:** FW: LFG LTD

1150128075

---

**From:** Bob Belshan [mailto:BobBelshan@asbarboro.com]
**Sent:** Monday, December 07, 2015 4:50 PM
**To:** Steen, Kelly
**Subject:** RE: LFG LTD

I also found this note from 08/07/15.

---

**From:** Steen, Kelly [mailto:Kelly.Steen@lfg.com]
**Sent:** Monday, December 07, 2015 3:19 PM
**To:** Bob Belshan <BobBelshan@asbarboro.com>
**Subject:** LFG LTD

**Kelly Steen**
**LTD Claims Examiner II**
**Group Protection - Claim Solutions**
Lincoln Financial Group
400 Interstate North Parkway, S.E. Suite 1400
Atlanta, GA 30339
Toll Free Phone: (800) 423-2765 ext 3045
Phone: 678-295-3045
Fax: 877-843-3950
Kelly.Steen@lfg.com

Notice of Confidentiality: **This E-mail and any of its attachments may contain Lincoln National Corporation proprietary information, which is privileged, confidential, or subject to copyright belonging to the Lincoln National Corporation family of companies. This E-mail is intended solely for the use of the individual or entity to which it is addressed. If you are not the intended recipient of this E-mail, you are hereby notified that any dissemination, distribution, copying, or action taken in relation to the contents of and attachments to this E-mail is strictly prohibited and may be unlawful. If you have received this E-mail in error, please notify the

sender immediately and permanently delete the original and any copy of this E-mail and any printout. Thank You.**

**Hoffner, Faye**

**From:** ssvendor
**Sent:** Monday, December 28, 2015 5:09 PM
**To:** SA-EMLRIP112-P
**Subject:** FW: IBI Intro Letter
**Attachments:** Intro Letter.doc

---

**From:** Shelby
**Sent:** Monday, December 28, 2015 5:07:33 PM (UTC-05:00) Eastern Time (US & Canada)
**To:** ssvendor
**Subject:** IBI Intro Letter

Hello,

Please see the attached intro letter for Mr. Carter from today's referrals.

Thank you,

Shelby Massman
**800-535-6575 (Ext. 219)**
**877-888-0189-FAX**
**shelby@ibionline.com**
**Integrated Benefits, Inc.**
**PO Box 7200**
**Jefferson City, MO. 65102**

# STD CLAIM PROFILE

**Date:** 12/30/2020 **LFG** **Claim #:** 1150112339

**Insurer:** The Lincoln National Life Insurance Company **Posted:** 10/14/2015 **Location:** ATLANTA
**Policy:** 00001004922100000 - Ajax Distributing Company of Memphis, **Status:** CLOSED **User ID:** ALIBY6
**Business:** TRUE STD
**Close Date:** 11/25/2015 **Close Reason:** Maximum Benefit Reached (T65, RBD, etc.)

## Claimant Information

**Name:** SHERMAN CARTER **Phone:** **DOB:**
**SSN:** **Sex:** M **Hire:** 8/13/2012
**Address:** **Ins Eff:** 7/1/2013
**Occ:** ROUTE-DELIVERY CLERK (c**DOT** al) 222587034
**Salary:** $750.00 **Period:** Weekly

## Claim Information

**LTD Pol:** 292172
**Special Provisions:** **Min Ben:** $45.00
**Ben:** 60% / $1,000.00 **Flat:** **Labor:** 4 **Age:** 48 **Elim Per:** 30 day
**DLW:** 8/6/2015 **DOD:** 8/21/2015 **S/A:** S **W/R:** N **Ben Amt:** $450.00

**Diagnosis Pri:** M16.9 Osteoarthritis of hip, unspecified **Max Weeks:** 9
**Sec:** **Max Days:** 0
**Recovery Date:** 11/22/2015

## Benefit Information

**Date Ben Begin:** 9/20/2015 **Weeks Paid:** 9

## Policy Information

**SS Offset:** Primary & Family **Prex:** NONE

## Offset Information

| Type | Status | Awarded | Terminated | Mo Amount | Mo Used |
|---|---|---|---|---|---|

## Alert Information

| Status | Level | Description | Posted | Resolved |
|---|---|---|---|---|
| T | W | FICA MAY APPLY TO BENEFITS PAID ON THIS REOPENED CLAIM | 11/25/2015 | 11/25/2015 |
| T | W | FICA may apply | 10/20/2015 | 10/20/2015 |

## Action Plan

## Chronological Activity List

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Claimant:** | SHERMAN CARTER | | | **Occupation:** | ROUTE-DELIVERY CLERK (clerical) | | |
| **SSN:** | | **DOB:** | | **Received Date:** | 10/14/2015 | **Months Dis:** | 279 |
| **Claim #:** | 1150112339 | **DOD:** | 8/21/2015 | **Ben:** | $450.00 | **Months Pd:** | 9 |
| **Coverage:** | STD | **Status:** | CLOSED | **Close Date:** | 11/25/2015 | **Assignee:** | ALIBY6 |
| **Policy Holder:** | Ajax Distributing Company of Memphis, | | | | | **Deceased:** | |
| **Case Mgr. Status:** | NONE | | | **Close Code:** | Maximum Benefit Reached (T65, RBD, etc.) | | |

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Action Plan | | | | |
| 10/19/2015 | Claim Tasks | 2 | Verify Occupation | Requested | ALIBY6 |
| | DOT/Occupation w as Unknow n | | | | |
| 10/19/2015 | Claim Tasks | 3 | Verify Offsets | Requested | ALIBY6 |
| | Verify Offsets | | | | |
| 10/19/2015 5:18:55 PM | Claim Tasks | 1 | Review Surgery/Delivery | Requested | ALIBY6 |

C/O to EE to confirm sx info No Answ er LVM - ALIBY6 - Oct 20, 2015 03:29:16 pm

EE w ill f/u w /sx date after NOV on 100/28/2015 - ALIBY6 - Oct 21, 2015 08:53:02 am

Not yet scheduled - ALIBY6 - Nov 12, 2015 02:47:14 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/19/2015 5:21:54 PM | Documents/Mail | 1 | Fax | Received | ALIBY6 |
| | 2015-10-14-13.30.24.057760O01<br>EE, ER, Auth, APS, Job Description - ALIBY6 - Oct 20, 2015 08:35:42 am | | | | |
| 10/19/2015 5:21:55 PM | Documents/Mail | 3 | Claim Form - Authorization | Received | ALIBY6 |
| | 2015-10-19-13.21.45.781820O01<br>Authorization - ALIBY6 - Oct 20, 2015 08:37:07 am | | | | |
| 10/19/2015 5:21:55 PM | Documents/Mail | 2 | Voc Rehab Forms | Received | ALIBY6 |
| | 2015-10-19-13.21.23.679820O01<br>Job Description - ALIBY6 - Oct 20, 2015 08:36:01 am | | | | |
| 10/19/2015 5:21:56 PM | Documents/Mail | 4 | Claim Form - EE, ER, APS | Received | ALIBY6 |
| | 2015-10-19-13.22.11.722820O01<br>EE,ER, APS - ALIBY6 - Oct 20, 2015 08:36:52 am | | | | |
| 10/19/2015 8:11:47 PM | Claim Tasks | 4 | LINKS Review | Requested | KEAST0 |

EE is a 48 yom, Delivery Driver (light occ), dlw -08/06/2015, dod -08/21/2015, Dx: Osteoarthritis, left hip, rtw : undetermined until after surgery
31/31/9, LTD eff 07/01/2013 pre-ex 3/12
Job Description/Physical Requirements - Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting, bending and pushing carts or dolly.
R/L - no prolonged w orking or standing or sitting.
Sx: 09/21/2015 cancelled due to cardiac clearance
MD Guidelines M16.9 Osteoarthritis of hip, unspecified 0/0/14
approve claim to 10/28/2015 OV w /Heart Dr. to release and set date for Hip sx. - ALIBY6 - Oct 22, 2015 02:29:02 pm

STD max 11/22/2015 9 w ks / LTD BCD 12/19/2015
Regional Sales Office = NASHVILL - ALIBY6 - Nov 02, 2015 02:55:35 pm

***Correction***
LTD BCD 11/19/2015
- ALIBY6 - Nov 02, 2015 03:09:20 pm

Per clinical consult on 11/25/15 claim is supportive beyond std max of 11/22/15:
Clinical Response - 48 y.o. male, employed as a truck driver w ith a DOD as 8/21/2015 due to an original diagnosis of OA of the hip w ith secondary issue of failure to achieve cardiac clearance of THR. Clmt has poor EF and underw ent ICDF placement for an ejection fraction of approximatelty 20%. he ahs noted cardiomyopahty and often report SOB w ith inability to prolonged w alk, lift or stand. His lates cardiology notes his is still w ith changing blood pressures and not cleared for his surgery and an abilities form inidcates he is unable to return to his ow n occupational duties. Medical provided is supportive follow ing this, as he remains w ith a 20% ejection fraction.

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | TXGROOM - FXAMINI - Nov 25, 2015 04:01:30 pm<br><br>Agree w ith roll to LTD - NICBR8 - Nov 30, 2015 03:43:21 pm | | | | |
| 10/20/2015 | Telephone (OUT) | 1 | SHERMAN CARTER | Completed | ALIBY6 |
| | C/O to EE not available LVM - ALIBY6 - Oct 20, 2015 08:44:40 am | | | | |
| 10/20/2015 | Claim Tasks | 2 | Verify Occupation | Completed | ALIBY6 |
| | DOT/Occupation w as Unknow n | | | | |
| 10/20/2015 | Claim Tasks | 3 | Verify Offsets | Completed | ALIBY6 |
| | Verify Offsets | | | | |
| 10/20/2015 | Documents/Mail | 1 | Fax | Completed | ALIBY6 |
| | 2015-10-14-13.30.24.057760O01<br>EE, ER, Auth, APS, Job Description - ALIBY6 - Oct 20, 2015 08:35:42 am | | | | |
| 10/20/2015 | Documents/Mail | 3 | Claim Form - Authorization | Completed | ALIBY6 |
| | 2015-10-19-13.21.45.781820O01<br>Authorization - ALIBY6 - Oct 20, 2015 08:37:07 am | | | | |
| 10/20/2015 | Documents/Mail | 2 | Voc Rehab Forms | Completed | ALIBY6 |
| | 2015-10-19-13.21.23.679820O01<br>Job Description - ALIBY6 - Oct 20, 2015 08:36:01 am | | | | |
| 10/20/2015 | Documents/Mail | 4 | Claim Form - EE, ER, APS | Completed | ALIBY6 |
| | 2015-10-19-13.22.11.722820O01<br>EE,ER, APS - ALIBY6 - Oct 20, 2015 08:36:52 am | | | | |
| 10/20/2015 8:42:13 AM | Claim Tasks | 5 | Initial Call | Requested | ALIBY6 |
| | Verify ssn, dob,address, bank info, dlw , sx date, rtw plan - ALIBY6 - Oct 20, 2015 08:42:54 am<br><br>C/O to EE not available LVM - ALIBY6 - Oct 20, 2015 08:44:16 am<br><br>EE called to give info regarding claim, no sx yet due to installing a defibrillator on 09/18/2015 and once the heart dr release they w ill set a date for sx. NOV 10/28/2015 @9a.m. EE verified ssn, dob, address, bank info. EE asked if his w ife could represent him through the process I adv EE needs to sign a 3rd Party Authorization to allow w ife to speak on EE behalf. I adv EE to send med rec from heart Dr to support paying claim from dod. I gave EE my direct fax # 402-938-7876 and direct ph 678-295-3245 for any further questions. - ALIBY6 - Oct 21, 2015 08:52:28 am | | | | |
| 10/20/2015 8:48:03 AM | Summary/Assessment/Pa | 1h | See Path - ALIBY6 - Oct 20, 2015 08:49:04 am | Requested | ALIBY6 |

Summary Notes
See Path - ALIBY6 - Oct 20, 2015 08:49:04 am
Assessment Notes
See Path - ALIBY6 - Oct 20, 2015 08:49:04 am
Path Notes
Summary:
EE is a 48 yom, Delivery Driver (light occ), dlw -08/06/2015, dod -08/21/2015, Dx: Osteoarthritis, left hip, rtw : undetermined until after surgery

Assessment:
List-billed, $450 w eekly benefits, Plan 01 Class 02 100% EE post-tax, 60% bw e, $1000 max

31/31/9, LTD eff 07/01/2013 pre-ex 3/12 , sal. cont 08/07/15-08/17-15
$1,086.75 Employer -Sick Pay

Job Description/Physical Requirements - Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting, bending and pushing carts or dolly.

R/L - no prolonged w orking or standing or sitting.

Sx: 09/21/2015 cancelled due to cardiac clearance

MD Guidelines M16.9 Osteoarthritis of hip, unspecified 0/0/14

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Not drafting any letters at this time due to dod: unknow n because of sx cancelled and setting appropriate tasks for claim.

Path:
Once I confirm sx date/type I w ill review claim w /Mentor for decision
- ALIBY6 - Oct 20, 2015 08:49:04 am

Assessment:

EE sent paperw ork from defibrillator install on 09/18/2015 and adv on sending med rec from f/u appt on 10/28/2015.

Path:
Reasonable to approve claim to 10/28/2015 OV w /Heart Dr. to release and set date for Hip sx. Once EE sx date is set and confirmed w e w ill determine ext at that time. I w ill review claim w /Mentor for decision on claim. - ALIBY6 - Oct 22, 2015 02:17:56 pm

*************UPDATE*************

Assessment:
Updating to Heavy Occ due to job description provided by ER: Body positions and body movement consisting of standing, sitting, climbing, w alking, stooping, riding in a vehicle, carrying o f 100 pounds or more, and extensive use of the hands and arms w ill be necessary.

MDA M16.9 Osteoarthritis of hip, unspecified 0/7/Indefinite

Path:
Reasonable to approve claim to NOV 10/28/2015 then f/u w /EE to see if cleared for hip sx or NOV. Likely this claim w ill roll to LTD. Will review w /Mentor for decision on claim.
- ALIBY6 - Oct 22, 2015 03:56:45 pm

Assessment:
Recd OV note from Cardiology Dr. Faulkmer MD stating EE is partially incapacitated and has a f/u appt on 11/10/2015 to be re-evaluated at that time.

I adv EE I w ill need med rec from this appt in add to med rec for NOV on 11/10/2015 to review for the ext of claim.

Path:
Once I rec med rec from OV on 10/30/2015 and 11/10/2015 I w ill review w /Mentor to make decision to ext claim. - ALIBY6 - Nov 04, 2015 01:14:54 pm

**********UPDATE************
11/20/15 - EE stated he w as seen on 11/10/15 and still not cleared by cardiologist - Dr. Faulkner to get hip surgery. We have a TPA for his w ife b/c he said his BP is up. EE is on BP meds and a med to make his heart stronger. EE w ill not see cardiologist again until 2/2015.

Rec'd 9/4, 10/30 and 11/10 ov notes from Dr. Faulkner. Per 11/10/15, EE's BP 130/90 and has cardiomyopathy. Is to cont w ith cardiac care and f/u in 3 months.

PATH:
Sending file for clinical consult to determine if supportive beyond 10/28/15 - FXAMINI - Nov 23, 2015 12:31:53 pm

********UPDATED INFO************
Per clincial consult on 11/25/15:
Clinical Response - 48 y.o. male, employed as a truck driver w ith a DOD as 8/21/2015 due to an original diagnosis of OA of the hip w ith secondary issue of failure to achieve cardiac clearance of THR. Clmt has poor EF and underw ent ICDF placement for an ejection fraction of approximatelty 20%. he ahs noted cardiomyopahty and often report SOB w ith inability to prolonged w alk, lift or stand. His lates cardiology notes his is still w ith changing blood pressures and not cleared for his surgery and an abilities form inidcates he is unable to return to his ow n occupational duties. Medical provided is supportive follow ing this, as he remains w ith a 20% ejection fraction.

TXGROOM

PATH:
Sending ext to undetermined and w ill transition to LTD. - FXAMINI - Nov 25, 2015 04:02:16 pm

10/20/2015 8:53:36 AM Referrals 1 Mentor Review Initial ALIBY6

Date of Review : 10/21/15

1) Eligibility Verification address in each task; STD and LTD; census enrollment; LTD eff & pre-ex time frame entered in Notes section on claim screen.
Y/N & COMMENTS: Y

2)Claim Manager Screen is correct. (Address, last date w orked, doh, eff date, claim loaded in correct BLOC/CLOC , occ, diagnosis, etc.)
Y/N & COMMENTS: N - Please see JD, ee is a heavy occ

3)SAP completed. Detail is appropriate, rationale for decision and duration is appropriate (MDA noted)
Y/N & COMMENTS: Please update MDA to heavy level duration. Since this ee is oow due to his hip in w hich he w ill not be able to rtw until after surgery then you can go ahead and approve through his 10/28/15 ov to 10/29/15 and then have ee send in his 10/28 notes. Find out if he has been cleared for his hip surgery and a date if possible, if still not cleared then find out his NOV. Likely this claim w ill roll to LTD.

4)Date of Disability Established; injury or sickness & elimination period. (LDW&DOD correct)
Y/N & COMMENTS: Y

5)Salary / Benefit % & Benefit Amount Correct
Y/N & COMMENTS:Y

6)Taxability Confirmed; FICA % is correct, pre or post tax; SS & Med boxes are checked.
Y/N & COMMENTS: Y

7)Letters are Clear/Concise (appropriate forms requested), pasted in file doc; forms requested
Y/N & COMMENTS: Please draft

8)Proof of loss on claim screen and return to w ork date entered in case manager.
Benefit screen – dates & payment information is correct. Payment made timely. Status is correct
Y/N & COMMENTS: Please update your payment dates

9)Close out information indicated correctly in SAP. Closure code correct
Y/N & COMMENTS: Need to update PATH in SAP

10)Case Manager: investigations completed; surgery dates or delivery dates entered.
Y/N & COMMENTS: Please update your surgery date field in case manager since this w as cancelled

11)Mail is completed and documented correctly.
Y/N & COMMENTS: Y

12)Initial Phone Calls completed. Content of calls is appropriate. Doc w hy not made as applies.
Y/N & COMMENTS: Y

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | 13)Phone notes are clear and complete. Appropriate action taken; call backs etc.<br>Y/N & COMMENTS: Y<br><br>14)Proper follow-ups set with correct task date. Links, claimant contact; return to work; future surgery or delivery date.<br>Y/N & COMMENTS: Y<br><br>15)Pre-existing & PIC investigated; EE has PIC, correct dates are investigated.<br>Y/N & COMMENTS: N/A<br>- Mentor Review - FXAMINI - Oct 21, 2015 12:00:23 pm<br><br>Payment released. Please send letter and update your SAP with MDA for heavy occ. - Mentor Review - FXAMINI - Oct 22, 2015 02:54:40 pm | | | | |
| 10/21/2015 | Telephone (IN) | 2 | SHERMAN CARTER | Completed | ALIBY6 |
| | EE called 10/20/2015 to provide info: EE states he didn't know when they will release him. Also, EE had sx on heart, don't know when he rtw. EE states I can call him tomorrow 10/21/2015 - ALIBY6 - Oct 21, 2015 08:18:59 am | | | | |
| 10/21/2015 | Telephone (IN) | 3 | SHERMAN CARTER | Completed | ALIBY6 |
| | EE called to give info regarding claim, no sx yet due to installing a defibrillator on 09/18/2015 and once the heart dr release they will set a date for sx. NOV 10/28/2015 @9a.m. EE verified ssn, dob, address, bank info. EE asked if his wife could represent him through the process I adv EE needs to sign a 3rd Party Authorization to allow wife to speak on EE behalf. I adv EE to send med rec from heart Dr to support paying claim from dod. I gave EE my direct fax # 402-938-7876 and direct ph 678-295-3245 for any further questions. - ALIBY6 - Oct 21, 2015 08:52:08 am | | | | |
| 10/21/2015 | Claim Tasks | 5 | Initial Call | Completed | ALIBY6 |
| | Verify ssn, dob,address, bank info, dlw, sx date, rtw plan - ALIBY6 - Oct 20, 2015 08:42:54 am<br><br>C/O to EE not available LVM - ALIBY6 - Oct 20, 2015 08:44:16 am<br><br>EE called to give info regarding claim, no sx yet due to installing a defibrillator on 09/18/2015 and once the heart dr release they will set a date for sx. NOV 10/28/2015 @9a.m. EE verified ssn, dob, address, bank info. EE asked if his wife could represent him through the process I adv EE needs to sign a 3rd Party Authorization to allow wife to speak on EE behalf. I adv EE to send med rec from heart Dr to support paying claim from dod. I gave EE my direct fax # 402-938-7876 and direct ph 678-295-3245 for any further questions. - ALIBY6 - Oct 21, 2015 08:52:28 am | | | | |
| 10/21/2015 2:25:33 PM | Documents/Mail | 5 | Email | Received | ALIBY6 |
| | 2015-10-19-10.15.06.079840O01<br>EE, ER, Auth, APS, Voc Rehab Forms - ALIBY6 - Oct 22, 2015 01:52:22 pm | | | | |
| 10/21/2015 2:25:34 PM | Documents/Mail | 6 | Misc. Correspondence | Received | ALIBY6 |
| | 2015-10-19-10.15.06.157840O01<br>Logo - ALIBY6 - Oct 22, 2015 01:54:12 pm | | | | |
| 10/21/2015 2:25:34 PM | Documents/Mail | 7 | Email | Received | ALIBY6 |
| | 2015-10-19-10.15.06.200840O01<br>EE, ER, APS, Voc Rehab Forms - ALIBY6 - Oct 22, 2015 01:51:23 pm | | | | |
| 10/21/2015 2:25:35 PM | Documents/Mail | 8 | Voc Rehab Forms | Received | ALIBY6 |
| | 2015-10-21-15.24.29.913860O01<br>Voc Rehab Forms - ALIBY6 - Oct 22, 2015 01:54:31 pm | | | | |
| 10/21/2015 2:25:35 PM | Documents/Mail | 10 | Claim Form - EE, ER, APS | Received | ALIBY6 |
| | 2015-10-21-15.24.54.760860O01<br>EE,ER, APS - ALIBY6 - Oct 22, 2015 01:53:45 pm | | | | |
| 10/21/2015 2:25:35 PM | Documents/Mail | 9 | Claim Form - Authorization | Received | ALIBY6 |
| | 2015-10-21-15.24.40.912860O01<br>Authorization - ALIBY6 - Oct 22, 2015 01:53:24 pm | | | | |
| 10/22/2015 | Telephone (IN) | 4 | SHERMAN CARTER | Completed | ALIBY6 |
| | EE called about status and to see if we recd EE med rec about heart sx. I adv I had recd records but had not reviewed them along w/ claim as of yet but will give him a call back to update on status. - ALIBY6 - Oct 22, 2015 | | | | |

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | 02:26:29 pm | | | | |
| 10/22/2015 | Telephone (OUT) | 5 | SHERMAN CARTER | Completed | ALIBY6 |
| | Spoke to EE to inform of approval status informed to send NOV med rec and update on release from Heart Dr to schedule sx for hip. - ALIBY6 - Oct 22, 2015 04:01:02 pm | | | | |
| 10/22/2015 | Telephone (IN) | 6 | SHERMAN CARTER | Completed | ALIBY6 |
| | EE called back to ask about ben amt and frequency. I informed of amt of lump sum and every 2 w ks after then pertaining to the duration of the claim. - ALIBY6 - Oct 22, 2015 04:03:37 pm | | | | |
| 10/22/2015 | Documents/Mail | 5 | Email | Completed | ALIBY6 |
| | 2015-10-19-10.15.06.079840O01<br>EE, ER, Auth, APS, Voc Rehab Forms - ALIBY6 - Oct 22, 2015 01:52:22 pm | | | | |
| 10/22/2015 | Documents/Mail | 6 | Misc. Correspondence | Completed | ALIBY6 |
| | 2015-10-19-10.15.06.157840O01<br>Logo - ALIBY6 - Oct 22, 2015 01:54:12 pm | | | | |
| 10/22/2015 | Documents/Mail | 8 | Voc Rehab Forms | Completed | ALIBY6 |
| | 2015-10-21-15.24.29.913860O01<br>Voc Rehab Forms - ALIBY6 - Oct 22, 2015 01:54:31 pm | | | | |
| 10/22/2015 | Documents/Mail | 10 | Claim Form - EE, ER, APS | Completed | ALIBY6 |
| | 2015-10-21-15.24.54.760860O01<br>EE,ER, APS - ALIBY6 - Oct 22, 2015 01:53:45 pm | | | | |
| 10/22/2015 | Documents/Mail | 7 | Email | Completed | ALIBY6 |
| | 2015-10-19-10.15.06.200840O01<br>EE, ER, APS, Voc Rehab Forms - ALIBY6 - Oct 22, 2015 01:51:23 pm | | | | |
| 10/22/2015 | Documents/Mail | 9 | Claim Form - Authorization | Completed | ALIBY6 |
| | 2015-10-21-15.24.40.912860O01<br>Authorization - ALIBY6 - Oct 22, 2015 01:53:24 pm | | | | |
| 10/22/2015 | Documents/Mail | 11 | STD Approval Letter Generic | Completed | ALIBY6 |
| | STD Approval Letter GenericAttachments:Group Continuance of Disability | | | | |
| 10/22/2015 | Documents/Mail | 12 | STD Approval Letter Generic | Completed | ALIBY6 |
| | STD Approval Letter GenericAttachments:Group Continuance of Disability | | | | |
| 10/22/2015 | Referrals | 1 | Mentor Review | Completed | ALIBY6 |

Date of Review : 10/21/15

1) Eligibility Verification address in each task; STD and LTD; census enrollment; LTD eff & pre-ex time frame entered in Notes section on claim screen.
Y/N & COMMENTS: Y

2)Claim Manager Screen is correct. (Address, last date w orked, doh, eff date, claim loaded in correct BLOC/CLOC , occ, diagnosis, etc.)
Y/N & COMMENTS: N - Please see JD, ee is a heavy occ

3)SAP completed. Detail is appropriate, rationale for decision and duration is appropriate (MDA noted)
Y/N & COMMENTS: Please update MDA to heavy level duration. Since this ee is oow due to his hip in w hich he w ill not be able to rtw until after surgery then you can go ahead and approve through his 10/28/15 ov to 10/29/15 and then have ee send in his 10/28 notes. Find out if he has been cleared for his hip surgery and a date if possible, if still not cleared then find out his NOV. Likely this claim w ill roll to LTD.

4)Date of Disability Established; injury or sickness & elimination period. (LDW&DOD correct)
Y/N & COMMENTS: Y

5)Salary / Benefit % & Benefit Amount Correct
Y/N & COMMENTS:Y

## Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

6)Taxability Confirmed; FICA % is correct, pre or post tax; SS & Med boxes are checked.
Y/N & COMMENTS: Y

7)Letters are Clear/Concise (appropriate forms requested), pasted in file doc; forms requested
Y/N & COMMENTS: Please draft

8)Proof of loss on claim screen and return to w ork date entered in case manager.
Benefit screen – dates & payment information is correct. Payment made timely. Status is correct
Y/N & COMMENTS: Please update your payment dates

9)Close out information indicated correctly in SAP. Closure code correct
Y/N & COMMENTS: Need to update PATH in SAP

10)Case Manager: investigations completed; surgery dates or delivery dates entered.
Y/N & COMMENTS: Please update your surgery date field in case manager since this w as cancelled

11)Mail is completed and documented correctly.
Y/N & COMMENTS: Y

12)Initial Phone Calls completed. Content of calls is appropriate. Doc w hy not made as applies.
Y/N & COMMENTS: Y

13)Phone notes are clear and complete. Appropriate action taken; call backs etc.
Y/N & COMMENTS: Y

14)Proper follow -ups set w ith correct task date. Links, claimant contact; return to w ork; future surgery or delivery date.
Y/N & COMMENTS: Y

15)Pre-existing & PIC investigated; EE has PIC, correct dates are investigated.
Y/N & COMMENTS: N/A
- Mentor Review - FXAMINI - Oct 21, 2015 12:00:23 pm

Payment released. Please send letter and update your SAP w ith MDA for heavy occ. - Mentor Review - FXAMINI - Oct 22, 2015 02:54:40 pm

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/22/2015 10:22:41 PM | Payments | | DEPOSIT 9/20/2015 - 10/25/2015 | INITIAL | FXAMINI |
| 10/26/2015 4:16:20 PM | Documents/Mail | 13 | Medical Records | Received | ALIBY6 |

2015-10-22-11.30.17.476820O01
Medical Records from sx - ALIBY6 - Oct 28, 2015 07:36:48 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/27/2015 10:11:15 AM | Documents/Mail | 14 | Email | Received | ALIBY6 |

2015-10-22-14.56.59.281860O01
Email med rec - ALIBY6 - Oct 28, 2015 07:37:42 am

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/27/2015 10:11:15 AM | Documents/Mail | 15 | Medical Records | Received | ALIBY6 |

2015-10-22-14.56.59.315860O01
Medical Records sx on 09/18/2015 - ALIBY6 - Oct 28, 2015 07:38:09 am

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| 10/28/2015 | Documents/Mail | 13 | Medical Records<br>2015-10-22-11.30.17.476820O01<br>Medical Records from sx - ALIBY6 - Oct 28, 2015 07:36:48 am | Completed | ALIBY6 |
| 10/28/2015 | Documents/Mail | 14 | Email<br>2015-10-22-14.56.59.281860O01<br>Email med rec - ALIBY6 - Oct 28, 2015 07:37:42 am | Completed | ALIBY6 |
| 10/28/2015 | Documents/Mail | 15 | Medical Records<br>2015-10-22-14.56.59.315860O01<br>Medical Records sx on 09/18/2015 - ALIBY6 - Oct 28, 2015 07:38:09 am | Completed | ALIBY6 |
| 10/28/2015 8:32:00 AM | Documents/Mail | 16 | Attending Physicians Statement<br>2015-10-23-14.15.24.356860:O:01<br>APS - ALIBY6 - Oct 30, 2015 10:23:13 am | Received | ALIBY6 |
| 10/30/2015 | Telephone (OUT) | 7 | SHERMAN CARTER<br>C/O to EE regarding OV on 10/18/2015 inquiring about sx date No Answ er LVM. - ALIBY6 - Oct 30, 2015 10:33:03 am | Completed | ALIBY6 |
| 10/30/2015 | Telephone (OUT) | 8 | SHERMAN CARTER<br>F/U on OV 10/28/2015 Dr cleared EE now EE is w aiting for sx date and PCP OV on 10/30/2015. EE states he w ill call w /update from OV. I adv EE to fax notes from both OV to update claim or ext pmt. - ALIBY6 - Oct 30, 2015 11:36:11 am | Completed | ALIBY6 |
| 10/30/2015 | Documents/Mail | 16 | Attending Physicians Statement<br>2015-10-23-14.15.24.356860:O:01<br>APS - ALIBY6 - Oct 30, 2015 10:23:13 am | Completed | ALIBY6 |
| 11/2/2015 | Telephone (OUT) | 9 | SHERMAN CARTER<br>C/O to EE to confirm sx date No answ er LVM - ALIBY6 - Nov 02, 2015 03:16:49 pm | Completed | ALIBY6 |
| 11/2/2015 | Telephone (IN) | 10 | SHERMAN CARTER<br>Spoke to EE regarding LOV he states Heart Dr didn't release him for sx. Sx w ill be determined on NOV 11/11/2015. CE adv EE of approval to 10/28/2015 need OV notes to ext claim to 11/11/2015 or sx date. EE adv w ill fax/email OV notes on 11/03/2015. - ALIBY6 - Nov 02, 2015 03:18:20 pm | Completed | ALIBY6 |
| 11/2/2015 9:48:16 PM | Status | | Miscellaneous | CLOSED | BRMCLSDIRY |
| 11/4/2015 | Telephone (IN) | 11 | SHERMAN CARTER<br>EE called to check if CE recd fax from Dr Office. CE adv EE need med rec from OV from 10/30/2015. EE said he w ill get them and have faxed. - ALIBY6 - Nov 04, 2015 01:11:38 pm | Completed | ALIBY6 |
| 11/5/2015 | Telephone (IN) | 12 | SHERMAN CARTER<br>EE called to check if CE had recd med rec from LOV, I adv it takes 24-48 hrs before I can see it the only thing I have is w hat EE sent 11/02/2015. I adv of pmt process and approval Once I recd all info I can review and call EE w /update on status of ext approval. - ALIBY6 - Nov 05, 2015 03:06:55 pm | Completed | ALIBY6 |
| 11/5/2015 1:52:35 PM | Documents/Mail | 17 | Incoming Correspondence<br>2015-11-03-11.45.33.705860:O:01<br>OV note from Cardiology f/u appt set for 11/10/2015 to re-evaluate for sx - ALIBY6 - Nov 09, 2015 01:43:23 pm | Received | ALIBY6 |
| 11/8/2015 8:26:05 AM | Documents/Mail | 18 | Medical Records<br>2015-11-04-16.46.01.485800O01<br>OV note from Cardiology f/u appt set for 11/10/2015 to re-evaluate for sx - ALIBY6 - Nov 09, 2015 01:44:05 pm | Received | ALIBY6 |
| 11/9/2015 | Telephone (IN) | 13 | SHERMAN CARTER<br>EE called for status update on claim gave me # to call w ife to get fax # to fax 3rd party auth for w ife to handle claim. - ALIBY6 - Nov 09, 2015 01:41:27 pm | Completed | ALIBY6 |
| 11/9/2015 | Documents/Mail | 17 | Incoming Correspondence<br>2015-11-03-11.45.33.705860:O:01<br>OV note from Cardiology f/u appt set for 11/10/2015 to re-evaluate for sx - ALIBY6 - Nov 09, 2015 01:43:23 pm | Completed | ALIBY6 |
| 11/9/2015 | Documents/Mail | 18 | Medical Records<br>2015-11-04-16.46.01.485800O01<br>OV note from Cardiology f/u appt set for 11/10/2015 to re-evaluate for sx - ALIBY6 - Nov 09, 2015 01:44:05 pm | Completed | ALIBY6 |
| 11/12/2015 | Claim Tasks | 1 | Review Surgery/Delivery<br>C/O to EE to confirm sx info No Answ er LVM - ALIBY6 - Oct 20, 2015 03:29:16 pm | Completed | ALIBY6 |

# Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

EE w ill f/u w /sx date after NOV on 100/28/2015 - ALIBY6 - Oct 21, 2015 08:53:02 am

Not yet scheduled - ALIBY6 - Nov 12, 2015 02:47:14 pm

| 11/12/2015 4:14:27 PM | Documents/Mail | 19 | Claim Form - Authorization | Received | ALIBY6 |
|---|---|---|---|---|---|

2015-11-10-12.17.59.958820O01
3rd Party Authorization Form - ALIBY6 - Nov 13, 2015 10:38:01 am

| 11/13/2015 | Telephone (IN) | 14 | SHERMAN CARTER | Completed | ALIBY6 |
|---|---|---|---|---|---|

Spoke to Sharonda EE's w ife regarding EE claim. She has a 3rd party auth. I adv I w ill send a APS/abilities form for Dr. Faulkner to file out regarding EE condition for support to cont pay claim. - ALIBY6 - Nov 13, 2015 10:53:49 am

| 11/13/2015 | Documents/Mail | 20 | Claim Form - Authorization | Completed | ALIBY6 |
|---|---|---|---|---|---|

2015-11-10-13.30.17.319820O01
3rd Party Authorization Form - ALIBY6 - Nov 13, 2015 10:38:20 am

| 11/13/2015 | Documents/Mail | 19 | Claim Form - Authorization | Completed | ALIBY6 |
|---|---|---|---|---|---|

2015-11-10-12.17.59.958820O01
3rd Party Authorization Form - ALIBY6 - Nov 13, 2015 10:38:01 am

| 11/20/2015 | Telephone (IN) | 15 | Sherman Carter | Completed | FXAMINI |
|---|---|---|---|---|---|

EE adv has been trying all day to contact CE but w on't go through. CE no longer w ith lfg. EE trying to get med recs in for extension and req to s/w bu. Got bu vm. EE req cb from CE bu.

Ph #
or can call spouse Sharonda @

| 11/20/2015 | Telephone (IN) | 16 | SHERMAN CARTER | Completed | FXAMINI |
|---|---|---|---|---|---|

ee called in and stated that he's been trying to get in touch w ith his CE but she is no. longer available and called me as the back up. CE w ants to send in med recs to cont receiving payments. EE stated he w as seen on 11/10/15 and still not cleared by cardiologist - Dr. Faulkner to get hip surgery. We have a TPA for his w ife b/c he said his BP is up. EE is on BP meds and a med to make his heart stronger. EE w ill not see cardiologist again until 2/2015. He did have a defribrillator placed on 9/18/15 by Dr. Long. Wife stated she w ill fax 9/4/15, 10/30/15 and 11/10/15 ov notes from Dr. Faulkner directly to ce's fax. ce adv w ould have med review ed by clinical team and be able to provide update next w eek. w ife stated md hasn't completed the abilities form yet but w hen she gets it she w ill send it. - FXAMINI - Nov 20, 2015 02:33:29 pm

| 11/23/2015 12:12:55 PM | Referrals | 2 | Ongoing Claim Review | Initial | TXGROOM |
|---|---|---|---|---|---|

Clincial Consultation - Review Referral Template
Demographics
Claimant Name: Sherman Carter
Occupation: Delivery Driver (heavy occ)
Diagnosis: Osteoarthritis, left hip
DLW:8/6/15 (rec'd sick pay in betw een dlw and dod)
DOD:8/21/15
COD: N/A
Current Age: 48
Current Height: 72
Current Weight: 209
Dominant Side:
Attorney Contact?No
MDA Recommendations for Recovery:
Pertinent CA Score:3
Date of last claimant Phone Call: 11/20/15 - EE stated he w as seen on 11/10/15 and still not cleared by cardiologist - Dr. Faulkner to get hip surgery. We have a TPA for his w ife b/c he said his BP is up. EE is on BP meds and a med to make his heart stronger. EE w ill not see cardiologist again until 2/2015.
Date of Last Clinical Review : N/A
Pre-Existing Look Back Dates: N/A
Pre-Existing Dates:N/A
Current Providers
Name/Specialty/Last Visit Date
Dr. Faulkner - cardiologist - 11/10/15
Dr. Dabov - Orthopaedic

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Main Duties of Occupation (Please provide brief description of duties performed):
Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting, bending and pushing carts or dolly. Body positions and body movement consisting of standing, sitting, climbing, w alking, stooping, riding in a vehicle, carrying o f 100 pounds or more, and extensive use of the hands and arms w ill be necessary.
RTW Plan (explain if there is a plan and nature of the plan):
undetermined until after surgery
Most Current APS/Abilities Form/Dr's Note
Date:11/10/15 ov note
Which provider completed:Dr. Faulkner
Per provider w hat are the current restrictions and limitations? no prolonged w orking or standing or sitting.
Per provider w hat can the claimant do?
Surgery
Name of Procedure:Defribrillator install; Hip replacement on hold for cardiac clearance
Date Performed: 9/18/15
Recent Medical Records Information (Date/Findings)
Physical Exam: 11/10/15 - ee has cardiomyopathy and w ill cont w ith current cardiac care and f/u in 3 months
Diagnostics (i.e. X-Ray, MRI, EMG…):
Lab / Testing Results: BP 130/90
Assessment / Recommendation /Specific Questions (Provide CE assessment of medical status and any additional claim insight /recommendations or updates for NDC):
EE has been taken oow from ortho due to OA of left hip and needs a hip replacement; how ever, sx postponed until cleared by cardiologist. Nov w ith cardio isn't until 3 months from 11/10/15
Based on your review of the medical information in the claim file, is there adequate support for restrictions and limitations until ee receives cardiac clearance and is able to get left hip replacement surgery and if so please explain or provide your rationale. - FXAMINI - Nov 23, 2015 12:13:59 pm
clinical consult - on cardiac visit of 11/10 this clmt had a bp of 130/90 had no sob, pedal edema and no visible or documented signs of heart faiure that w ould preclude cardiac clearance for surgical intervention for hip replacement. Will refer this file to Dr. Greenhood for review . TXGROOM - TXGROOM - Nov 24, 2015 02:33:51 pm

| 11/24/2015 | Telephone (IN) | 17 | SHARRONDA M. CARTER | Completed | FXAMINI |
|---|---|---|---|---|---|

w ife called in and lvm to rtc for status of claim. ce rtc and adv w e just rec'd fax from md office and claim is still in clinical review . CE w ould provide update once complete. - FXAMINI - Nov 24, 2015 03:43:38 pm

| 11/24/2015 | Documents/Mail | 21 | Medical Records | Completed | ALIBY6 |
|---|---|---|---|---|---|

2015-11-20-15.45.33.676860:O:01

| 11/24/2015 | Referrals | 2 | Ongoing Claim Review | Completed | TXGROOM |
|---|---|---|---|---|---|

Clincial Consultation - Review Referral Template
Demographics
Claimant Name: Sherman Carter
Occupation: Delivery Driver (heavy occ)
Diagnosis: Osteoarthritis, left hip
DLW:8/6/15 (rec'd sick pay in betw een dlw and dod)
DOD:8/21/15
COD: N/A
Current Age: 48
Current Height: 72
Current Weight: 209
Dominant Side:
Attorney Contact?No
MDA Recommendations for Recovery:
Pertinent CA Score:3
Date of last claimant Phone Call: 11/20/15 - EE stated he w as seen on 11/10/15 and still not cleared by cardiologist - Dr. Faulkner to get hip surgery. We have a TPA for his w ife b/c he said his BP is up. EE is on BP meds and a med to make his heart stronger. EE w ill not see cardiologist again until 2/2015.
Date of Last Clinical Review : N/A
Pre-Existing Look Back Dates: N/A
Pre-Existing Dates:N/A
Current Providers
Name/Specialty/Last Visit Date
Dr. Faulkner - cardiologist - 11/10/15

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Dr. Dabov - Orthopaedic

Main Duties of Occupation (Please provide brief description of duties performed):
Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting, bending and pushing carts or dolly. Body positions and body movement consisting of standing, sitting, climbing, w alking, stooping, riding in a vehicle, carrying o f 100 pounds or more, and extensive use of the hands and arms w ill be necessary.
RTW Plan (explain if there is a plan and nature of the plan):
undetermined until after surgery
Most Current APS/Abilities Form/Dr's Note
Date:11/10/15 ov note
Which provider completed:Dr. Faulkner
Per provider w hat are the current restrictions and limitations? no prolonged w orking or standing or sitting.
Per provider w hat can the claimant do?
Surgery
Name of Procedure:Defribrillator install; Hip replacement on hold for cardiac clearance
Date Performed: 9/18/15
Recent Medical Records Information (Date/Findings)
Physical Exam: 11/10/15 - ee has cardiomyopathy and w ill cont w ith current cardiac care and f/u in 3 months
Diagnostics (i.e. X-Ray, MRI, EMG…):
Lab / Testing Results: BP 130/90
Assessment / Recommendation /Specific Questions (Provide CE assessment of medical status and any additional claim insight /recommendations or updates for NDC):
EE has been taken oow from ortho due to OA of left hip and needs a hip replacement; how ever, sx postponed until cleared by cardiologist. Nov w ith cardio isn't until 3 months from 11/10/15
Based on your review of the medical information in the claim file, is there adequate support for restrictions and limitations until ee receives cardiac clearance and is able to get left hip replacement surgery and if so please explain or provide your rationale. - FXAMINI - Nov 23, 2015 12:13:59 pm
clinical consult - on cardiac visit of 11/10 this clmt had a bp of 130/90 had no sob, pedal edema and no visible or documented signs of heart faiure that w ould preclude cardiac clearance for surgical intervention for hip replacement. Will refer this file to Dr. Greenhood for review . TXGROOM - TXGROOM - Nov 24, 2015 02:33:51 pm

| 11/24/2015 2:33:24 PM | Referrals | 3 | Ongoing Claim Review | Initial | FXAMINI |
|---|---|---|---|---|---|

Clincial Consultation - Review Referral Template
Demographics
Claimant Name: Sherman Carter
Occupation: Delivery Driver (heavy occ)
Diagnosis: Osteoarthritis, left hip
DLW:8/6/15 (rec'd sick pay in betw een dlw and dod)
DOD:8/21/15
COD: N/A
Current Age: 48
Current Height: 72
Current Weight: 209
Dominant Side:
Attorney Contact?No
MDA Recommendations for Recovery:
Pertinent CA Score:3
Date of last claimant Phone Call: 11/20/15 - EE stated he w as seen on 11/10/15 and still not cleared by cardiologist - Dr. Faulkner to get hip surgery. We have a TPA for his w ife b/c he said his BP is up. EE is on BP meds and a med to make his heart stronger. EE w ill not see cardiologist again until 2/2015.
Date of Last Clinical Review : N/A
Pre-Existing Look Back Dates: N/A
Pre-Existing Dates:N/A
Current Providers
Name/Specialty/Last Visit Date
Dr. Faulkner - cardiologist - 11/10/15
Dr. Dabov - Orthopaedic

Main Duties of Occupation (Please provide brief description of duties performed):

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting, bending and pushing carts or dolly. Body positions and body movement consisting of standing, sitting, climbing, w alking, stooping, riding in a vehicle, carrying o f 100 pounds or more, and extensive use of the hands and arms w ill be necessary.
RTW Plan (explain if there is a plan and nature of the plan):
undetermined until after surgery
Most Current APS/Abilities Form/Dr's Note
Date:11/10/15 ov note
Which provider completed:Dr. Faulkner
Per provider w hat are the current restrictions and limitations? no prolonged w orking or standing or sitting.
Per provider w hat can the claimant do?
Surgery
Name of Procedure:Defribrillator install; Hip replacement on hold for cardiac clearance
Date Performed: 9/18/15
Recent Medical Records Information (Date/Findings)
Physical Exam: 11/10/15 - ee has cardiomyopathy and w ill cont w ith current cardiac care and f/u in 3 months
Diagnostics (i.e. X-Ray, MRI, EMG…):
Lab / Testing Results: BP 130/90
Assessment / Recommendation /Specific Questions (Provide CE assessment of medical status and any additional claim insight /recommendations or updates for NDC):
EE has been taken oow from ortho due to OA of left hip and needs a hip replacement; how ever, sx postponed until cleared by cardiologist. Nov w ith cardio isn't until 3 months from 11/10/15
Based on your review of the medical information in the claim file, is there adequate support for restrictions and limitations until ee receives cardiac clearance and is able to get left hip replacement surgery and if so please explain or provide your rationale. - TXGROOM - Nov 24, 2015 02:33:42 pm
Clinical Response - 48 y.o. male, employed as a truck driver w ith a DOD as 8/21/2015 due to an original diagnosis of OA of the hip w ith secondary issue of failure to achieve cardiac clearance of THR. Clmt has poor EF and underw ent ICDF placement for an ejection fraction of approximatelty 20%. he ahs noted cardiomyopahty and often report SOB w ith inability to prolonged w alk, lift or stand. His lates cardiology notes his is still w ith changing blood pressures and not cleared for his surgery and an abilities form inidcates he is unable to return to his ow n occupational duties. Medical provided is supportive follow ing this, as he remains w ith a 20% ejection fraction.
TXGROOM - TXGROOM - Nov 25, 2015 08:17:23 am

| | | | | | |
|---|---|---|---|---|---|
| 11/25/2015 | Telephone (OUT) | 18 | SHARRONDA M. CARTER | Completed | FXAMINI |

call out to w ife and adv claim has been ext and claim w ill transition to LTD to allow 7-10 bus days for LTD to contact her regarding claim. w ife understood. ce adv to have MRI and lov from ortho sent in. - FXAMINI - Nov 25, 2015 04:15:41 pm

| | | | | | |
|---|---|---|---|---|---|
| 11/25/2015 | Documents/Mail | 22 | STD Extension Letter | Completed | FXAMINI |

STD Extension Letter

| | | | | | |
|---|---|---|---|---|---|
| 11/25/2015 | Documents/Mail | 23 | STD Extension Letter | Completed | FXAMINI |

STD Extension Letter

| | | | | | |
|---|---|---|---|---|---|
| 11/25/2015 | Summary/Assessment/Pa | 1h | See Path - ALIBY6 - Oct 20, 2015 08:49:04 am | Completed | ALIBY6 |

Summary Notes
See Path - ALIBY6 - Oct 20, 2015 08:49:04 am
Assessment Notes
See Path - ALIBY6 - Oct 20, 2015 08:49:04 am
Path Notes
Summary:
EE is a 48 yom, Delivery Driver (light occ), dlw -08/06/2015, dod -08/21/2015, Dx: Osteoarthritis, left hip, rtw : undetermined until after surgery

Assessment:
List-billed, $450 w eekly benefits, Plan 01 Class 02 100% EE post-tax, 60% bw e, $1000 max

31/31/9, LTD eff 07/01/2013 pre-ex 3/12 , sal. cont 08/07/15-08/17-15
$1,086.75 Employer -Sick Pay

Job Description/Physical Requirements - Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting, bending and pushing carts or dolly.

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|

R/L - no prolonged w orking or standing or sitting.

Sx: 09/21/2015 cancelled due to cardiac clearance

MD Guidelines M16.9 Osteoarthritis of hip, unspecified 0/0/14

Not drafting any letters at this time due to dod: unknow n because of sx cancelled and setting appropriate tasks for claim.

Path:
Once I confirm sx date/type I w ill review claim w /Mentor for decision
- ALIBY6 - Oct 20, 2015 08:49:04 am

Assessment:

EE sent paperw ork from defibrillator install on 09/18/2015 and adv on sending med rec from f/u appt on 10/28/2015.

Path:
Reasonable to approve claim to 10/28/2015 OV w /Heart Dr. to release and set date for Hip sx. Once EE sx date is set and confirmed w e w ill determine ext at that time. I w ill review claim w /Mentor for decision on claim. - ALIBY6 - Oct 22, 2015 02:17:56 pm

*************UPDATE*************

Assessment:
Updating to Heavy Occ due to job description provided by ER: Body positions and body movement consisting of standing, sitting, climbing, w alking, stooping, riding in a vehicle, carrying o f 100 pounds or more, and extensive use of the hands and arms w ill be necessary.

MDA M16.9 Osteoarthritis of hip, unspecified 0/7/Indefinite

Path:
Reasonable to approve claim to NOV 10/28/2015 then f/u w /EE to see if cleared for hip sx or NOV. Likely this claim w ill roll to LTD. Will review w /Mentor for decision on claim.
- ALIBY6 - Oct 22, 2015 03:56:45 pm

Assessment:
Recd OV note from Cardiology Dr. Faulkmer MD stating EE is partially incapacitated and has a f/u appt on 11/10/2015 to be re-evaluated at that time.

I adv EE I w ill need med rec from this appt in add to med rec for NOV on 11/10/2015 to review for the ext of claim.

Path:
Once I rec med rec from OV on 10/30/2015 and 11/10/2015 I w ill review w /Mentor to make decision to ext claim. - ALIBY6 - Nov 04, 2015 01:14:54 pm

**********UPDATE************
11/20/15 - EE stated he w as seen on 11/10/15 and still not cleared by cardiologist - Dr. Faulkner to get hip surgery. We have a TPA for his w ife b/c he said his BP is up. EE is on BP meds and a med to make his heart stronger. EE w ill not see cardiologist again until 2/2015.

Rec'd 9/4, 10/30 and 11/10 ov notes from Dr. Faulkner. Per 11/10/15, EE's BP 130/90 and has cardiomyopathy. Is to cont w ith cardiac care and f/u in 3 months.

PATH:
Sending file for clinical consult to determine if supportive beyond 10/28/15 - FXAMINI - Nov 23, 2015 12:31:53 pm

********UPDATED INFO************
Per clincial consult on 11/25/15:

Clinical Response - 48 y.o. male, employed as a truck driver w ith a DOD as 8/21/2015 due to an original diagnosis of OA of the hip w ith secondary issue of failure to achieve cardiac clearance of THR. Clmt has poor EF and underw ent ICDF placement for an ejection fraction of approximatelty 20%. he ahs noted cardiomyopahty and often report SOB w ith inability to prolonged w alk, lift or stand. His lates cardiology notes his is still w ith changing blood pressures and not cleared for his surgery and an abilities form inidcates he is unable to return to his ow n occupational duties. Medical provided is supportive follow ing this, as he remains w ith a 20% ejection fraction.
TXGROOM

PATH:
Sending ext to undetermined and w ill transition to LTD. - FXAMINI - Nov 25, 2015 04:02:16 pm

11/25/2015 Referrals 3 Ongoing Claim Review Completed FXAMINI

Clincial Consultation - Review Referral Template
Demographics
Claimant Name: Sherman Carter
Occupation: Delivery Driver (heavy occ)
Diagnosis: Osteoarthritis, left hip
DLW:8/6/15 (rec'd sick pay in betw een dlw and dod)
DOD:8/21/15
COD: N/A
Current Age: 48
Current Height: 72
Current Weight: 209
Dominant Side:
Attorney Contact?No
MDA Recommendations for Recovery:
Pertinent CA Score:3
Date of last claimant Phone Call: 11/20/15 - EE stated he w as seen on 11/10/15 and still not cleared by cardiologist - Dr. Faulkner to get hip surgery. We have a TPA for his w ife b/c he said his BP is up. EE is on BP meds and a med to make his heart stronger. EE w ill not see cardiologist again until 2/2015.
Date of Last Clinical Review : N/A
Pre-Existing Look Back Dates: N/A
Pre-Existing Dates:N/A
Current Providers
Name/Specialty/Last Visit Date
Dr. Faulkner - cardiologist - 11/10/15
Dr. Dabov - Orthopaedic

Main Duties of Occupation (Please provide brief description of duties performed):
Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting, bending and pushing carts or dolly. Body positions and body movement consisting of standing, sitting, climbing, w alking, stooping, riding in a vehicle, carrying o f 100 pounds or more, and extensive use of the hands and arms w ill be necessary.
RTW Plan (explain if there is a plan and nature of the plan):
undetermined until after surgery
Most Current APS/Abilities Form/Dr's Note
Date:11/10/15 ov note
Which provider completed:Dr. Faulkner
Per provider w hat are the current restrictions and limitations? no prolonged w orking or standing or sitting.
Per provider w hat can the claimant do?
Surgery
Name of Procedure:Defribrillator install; Hip replacement on hold for cardiac clearance
Date Performed: 9/18/15
Recent Medical Records Information (Date/Findings)
Physical Exam: 11/10/15 - ee has cardiomyopathy and w ill cont w ith current cardiac care and f/u in 3 months
Diagnostics (i.e. X-Ray, MRI, EMG…):
Lab / Testing Results: BP 130/90
Assessment / Recommendation /Specific Questions (Provide CE assessment of medical status and any additional claim insight /recommendations or updates for NDC):
EE has been taken oow from ortho due to OA of left hip and needs a hip replacement; how ever, sx postponed until cleared by cardiologist. Nov w ith cardio isn't until 3 months from 11/10/15
Based on your review of the medical information in the claim file, is there adequate support for restrictions and

**Chronological Activity List**

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | limitations until ee receives cardiac clearance and is able to get left hip replacement surgery and if so please explain or provide your rationale. - TXGROOM - Nov 24, 2015 02:33:42 pm<br>Clinical Response - 48 y.o. male, employed as a truck driver w ith a DOD as 8/21/2015 due to an original diagnosis of OA of the hip w ith secondary issue of failure to achieve cardiac clearance of THR. Clmt has poor EF and underw ent ICDF placement for an ejection fraction of approximatelty 20%. he ahs noted cardiomyopahty and often report SOB w ith inability to prolonged w alk, lift or stand. His lates cardiology notes his is still w ith changing blood pressures and not cleared for his surgery and an abilities form inidcates he is unable to return to his ow n occupational duties. Medical provided is supportive follow ing this, as he remains w ith a 20% ejection fraction.<br>TXGROOM - TXGROOM - Nov 25, 2015 08:17:23 am | | | | |
| 11/25/2015 3:56:57 PM | Status | | | REOPENED | FXAMINI |
| 11/25/2015 9:06:27 PM | Payments | | DEPOSIT 10/28/2015 - 11/22/2015 | CURRENT | FXAMINI |
| 11/25/2015 9:06:28 PM | Status | | Maximum Benefit Reached (T65, RBD, etc.) | CLOSED | BRMCLSDIRY |
| 11/27/2015 4:34:04 PM | Documents/Mail | 24 | Fax | Received | ALIBY6 |
| | 2015-11-25-09.56.18.814940O01 | | | | |
| 11/27/2015 4:34:05 PM | Documents/Mail | 26 | Medical Records | Received | ALIBY6 |
| | 2015-11-27-17.29.01.060940O01 | | | | |
| 11/27/2015 4:34:05 PM | Documents/Mail | 25 | Attending Physicians Statement | Received | ALIBY6 |
| | 2015-11-27-17.28.39.539940O01 | | | | |
| 11/30/2015 | Telephone (IN) | 19 | SHERMAN CARTER | Completed | FXAMINI |
| | ee called in for cs number so that he can ask about general questions regarding LTD. ee asked for status of LTD claim. CE adv that claim has not been created yet and it should be done by end of this w eek/early next w eek. ee understood. - FXAMINI - Nov 30, 2015 10:20:51 am | | | | |
| 11/30/2015 | Documents/Mail | 26 | Medical Records | Completed | ALIBY6 |
| | 2015-11-27-17.29.01.060940O01 | | | | |
| 11/30/2015 | Documents/Mail | 24 | Fax | Completed | ALIBY6 |
| | 2015-11-25-09.56.18.814940O01 | | | | |
| 11/30/2015 | Documents/Mail | 25 | Attending Physicians Statement | Completed | ALIBY6 |
| | 2015-11-27-17.28.39.539940O01 | | | | |
| 12/1/2015 | Claim Tasks | 4 | LINKS Review | Completed | KEAST0 |
| | EE is a 48 yom, Delivery Driver (light occ), dlw -08/06/2015, dod -08/21/2015, Dx: Osteoarthritis, left hip, rtw : undetermined until after surgery<br>31/31/9, LTD eff 07/01/2013 pre-ex 3/12<br>Job Description/Physical Requirements - Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting, bending and pushing carts or dolly.<br>R/L - no prolonged w orking or standing or sitting.<br>Sx: 09/21/2015 cancelled due to cardiac clearance<br>MD Guidelines M16.9 Osteoarthritis of hip, unspecified 0/0/14<br>approve claim to 10/28/2015 OV w /Heart Dr. to release and set date for Hip sx. - ALIBY6 - Oct 22, 2015 02:29:02 pm<br><br>STD max 11/22/2015 9 w ks / LTD BCD 12/19/2015<br>Regional Sales Office = NASHVILL - ALIBY6 - Nov 02, 2015 02:55:35 pm<br><br>***Correction***<br>LTD BCD 11/19/2015<br>- ALIBY6 - Nov 02, 2015 03:09:20 pm<br><br>Per clinical consult on 11/25/15 claim is supportive beyond std max of 11/22/15:<br>Clinical Response - 48 y.o. male, employed as a truck driver w ith a DOD as 8/21/2015 due to an original diagnosis of OA of the hip w ith secondary issue of failure to achieve cardiac clearance of THR. Clmt has poor EF and underw ent ICDF placement for an ejection fraction of approximatelty 20%. he ahs noted cardiomyopahty and often report SOB w ith inability to prolonged w alk, lift or stand. His lates cardiology notes his is still w ith changing blood pressures and not cleared for his surgery and an abilities form inidcates he is unable to return to his ow n occupational duties. Medical provided is supportive follow ing this, as he remains w ith a 20% ejection fraction.<br>TXGROOM - FXAMINI - Nov 25, 2015 04:01:30 pm | | | | |

Chronological Activity List

| Posted Date | Category | Seq | Item | Status | User |
|---|---|---|---|---|---|
| | Agree with roll to LTD - NICBR8 - Nov 30, 2015 03:43:21 pm | | | | |
| 2/8/2016 8:34:15 PM | Documents/Mail<br>2016-02-05-16.27.29.979240:O:01 | 27 | Outgoing Correspondence | Received | ALIBY6 |
| 2/8/2016 8:34:28 PM | Documents/Mail<br>2016-02-05-16.27.30.409240:O:01 | 28 | Outgoing Correspondence | Received | ALIBY6 |
| 2/9/2016 | Documents/Mail<br>2016-02-05-16.27.29.979240:O:01 | 27 | Outgoing Correspondence | Completed | ALIBY6 |
| 2/9/2016 | Documents/Mail<br>2016-02-05-16.27.30.409240:O:01 | 28 | Outgoing Correspondence | Completed | ALIBY6 |

REF #920320

Lincoln Financial Group

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

**The Lincoln National Life**
**Insurance Company**
Service Office:
8801 Indian Hills Drive
Omaha, NE 68114-4066
toll free (800) 423-2765
www.Lincoln4benefits.com

October 22, 2015

SHERMAN CARTER

Re: Policyholder: BARDETT LLC
Policy Number: 00001004922100000
Claim Number: 1150112339
Claimant: Sherman Carter

Dear Mr. Carter:

This letter is to advise you your claim for Short Term Disability benefits has been approved beginning on 08/21/2015.

The policy issued to BARDETT LLC, has a 30 day elimination period during which no benefits are payable. Your benefits will begin on 09/20/2015. Your first payment will be received separately within the next business week. Subsequent payments will be issued weekly or biweekly depending on your specific policy language.

Based on your reported weekly earnings, your benefit will equal $450.00. However, if you are receiving Other Income Benefits as defined by your policy, your benefit may be reduced based on policy provisions.

At this time your benefits are being allowed to 10/28/2015. This date represents the recovery period that has been suggested by your physician or the usual and customary recovery period for your disability and occupation.

If you are unable to return to work on 10/28/2015 due to your disability, please provide the attached form to your doctor to complete and return to Lincoln Financial for consideration of additional disability benefits or provide medical documentation that supports continued disability.

Medical documentation includes, but is not limited to, office and treatment notes, physical examination notes, progress notes, testing and or laboratory results, operative reports, hospitalization records, all types of therapy notes and consultations. This information may be obtained from your physicians and should be provided at your own expense. A note from your physician without any supporting documentation may not be sufficient to consider benefits.

©2015 Lincoln National Corporation www.lincoln4benefits.com
Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.
Affiliates are separately responsible for their own financial and contractual obligations.

REF #920320

Please contact our office with any questions you may have at the number listed above or email us at Claims@LFG.com. You can also register for our website at www.Lincoln4Benefits.com to view your benefits and claim status online 24 hours a day.

Sincerely,

Alfreda Byrd
Claims Examiner II STD Benefit Specialist
The Lincoln National Life Insurance Company

Enclosure: Group Continuance DISB APS

CC: BARDETT LLC
ATTN: PHILIP C SPINOSA
5020 TUGGLE RD
MEMPHIS, TN 38118

REF #920320

Lincoln Financial Group®

**The Lincoln National Life Insurance Company**
PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765
www.LincolnFinancial.com

## GROUP CONTINUANCE OF DISABILITY
## (PLEASE see FRAUD NOTICES attached)

TO AVOID DELAY, PLEASE ANSWER ALL QUESTIONS COMPLETELY.
BARDETT LLC IS NOT RESPONSIBLE FOR CHARGES INCURRED FOR COMPLETION OF THIS FORM. IT IS THE INSURED'S RESPONSIBILITY TO PROVIDE PROOF OF CONTINUED DISABILITY AT HIS/HER EXPENSE.

### Attending Physician's Statement

1. Patient's Name Sherman Carter Date of Birth _____
2. Diagnosis, Nature of Sickness or Injury (Describe complications, if any)
_____
_____
3. a) Date of First Treatment _____
   b) Date of Most Recent Treatment _____
   c) Frequency of Treatments _____
   d) Type of Treatment Rendered _____
   e) Is surgery scheduled? If so, when? _____
4. The patient has been continuously Totally Disabled (unable to perform regular job) from _____ to _____
   The patient has been continuously Partially Disabled (some restrictions or light duty) from _____ to _____
   If the patient is still disabled, when should the patient be able to return to work? _____
5. Remarks or Comments: _____
_____
6. List Restrictions and Limitations: _____
_____
7. Physical Impairment:
   Class 1 – No limitation – capable of heavy work – No restrictions (1-10%):
   Class 2 – Medium manual activity (15 – 30%)
   Class 3 – Slight limitation of functional capacity, capable of light work (35 – 55%)
   Class 4 – Moderate limitations of functional capacity, capable of sedentary/clerical activity (60 – 70%)
   Class 5 – Severe limitation of functional capacity, incapable of minimum (sedentary) activity (75 – 100%)
8. Mental Impairments ( if applicable)
   Class 1 – Patient is able to function under stress and engage in personal relations (no limitations)
   Class 2 – Patient is able to function in most stress situation & engage in most interpersonal relations (slight limitation)
   Class 3 – Patient is able to engage in limited stress situation & limited interpersonal relations (moderate limitation)
   Class 4 – Patient is unable to engage in stress situations or engage in interpersonal relations (marked limitation)
   Class 5 – Patient has significant loss of psychological, physiological, personal & social adjustment (severe limitations)

Date _____ (Month Day Year) Signed _____ (Attending Physician, No Stamps, please) /Degree/Specialty _____

Street Address _____

City, State _____

Phone Number _____

Fax Number _____

REF #920320

**FRAUD NOTICES. For your protection, certain states require that the following notices appear on this form.**

**Alabama.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or who knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**Alaska.** A person who knowingly and with intent to injure, defraud, or deceive an insurance company files a claim containing false, incomplete or misleading information may be prosecuted under state law.

**Arizona.** For your protection Arizona law requires the following statement to appear on this form. Any person who knowingly presents a false or fraudulent claim for payment of a loss is subject to criminal and civil penalties.

**Arkansas, Louisiana, Rhode Island and West Virginia.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**California.** For your protection California law requires the following to appear on this form: Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**Colorado.** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**Delaware.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, files a statement of claim containing any false, incomplete or misleading information is guilty of a felony.

**District of Columbia.** It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**Florida.** Any person who knowingly and with intent to injure, defraud, or deceive any insurer files a statement of claim or application containing any false, incomplete, or misleading information is guilty of a felony of the third degree.

**Idaho.** Any person who knowingly, and with intent to defraud or deceive any insurance company, files a statement or claim containing any false, incomplete or misleading information is guilty of a felony.

**Indiana.** A person who knowingly and with intent to defraud an insurer files a statement of claim containing any false, incomplete, or misleading information commits a felony.

**Kentucky.** Any person who knowingly and with intent to defraud any insurance company or other person files a statement of claim containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**Maine.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**Maryland.** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**Minnesota.** A person who files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**New Hampshire.** Any person who, with a purpose to injure, defraud or deceive any insurance company, files a statement of claim containing any false, incomplete or misleading information is subject to prosecution and punishment for insurance fraud, as provided in RSA 638:20.

**New Jersey.** Any person who knowingly files a statement of claim containing any false or misleading information is subject to criminal and civil penalties.

**New Mexico.** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to civil fines and criminal penalties.

**New York.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.

**Ohio.** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**Oklahoma.** Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**Oregon.** Any person who knowingly and with intent to defraud any insurance company or other person: (1) files an application for insurance or statement of claim containing any materially false information; or, (2) conceals for the purpose of misleading, information concerning any material fact, may have committed a fraudulent insurance act.

**Pennsylvania.** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**Puerto Rico.** Any person who knowingly and with the intention of defrauding presents false information in an insurance application, or presents, helps, or causes the presentation of a fraudulent claim for the payment of a loss or any other benefit, or presents more than one claim for the same damage or loss, shall incur a felony and, upon conviction, shall be sanctioned for each violation with the penalty of a fine of not less than five thousand dollars ($5,000) and not more than ten thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both penalties. Should aggravating circumstances are present, the penalty thus established may be increased to a maximum of five (5) years, if extenuating circumstances are present, it may be reduced to a minimum of two (2) years.

**Tennessee and Washington.** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits.

**Texas.** Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison.

**FOR ALL OTHER STATES EXCLUDING CONNECTICUT, KANSAS, AND VIRGINIA.** A person may be committing insurance fraud, if he or she submits an application or claim containing a false or deceptive statement with intent to defraud (or knowing that he or she is helping to defraud) an insurance company.

ATTENTION : MS. ALFREDIA BIRD

FROM: SHERMAN CARTER

NOTE : PLEASE LET ME KNOW IF YOU CAN USE THIS
WE ARE STILL WAITING ON THE DOCTOR TO FILL
OUT THAT PHYSICAN FORM. I'M SENDING YOU
THE ORDER PAPER WORK FOR THE ICD IMPLANT
THE SURGERY WAS DONE ON 9/18/2015

D.O.B. -
ADDRESS:

PHONE

# OF PAGES – 3

# Stern Cardiovascular Center

**GermantownTN**
**(901) 271-1000**

**Letter to Patient**

Sherman Carter

**Age/DOB:** 48 yrs. ( Jan 15, 1967)
**Chart #:** 2159400
**Provider:** Morgan Green
**Encounter Date:** Sep 9 2015 12:11PM

---

Planned Procedure : PVC Ablation with ICD Implant

Your Procedure is scheduled for : Friday September 18 , 2015

Your check in time is : 9am

Your Procedure is scheduled at : Methodist Hospital Germantown, located at the corner of Poplar Avenue and Germantown Road. Enter the main entrance on the west side of the building and check in at the registration desk.

**NOTIFY YOUR DOCTOR OR NURSE OF ANY ALLERGIES, ESPECIALLY TO IV DYE, SHELLFISH, OR LATEX.** If you have an allergy to any of these, you will need additional instructions and special medications BEFORE your procedure to reduce the risk of a serious allergic reaction.

**INSTRUCTIONS**

- **Please bring a complete list or actual bottles of all of your current medications with you to the hospital.**
- We will draw blood work the day of your procedure.
- Do not eat or drink after midnight the night before. This includes chewing gum, candy, or tobacco products.
- The day of your procedure, you may take your morning medications with a small sip of water, unless your doctor or nurse tells you otherwise.
- Bring an overnight bag in case you have to spend the night.
- Please be patient, you may want to bring something to read. We strive to give the best approximation of procedure start time, however, when emergencies arise in the hospital, they take priority and may delay your procedure. We apologize in advance for any inconvenience this may cause you, but be assured that every effort will be made to take care of you as soon as possible.

**If you have any issues arise before your procedure - notify us immediately.**
**This includes a new diagnosis, hospitalization, infection, fever, or any new medications prescribed by another doctor**

**RISKS AND BENEFITS**

The risks and benefits of this procedure have been explained. Your physician feels this procedure's benefits outweigh the potential risks. These risk include but are not limited to the following: bleeding,potential need for blood transfusion,potential need for emergency surgery, bruising, infection, injury to blood vessels, numbness or tingling, heart attack, stroke, allergic reaction, kidney damage, abnormal heart rhythms, life threatening blood clots, possible need for pacemaker, and death.

If you have any questions - Please contact Dr. Lan's nurse, Morgan Green,RN at 901-271-4154. If prompted, please leave a voice mail including your full name, date of birth, and reason for your call. All phone calls received before 3pm will be returned on the same day.



PAGE 2/3 * RCVD AT 10/22/2015 10:14:12 AM [Central Daylight Time] * SVR:NE1PWFAX101/0 * DNIS:7876 * CSID: * DURATION (mm-ss):00-39

# Methodist Le Bonheur Healthcare
# GERMANTOWN Hospital
# Patient Care Summary

**PERSON INFORMATION**
**Name:** CARTER, SHERMAN **Discharge Date:** 9/19/2015 11:32:34 AM
**DOB:** 12:00 AM **AGE:** 48 Years **Sex:** Male
**MRN:** 52026238 **FIN:** 38156987

**Primary Care Physician:**
**Attending Physician:** Lan , David Zhiqiang, MD
**Reason For Hospitalization:** cardioversionl, ICD placement

*GERMANTOWNHospital would like to thank you for allowing us to assist you with your healthcare needs. This document is given to you and/or your caregiver regarding patient education materials and information pertaining to your injury/illness.*

**FOLLOW UP INFORMATION**

| With: | Address: | When: |
|---|---|---|
| David Lan | Memphis Heart Clinic PLC, 6025 Walnut Grove Rd, Ste 111<br>Memphis, TN 38120<br>(901) 818-0300 Business (1) | |

**Comments:**

f/u with dr. Lan as instructed

**SPECIAL SERVICES**



PAGE 3/3 * RCVD AT 10/22/2015 10:14:12 AM [Central Daylight Time] * SVR:NE1PWFAX101/0 * DNIS:7876 * CSID: * DURATION (mm-ss):00-39

Lincoln
Financial Group®

# Fax Transmission

8801 Indian Hills Dr., Omaha, NE 68114

**From:** Name:
Fax Number: /8/6
Voice Phone:

**To:** Name:
Company:
Fax Number: 1 8// 843 3950
Voice Phone:

**Fax Notes :**

---

Date and time of transmission: Thursday, October 22, 2015 10:14:12 AM

Number of pages including this cover sheet: 04

Lincoln Financial Group is the marketing name for Lincoln National Corporation and its affiliates.

This facsimile transmission is intended only for the addressee named above. It contains information that is privileged, confidential or otherwise protected from use and disclosure. If you are not the intended recipient you are hereby notified that any review, disclosure, copying or dissemination of this transmission, or the taking of any action in reliance on its contents, or other use is strictly prohibited. If you have received this transmission in error, please notify us by telephone immediately so that we can arrange for its return to us. Thank you for your cooperation.

ATTENTION : MS. ALFREDIA BIRD

FROM: SHERMAN CARTER

NOTE : PLEASE LET ME KNOW IF YOU CAN USE THIS
WE ARE STILL WAITING ON THE DOCTOR TO FILL
OUT THAT PHYSICAN FORM. I'M SENDING YOU
THE ORDER PAPER WORK FOR THE ICD IMPLANT
THE SURGERY WAS DONE ON 9/18/2015

D.O.B.
ADDRESS:

PHONE

# OF PAGES – 3

# Stern Cardiovascular Center

**GermantownTN**
**(901) 271-1000**

**Letter to Patient**

Sherman Carter

**Age/DOB:** 48 yrs. ( Jan 15, 1967)
**Chart #:** 2159400
**Provider:** Morgan Green
**Encounter Date:** Sep 9 2015 12:11PM

---

Planned Procedure : PVC Ablation with ICD Implant

Your Procedure is scheduled for : Friday September 18 , 2015

Your check in time is : 9am

Your Procedure is scheduled at : Methodist Hospital Germantown, located at the corner of Poplar Avenue and Germantown Road. Enter the main entrance on the west side of the building and check in at the registration desk.

**NOTIFY YOUR DOCTOR OR NURSE OF ANY ALLERGIES, ESPECIALLY TO IV DYE, SHELLFISH, OR LATEX.** If you have an allergy to any of these, you will need additional instructions and special medications BEFORE your procedure to reduce the risk of a serious allergic reaction.

**INSTRUCTIONS**

- **Please bring a complete list or actual bottles of all of your current medications with you to the hospital.**
- We will draw blood work the day of your procedure.
- Do not eat or drink after midnight the night before. This includes chewing gum, candy, or tobacco products.
- The day of your procedure, you may take your morning medications with a small sip of water, unless your doctor or nurse tells you otherwise.
- Bring an overnight bag in case you have to spend the night.
- Please be patient, you may want to bring something to read. We strive to give the best approximation of procedure start time, however, when emergencies arise in the hospital, they take priority and may delay your procedure. We apologize in advance for any inconvenience this may cause you, but be assured that every effort will be made to take care of you as soon as possible.

**If you have any issues arise before your procedure - notify us immediately.**
**This includes a new diagnosis, hospitalization, infection, fever, or any new medications prescribed by another doctor**

**RISKS AND BENEFITS**

The risks and benefits of this procedure have been explained. Your physician feels this procedure's benefits outweigh the potential risks. These risk include but are not limited to the following: bleeding,potential need for blood transfusion,potential need for emergency surgery, bruising, infection, injury to blood vessels, numbness or tingling, heart attack, stroke, allergic reaction, kidney damage, abnormal heart rhythms, life threatening blood clots, possible need for pacemaker, and death.

If you have any questions - Please contact Dr. Lan's nurse, Morgan Green,RN at 901-271-4154. If prompted, please leave a voice mail including your full name, date of birth, and reason for your call. All phone calls received before 3pm will be returned on the same day.

# Methodist Le Bonheur Healthcare
## GERMANTOWN Hospital
## Patient Care Summary

**PERSON INFORMATION**

**Name:** CARTER, SHERMAN **Discharge Date:** 9/19/2015 11:32:34 AM
**DOB:** 12:00 AM **AGE:** 48 Years **Sex:** Male
**MRN:** 52026238 **FIN:** 38156987

**Primary Care Physician:**
**Attending Physician:** Lan , David Zhiqiang, MD
**Reason For Hospitalization:** cardioversionl, ICD placement

*GERMANTOWNHospital would like to thank you for allowing us to assist you with your healthcare needs. This document is given to you and/or your caregiver regarding patient education materials and information pertaining to your injury/illness.*

**FOLLOW UP INFORMATION**

| With: | Address: | When: |
|---|---|---|
| David Lan | Memphis Heart Clinic PLC, 6025 Walnut Grove Rd, Ste 111 Memphis, TN 38120 (901) 818-0300 Business (1) | |

**Comments:**

f/u with dr. Lan as instructed

**SPECIAL SERVICES**

A. S. BARBORO
House of Quality since 1877

**Bardett, LLC**
**dba A S Barboro**

5020 TUGGLE RD
MEMPHIS, TN 38118-7526
Direct # (901) 433-5744
PHONE: (901) 795-5310
FAX: (901) 363-9356

# Fax

| | | | |
|---|---|---|---|
| **To:** | Lincoln Financial Group | **From:** | Bob Belshan |
| **Fax:** | 877-843-3950 | **Pages:** | 7 – Including Cover Sheet |
| **Phone:** | 800-423-2765 | **Date:** | 10/15/15 |
| **Re:** | Sherman Carter – Sort-Term Disability | **CC:** | |

x **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments: Short-Term Disability Statement and Job Description. Let me know if you need additional information.**

Thanks,

Bob

Lincoln Financial Group[SM]

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): Carter Sherman
2. Social Security Number:
3. Phone Number (include area code):
4. Street Address & Mailing Address:
5. City:
6. State:
7. Zip Code:
8. Please provide us with your e-mail address:
May we contact you via e-mail? ☐ Yes ☐ No
9. Date of Birth:
10. Date Last Worked: 8-6-2015
Date of Disability: 8-21-2015
11. Gender ☒ Male ☐ Female
12. Hospital Confined ☐ Yes ☒ No
Dates of confinement:
13. Have you ever had the same or similar condition in the past? ☐ Yes ☒ No If "Yes" provide dates:
14. Is your disability due to a: ☒ Sickness ☐ Injury ☐ Other
Date of Injury:
14a. Please describe your Sickness or how your Injury occurred: Hip Pain and Leg weaken, OsteoArthritis Left Hip
Height: 6'0 Weight: 210
15. I returned to work part-time on:
I returned to work full-time on:
16. Is your disability due to your occupation? ☐ Yes ☐ No If "Yes" explain in 14a
Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☐ No
17. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor: Gregory Dabov
Phone Number: 901-259 - Specialty: Orthopedics
Address: 7545 Airways Blvd Southaven, MS 38671
18. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☐ Yes ☐ No
If yes, how much should be withheld each week? (minimum is $20.00 per week)
19. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☐ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

20. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature of Employee: Sherman Carter Date: 10-09-16

21. Payment Method
☒ Direct Deposit
Financial Institution's Name: Meta Bank
Type of Account ☒ Checking
Bank/Routing Number:
Checking Account Number

*(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)*
**Please sign this page and the authorization on page two of this form to avoid delays in processing**
**(PLEASE see FRAUD NOTICES attached)**

Lincoln Financial Group℠

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

# EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

**Please submit a copy of this employee's complete Job Description with this claim form.**
**Please submit a copy of this employee's enrollment statement with this claim.**
**(PLEASE see FRAUD NOTICES attached)**

1. Full Name (last, first, middle initial): Carter, Sherman
2. Social Security Number:
3. Occupation of Employee/Claimant: Delivery Driver
4. Insurance Class: 2
5. Employee Date of Hire: 08/13/2012
6. Date Insured: 07/01/2013
7. Date Employee was last present at work: 08/06/2015
   On that day, did employee work a full day? ■ Yes ☐ No
8. Employee's Basic Weekly Earnings: $776.25
9. Returned to Work? ☐ Full-time ☐ Part-time Date: Has not returned to work
10. Information needed for withholding and reporting taxes
    Does employee contribute post-tax dollars toward the premium? ■ Yes ☐ No
    If yes, what percent is paid by the employee? 100 %
    If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.
11. What was the employee's regular scheduled work week? 45 hours per week 9 hours per day
12. Is the claim due to your employee's occupation: ☐ Yes ■ No
13. Has a claim been filed with Workers' Compensation? ☐ Yes ✕ No
    If yes, send initial report of illness or injury and award/denial notice.
    Name, address and telephone number of your compensation carrier ______
    Name, address and telephone number of your medical insurance carrier ______
14. Is the employee receiving or has he/she received continued pay? ✕ Yes ☐ No
    If yes, complete the following:
    Pay Period: 08/07/15 - 08/17/15 Amount: $1,086.75 Source of Income: Employer - Sick Pay
15. Can job be modified to fit accommodations? No
16. Physical Requirements (Include Job Description) ✓
    Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting,bending and pushing carts or dolly .

| Employer's Name & Address (or name of policyholder, if other) | Telephone Number (Include Area Code and Extension) | Group Policy Number & Division Number |
|---|---|---|
| A. S. Barboro, 5020 Tuggle Rd. 38118 | (901) 433-5744 | 000010049221-0000 |

E-mail address bobbelshan@asbarboro.com Fax Number (Include Area Code) (901) 363-9356

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Bob Belshan H.R. Manager — 10/09/15
Signature of Person Completing this form and Title — Date

Bob Belshan H.R. Manager — bobbelshan@asbarboro.com
Print Name of Person Completing this form and Title — E-mail address

Oct. 14. 2015 11:06AM No. 9763 P. 2/2

Lincoln Financial Group

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

1. Name of Patient: Sherman Carter
2. Social Security Number:
3. Employer Name:
4. When did symptoms first appear or accident happen? 9/21/15
5. Date you believe patient was unable to work? 9/21/15
6. Diagnosis (including complications): Osteoarthritis Left Hip
7. Subjective symptoms: Hip Pain & Weakness
8. Objective findings (Including current x-rays, EKG's, laboratory data and any clinical findings): X-Ray
   Height: 6'0
   Weight: 201
9. List of Restrictions & Limitations: No prolonged walking or standing or sitting
10. Nature of treatment (Including surgery and medications prescribed, if any). Office Visits - And Surgery when Cleared
11. Has patient ever had same or similar condition? ☐ Yes ☑ No If "Yes" provide dates.
12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☑ No
13. If pregnancy, estimated date of delivery:
    Actual date of delivery:
14. Date first treated: 9/21/15
15. Date of last visit/treatment: 9/21/15
16. Has patient been hospital confined? ☐ Yes ☑ No Confined from: to
    If "Yes" give name of hospital.
17. Has surgery been scheduled or performed? ☑ Yes ☐ No If "Yes" date of surgery:
    Type of surgery scheduled: 9/21/15 But Canceled due to Cardiac Clearance
18. Prognosis and Rehabilitation:
    a. When do you think your patient will be able to return to work in their occupation? Undetermined until After Surgery
    b. When could trial employment commence? ☐ Full-time ☐ Part-time
    Please submit clinical documentation to support your decision.

Print Name (Attending Physician): Dr. Gregory D. Dabov
Specialty: Orthopedics
Telephone (Include Area Code):

Street Address/City or Town/State or Providence/Zip Code: 7545 Airways Boulevard Southaven, MS 38671 Office: 901 - 759 - 5580 Fax: 901 - 759 - 3217

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature (Attending Physician) No stamps please: [signature]
Date: 10/14/15
Fax Number (Include Area Code): (901) 759-3217

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.

Lincoln Financial Group℠

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department oflabor;acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

   Claimant/Patient Name: Carter (Last) Sherman (First) (Middle)

   Date of Birth: Social Security Number:

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization; or
   2. the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** Sherman Carter **DATE:** 10-09-15

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ____________

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ____________

ADDRESS: ____________ (Street) PHONE NO: ____________

____________ (City) (State) (Zip Code)

Bar-Dett, LLC Job Description

Job Title: Off Premise Delivery Driver

Date: March 26, 2010

Reports to: Off Premise Supervisor

Employee: Sherman Carter

Supervisor: Antonio Ricks

| TASK DESCRIPTION | PERFORM | ASSIST | REPORT | RATING |
|---|---|---|---|---|
| 1. Arrive at work at scheduled time. 5 am Monday through Friday (internal rating) | X | | | |
| 2. Arrive at work as scheduled without any unexcused absences (internal rating) | X | | | |
| 3. Complete all CD ROM training's (internal rating) | X | | | |
| 4. Adheres to standards governing appearance | X | | | |
| 5. Work steadily and constantly without jeopardizing the quality of work | X | | | |
| 6. Tries to improve job performance | X | | | |
| 7. Makes suggestions to improve customer service | X | | | |
| 8. Uses equipment efficiently and economically | X | | | |
| 9. Report equipment repair and needs to supervisor | X | | | |
| 10. Adheres to safety rules and precautions | X | | | |
| 11. Has a consistent attitude of willingness to do his / her part | X | | | |
| 12. Willingness to work over and above assigned duties | X | | | |
| 13. Show kindness, consideration, and helpfulness to customers | X | | | |
| 14. Show kindness, consideration, and helpfulness to fellow employees | X | | | |
| 15. Show respect to supervisor | X | | | |
| 16. Report to supervisor for route assignment. | X | | | |
| 17. Inspect vehicle for safety-keep vehicle neat and clean at all times. | X | | | |
| 18. Inventory vehicle-report and reconcile all variances before leaving (driver are responsible for all loses). | X | | | |
| 19. Follow delivery schedule as written unless authorized deviations by Region Manager. | X | | | |
| 20. Deliver required product to locations as specified by order (authorized by customer). | X | | | |
| 21. Rotate stock and swap stock per company and suppliers policies and procedures as relates to expiration dates. | X | | | |
| 22. Collect payment for all delivered beverages per TABC regulations. | X | | | |
| 23. Maintain security of monies and products at all times. The driver is financially responsible for all losses in reconciliation of product and money. | X | | | |
| 24. Report any and all defects of vehicle or equipment. Use of cautious judgement in assessing risk to self, equipment, or the public. Report all safety issue to your supervisor. | X | | X | |
| 25. Communicate with supervisor and/or account manager daily on deliveries. | X | | | |
| 26. After route is done and vehicle returned to warehouse reconcile all cash receipts and inventory. | X | | | |
| 27. Report all competition's activities observed to sales manager I.E. box resets, display changes, stock placement, back space allocation etc. | | | X | |
| 28. Save and turn in daily invoices for stock deliveries to each account location on a daily basis. | X | | | |
| 29. Drivers are required to stay current on all product promotions, supplier policies, and sales techniques etc. This requires attendance at meetings, seminars, and other activities dictated by management. | X | | | |
| 30. Drivers are required to maintain a current TABC license and maintain a driving record in such a fashion as to be covered by our insurance carrier. | X | | | |
| 31. Will be requested to work Saturday or Sunday as scheduled. | X | | | |
| 32. Body positions and body movement consisting of standing, sitting, climbing, walking, stooping, riding in a vehicle, carrying of 100 pounds or more, and extensive use of the hands and arms will be necessary. | X | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 33. Report all complaints, out of stocks, or other such items to the account manager. | X | | | |
| 34.Conduct yourself and ensure that your helper ( if so staffed) conducts himself in a manner that reflects favorably upon the company at all times. | X | | | |
| 35. Be knowledgeable and comply with all company and TABC policies and procedures. | X | | | |
| 36. Be able and willing to complete assigned work schedule on a daily basis even if extra hours are required. | X | | | |
| 37. Perform other duties as directed by management. | X | | | |
| 38. Where required distribute promotional materials, etc. Refer to Detail Worksheet. | X | | | |
| 39. Drivers with a CDL will be required to take periodic drug tests. | X | | | |
| 40. Contact Supervisors on any accidents and fill out reports. (personal or auto) | | | | |
| 41. Drivers are responsible for staying compliant with all D.O.T. rules and regulations. | | | | |
| 42. After pulling product for the current account driver needs to level all remaining packages to prevent breakage. | X | | | |
| 43. Do a complete pre and post trip inspection each day | X | | X | |
| 44. Contact salesman, supervisors or chain accounts manager if products will not scan in the back door (computer system) of accounts. | X | | | |
| 45. Hold a Class A CDL license | X | | | |

10/14/2015 WED 11:18 FAX 901 363 9356 A S Barboro Inc. 001

*********************
*** FAX TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 4701 |
| DESTINATION ADDRESS | 918778433950 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 10/14 11:16 |
| TX/RX TIME | 01'29 |
| PGS. | 7 |
| RESULT | OK |

A. S. BARBORO
House of Quality since 1877

**Bardett, LLC**
**dba A S Barboro**

5020 TUGGLE RD
MEMPHIS, TN 38118-7526
Direct # (901) 433-5744
PHONE: (901) 795-5310
FAX: (901) 363-9356

# Fax

| | | | |
|---|---|---|---|
| **To:** | Lincoln Financial Group | **From:** | Bob Belshan |
| **Fax:** | 877-843-3950 | **Pages:** | 7 – Including Cover Sheet |
| **Phone:** | 800-423-2765 | **Date:** | 10/15/15 |
| **Re:** | Sherman Carter – Sort-Term Disability | **CC:** | |

x **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments: Short-Term Disability Statement and Job Description. Let me know if you need additional information.**

Thanks,

Bob

**Bardett, LLC**
**dba A S Barboro**

5020 TUGGLE RD
MEMPHIS, TN 38118-7526
Direct # (901) 433-5744
PHONE: (901) 795-5310
FAX: (901) 363-9356

# Fax

| | | | |
|---|---|---|---|
| **To:** | Lincoln Financial Group | **From:** | Bob Belshan |
| **Fax:** | 877-843-3950 | **Pages:** | 7 – Including Cover Sheet |
| **Phone:** | 800-423-2765 | **Date:** | 10/15/15 |
| **Re:** | Sherman Carter – Sort-Term Disability | **CC:** | |

x **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments: Short-Term Disability Statement and Job Description. Let me know if you need additional information.**

Thanks,

Bob

Lincoln Financial Group℠

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): Carter Sherman
2. Social Security Number:
3. Phone Number (include area code):
4. Street Address & Mailing Address: | 5. City | 6. State | 7. Zip Code
8. Please provide us with your e-mail address:
May we contact you via e-mail? ☐ Yes ☐ No
9. Date of Birth:
10. Date Last Worked: 8-6-2015
Date of Disability: 8-21-2015
11. Gender ☒ Male ☐ Female
12. Hospital Confined ☐ Yes ☒ No
Dates of confinement:
13. Have you ever had the same or similar condition in the past? ☐ Yes ☒ No If "Yes" provide dates:
14. Is your disability due to a: ☒ Sickness ☐ Injury ☐ Other
Date of Injury:
14a. Please describe your Sickness or how your Injury occurred: Hip Pain and Leg weaken, Osteoarthritis left Hip
Height: 6'0
Weight: 210
15. I returned to work part-time on:
I returned to work full-time on:
16. Is your disability due to your occupation? ☐ Yes ☐ No If "Yes" explain in 14a
Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☐ No
17. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor: Gregory Dabov
Phone Number: 901-259-
Specialty: Orthopedics
Address: 7545 Airways Blvd Southaven, MS 38671
18. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☐ Yes ☐ No
If yes, how much should be withheld each week? (minimum is $20.00 per week)
19. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☐ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

20. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information

Signature of Employee: Sherman Carter Date 10-09-15

21. Payment Method
☒ Direct Deposit
Financial Institution's Name: Meta Bank
Type of Account ☒ Checking
Bank/Routing Number:
Checking Account Number:

***(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)***

**Please sign this page and the authorization on page two of this form to avoid delays in processing**

**(PLEASE see FRAUD NOTICES attached)**

Lincoln Financial Group™

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

**Please submit a copy of this employee's complete Job Description with this claim form.**
**Please submit a copy of this employee's enrollment statement with this claim.**
**(PLEASE see FRAUD NOTICES attached)**

1. Full Name (last, first, middle initial): Carter, Sherman

2. Social Security Number:

3. Occupation of Employee/Claimant: Delivery Driver

4. Insurance Class: 2

5. Employee Date of Hire: 08/13/2012

6. Date Insured: 07/01/2013

7. Date Employee was last present at work: 08/06/2015
On that day, did employee work a full day? ■ Yes ☐ No

8. Employee's Basic Weekly Earnings: $776.25

9. Returned to Work? ☐ Full-time ☐ Part-time Date: Has not returned to work

10. Information needed for withholding and reporting taxes
Does employee contribute post-tax dollars toward the premium? ■ Yes ☐ No
If yes, what percent is paid by the employee? 100 %
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

11. What was the employee's regular scheduled work week? 45 hours per week 9 hours per day

12. Is the claim due to your employee's occupation: ☐ Yes ■ No

13. Has a claim been filed with Workers' Compensation? ☐ Yes ☒ No
If yes, send initial report of illness or injury and award/denial notice.
Name, address and telephone number of your compensation carrier ____
Name, address and telephone number of your medical insurance carrier ____

14. Is the employee receiving or has he/she received continued pay? ☒ Yes ☐ No
If yes, complete the following:
Pay Period: 08/07/15 - 08/17/15 Amount: $1,086.75 Source of Income: Employer - Sick Pay

15. Can job be modified to fit accommodations? No

16. Physical Requirements (Include Job Description)✓
Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting,bending and pushing carts or dolly .

| Employer's Name & Address (or name of policyholder, if other) | Telephone Number (Include Area Code and Extension) | Group Policy Number & Division Number |
|---|---|---|
| A. S. Barboro, 5020 Tuggle Rd. 38118 | (901) 433-5744 | 000010049221-0000 |

E-mail address bobbelshan@asbarboro.com Fax Number (Include Area Code) (901) 363-9356

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Bob Belshan H. R. Manager — Signature of Person Completing this form and Title
10/09/15 — Date

Bob Belshan H.R. Manager — Print Name of Person Completing this form and Title
bobbelshan@asbarboro.com — E-mail address

Lincoln Financial Group

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

| | | |
|---|---|---|
| 1. Name of Patient: Sherman Carter | 2. Social Security Number | 3. Employer Name |
| 4. When did symptoms first appear or accident happen? 8/21/15 | 5. Date you believe patient was unable to work? 8/21/15 | |
| 6. Diagnosis (including complications): Osteomyelitis Left Hip | 7. Subjective symptoms: Hip Pain + Weakness | |
| 8. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings): X-Ray | Height: 6'0 | Weight: 201 |
| 9. List of Restrictions & Limitations: No prolonged walking or standing or sitting | | |
| 10. Nature of treatment (including surgery and medications prescribed, if any): Office Visits And Surgery When Cleared | | |
| 11. Has patient ever had same or similar condition? ☐ Yes ☑ No If "Yes" provide dates. | | |
| 12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☑ No | | |
| 13. If pregnancy, estimated date of delivery: Actual date of delivery: | 14. Date first treated: 8/21/15 | 15. Date of last visit/treatment: 8/21/15 |
| 16. Has patient been hospital confined? ☐ Yes ☑ No If "Yes" give name of hospital. | Confined from: | to |
| 17. Has surgery been scheduled or performed? ☑ Yes ☐ No. If "Yes" date of surgery: Type of surgery scheduled: 9/21/15 But Canceled due to Cardiac Clearance | | |
| 18. Prognosis and Rehabilitation: a. When do you think your patient will be able to return to work in their occupation? b. When could trial employment commence? ☐ Full-time ☐ Part-time — Undetermined until After Surgery. Please submit clinical documentation to support your decision. | | |
| Print Name (Attending Physician): Dr. Gregory D. Dabov | Specialty: Orthopaedics | Telephone (Include Area Code) |
| Street Address/City or Town/State or Province/Zip Code: 7645 Airways Boulevard, Southaven, MS 38671, Office: 901 - 759 - 5580 | | |
| The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. Fax: 901-759-3217 | | |
| Signature (Attending Physician) No stamps please | Date: 10/14/15 | Fax Number (Include Area Code): (901) 759-3217 |

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.

Lincoln Financial Group℠

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance, group policyholder, employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: Carter (Last) Sherman (First) (Middle)

Date of Birth: / / Social Security Number:

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company
PO Box 2609
Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization; or
   2. the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** Sherman Carter **DATE:** 10-09-15

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME:

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient:

ADDRESS: (Street) PHONE NO:

(City) (State) (Zip Code)

| | | | | |
|---|---|---|---|---|
| 33. Report all complaints, out of stocks, or other such items to the account manager. | X | | | |
| 34.Conduct yourself and ensure that your helper ( if so staffed) conducts himself in a manner that reflects favorably upon the company at all times. | X | | | |
| 35. Be knowledgeable and comply with all company and TABC policies and procedures. | X | | | |
| 36. Be able and willing to complete assigned work schedule on a daily basis even if extra hours are required. | X | | | |
| 37. Perform other duties as directed by management. | X | | | |
| 38. Where required distribute promotional materials, etc. Refer to Detail Worksheet. | X | | | |
| 39. Drivers with a CDL will be required to take periodic drug tests. | X | | | |
| 40. Contact Supervisors on any accidents and fill out reports. (personal or auto) | | | | |
| 41. Drivers are responsible for staying compliant with all D.O.T. rules and regulations. | | | | |
| 42. After pulling product for the current account driver needs to level all remaining packages to prevent breakage. | X | | | |
| 43. Do a complete pre and post trip inspection each day | X | | X | |
| 44. Contact salesman, supervisors or chain accounts manager if products will not scan in the back door (computer system) of accounts. | X | | | |
| 45. Hold a Class A CDL license | X | | | |

# Bar-Dett, LLC Job Description

Job Title: Off Premise Delivery Driver
Date: March 26, 2010
Reports to: Off Premise Supervisor
Employee: Sherman Carter
Supervisor: Antonio Ricks

| TASK DESCRIPTION | PERFORM | ASSIST | REPORT | RATING |
|---|---|---|---|---|
| 1. Arrive at work at scheduled time. 5 am Monday through Friday (internal rating) | X | | | |
| 2. Arrive at work as scheduled without any unexcused absences (internal rating) | X | | | |
| 3. Complete all CD ROM training's (internal rating) | X | | | |
| 4. Adheres to standards governing appearance | X | | | |
| 5. Work steadily and constantly without jeopardizing the quality of work | X | | | |
| 6. Tries to improve job performance | X | | | |
| 7. Makes suggestions to improve customer service | X | | | |
| 8. Uses equipment efficiently and economically | X | | | |
| 9. Report equipment repair and needs to supervisor | X | | | |
| 10. Adheres to safety rules and precautions | X | | | |
| 11. Has a consistent attitude of willingness to do his / her part | X | | | |
| 12. Willingness to work over and above assigned duties | X | | | |
| 13. Show kindness, consideration, and helpfulness to customers | X | | | |
| 14. Show kindness, consideration, and helpfulness to fellow employees | X | | | |
| 15. Show respect to supervisor | X | | | |
| 16. Report to supervisor for route assignment. | X | | | |
| 17. Inspect vehicle for safety-keep vehicle neat and clean at all times. | X | | | |
| 18. Inventory vehicle-report and reconcile all variances before leaving (driver are responsible for all loses). | X | | | |
| 19. Follow delivery schedule as written unless authorized deviations by Region Manager. | X | | | |
| 20. Deliver required product to locations as specified by order (authorized by customer). | X | | | |
| 21. Rotate stock and swap stock per company and suppliers policies and procedures as relates to expiration dates. | X | | | |
| 22. Collect payment for all delivered beverages per TABC regulations. | X | | | |
| 23. Maintain security of monies and products at all times. The driver is financially responsible for all losses in reconciliation of product and money. | X | | | |
| 24. Report any and all defects of vehicle or equipment. Use of cautious judgement in assessing risk to self, equipment, or the public. Report all safety issue to your supervisor. | X | | X | |
| 25. Communicate with supervisor and/or account manager daily on deliveries. | X | | | |
| 26. After route is done and vehicle returned to warehouse reconcile all cash receipts and inventory. | X | | | |
| 27. Report all competition's activities observed to sales manager I.E. box resets, display changes, stock placement, back space allocation etc. | | | X | |
| 28. Save and turn in daily invoices for stock deliveries to each account location on a daily basis. | X | | | |
| 29. Drivers are required to stay current on all product promotions, supplier policies, and sales techniques etc. This requires attendance at meetings, seminars, and other activities dictated by management. | X | | | |
| 30. Drivers are required to maintain a current TABC license and maintain a driving record in such a fashion as to be covered by our insurance carrier. | X | | | |
| 31. Will be requested to work Saturday or Sunday as scheduled. | X | | | |
| 32. Body positions and body movement consisting of standing, sitting, climbing, walking, stooping, riding in a vehicle, carrying of 100 pounds or more, and extensive use of the hands and arms will be necessary. | X | | | |
| | | | | |

**Bardett, LLC**
**dba A S Barboro**

5020 TUGGLE RD
MEMPHIS, TN 38118-7526
Direct # (901) 433-5744
PHONE: (901) 795-5310
FAX: (901) 363-9356

# Fax

| | | | |
|---|---|---|---|
| **To:** | Lincoln Financial Group | **From:** | Bob Belshan |
| **Fax:** | 877-843-3950 | **Pages:** | 7 – Including Cover Sheet |
| **Phone:** | 800-423-2765 | **Date:** | 10/15/15 |
| **Re:** | Sherman Carter – Sort-Term Disability | **CC:** | |

x **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments: Short-Term Disability Statement and Job Description. Let me know if you need additional information.**

Thanks,

Bob

Lincoln Financial Group[SM]

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

# GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): Carter, Sherman
2. Social Security Number:
3. Phone Number (include area code):
4. Street Address & Mailing Address:
5. City:
6. State:
7. Zip Code:
8. Please provide us with your e-mail address:
May we contact you via e-mail? ☐ Yes ☐ No
9. Date of Birth:
10. Date Last Worked: 8-6-2015
Date of Disability: 8-21-2015
11. Gender ☒ Male ☐ Female
12. Hospital Confined ☐ Yes ☒ No
Dates of confinement:
13. Have you ever had the same or similar condition in the past?
☐ Yes ☒ No If "Yes" provide dates:
14. Is your disability due to a:
☒ Sickness ☐ Injury ☐ Other
Date of Injury:
14a. Please describe your Sickness or how your Injury occurred: Hip Pain and Leg weaken, OsteoArthritis (left Hip
Height: 6'0
Weight: 210
15. I returned to work part-time on:
I returned to work full-time on:
16. Is your disability due to your occupation? ☐ Yes ☐ No If "Yes" explain in 14a
Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☐ No
17. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
Doctor: Gregory Dabor
Phone Number: 901-759-
Specialty: Orthopedics
Address: 7545 Airways Blvd. Southaven, MS 38671
18. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☐ Yes ☐ No
If yes, how much should be withheld each week? (minimum is $20.00 per week)
19. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☐ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

20. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information.

Signature of Employee: Sherman Carter Date: 10-09-15

21. Payment Method
☒ Direct Deposit
Financial Institution's Name: Meta Bank
Type of Account ☒ Checking
Bank/Routing Number:
Checking Account Number:

***(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)***

**Please sign this page and the authorization on page two of this form to avoid delays in processing**

**(PLEASE see FRAUD NOTICES attached)**

Lincoln Financial Group℠

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department oflabor;acquaintance; group policyholder; employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: Carter (Last) Sherman (First) ______ (Middle)

Date of Birth: ______ Social Security Number: ______

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization; or
   2. the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** Sherman Carter **DATE:** 10-09-15

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street) PHONE NO: ______

______ (City) (State) (Zip Code)

Lincoln Financial Group℠

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

**Please submit a copy of this employee's complete Job Description with this claim form.**
**Please submit a copy of this employee's enrollment statement with this claim.**
**(PLEASE see FRAUD NOTICES attached)**

1. Full Name (last, first, middle initial)
Carter, Sherman

2. Social Security Number

3. Occupation of Employee/Claimant
Delivery Driver

4. Insurance Class
2

5. Employee Date of Hire
08/13/2012

6. Date Insured
07/01/2013

7. Date Employee was last present at work 08/06/2015
On that day, did employee work a full day? ■ Yes ☐ No

8. Employee's Basic Weekly Earnings
$776.25

9. Returned to Work?
☐ Full-time ☐ Part-time Date: Has not returned to work

10. Information needed for withholding and reporting taxes
Does employee contribute post-tax dollars toward the premium? ■ Yes ☐ No
If yes, what percent is paid by the employee? 100 %
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

11. What was the employee's regular scheduled work week? 45 hours per week 9 hours per day

12. Is the claim due to your employee's occupation: ☐ Yes ■ No

13. Has a claim been filed with Workers' Compensation? ☐ Yes ☒ No
If yes, send initial report of illness or injury and award/denial notice.
Name, address and telephone number of your compensation carrier ____________
Name, address and telephone number of your medical insurance carrier ____________

14. Is the employee receiving or has he/she received continued pay? ☒ Yes ☐ No
If yes, complete the following:
Pay Period: 08/07/15 - 08/17/15 Amount: $1,086.75 Source of Income: Employer - Sick Pay

15. Can job be modified to fit accommodations? No

16. Physical Requirements (Include Job Description)✓
Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting,bending and pushing carts or dolly .

Employer's Name & Address (or name of policyholder, if other)
A. S. Barboro, 5020 Tuggle Rd. 38118

Telephone Number (Include Area Code and Extension)
(901) 433-5744

Group Policy Number & Division Number
000010049221-0000

E-mail address bobbelshan@asbarboro.com Fax Number (Include Area Code) (901) 363-9356

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Bob Belshan H. R. Manager
Signature of Person Completing this form and Title

10/09/15
Date

Bob Belshan H.R. Manager
Print Name of Person Completing this form and Title

bobbelshan@asbarboro.com
E-mail address

Lincoln Financial Group℠

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

1. Name of Patient: Sherman Carter
2. Social Security Number:
3. Employer Name:
4. When did symptoms first appear or accident happen? 8/21/15
5. Date you believe patient was unable to work? 8/21/15
6. Diagnosis (including complications): Osteoarthritis Left Hip
7. Subjective symptoms: Hip Pain & Weakness
8. Objective findings (Including current x-rays, EKG's, laboratory data and any clinical findings): X-Ray
   Height: 6'0
   Weight: 201
9. List of Restrictions & Limitations: No Prolonged Walking or Standing or Sitting
10. Nature of treatment (Including surgery and medications prescribed, if any). Office Visits and Surgery When Cleared
11. Has patient ever had same or similar condition? ☐ Yes ☑ No If "Yes" provide dates.
12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☑ No
13. If pregnancy, estimated date of delivery:
    Actual date of delivery:
14. Date first treated: 8/21/15
15. Date of last visit/treatment: 8/21/15
16. Has patient been hospital confined? ☐ Yes ☑ No Confined from: to
    If "Yes" give name of hospital.
17. Has surgery been scheduled or performed? ☑ Yes ☐ No If "Yes" date of surgery:
    Type of surgery scheduled: 9/21/15 But Canceled due to Cardiac Clearance
18. Prognosis and Rehabilitation:
    a. When do you think your patient will be able to return to work in their occupation?
    b. When could trial employment commence? ☐ Full-time ☐ Part-time Undetermined Until After Surgery
    Please submit clinical documentation to support your decision.

Print Name (Attending Physician): Dr. Gregory D. Dabov
Specialty: Orthopedics
Telephone (Include Area Code):

Street Address/City or Town/State or Providence/Zip Code: 7545 Airways Boulevard, Southaven, MS 38671, Office: 901 - 759 - 5580, Fax: 901 - 759 - 3217

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Signature (Attending Physician) No stamps please: [signature]
Date: 10/14/15
Fax Number (Include Area Code): (901) 759-3217

THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.

Bar-Dett, LLC Job Description

Job Title: Off Premise Delivery Driver

Date: March 26, 2010

Reports to: Off Premise Supervisor

Employee: Sherman Carter

Supervisor: Antonio Ricks

| TASK DESCRIPTION | PERFORM | ASSIST | REPORT | RATING |
|---|---|---|---|---|
| 1. Arrive at work at scheduled time. 5 am Monday through Friday (internal rating) | X | | | |
| 2. Arrive at work as scheduled without any unexcused absences (internal rating) | X | | | |
| 3. Complete all CD ROM training's (internal rating) | X | | | |
| 4. Adheres to standards governing appearance | X | | | |
| 5. Work steadily and constantly without jeopardizing the quality of work | X | | | |
| 6. Tries to improve job performance | X | | | |
| 7. Makes suggestions to improve customer service | X | | | |
| 8. Uses equipment efficiently and economically | X | | | |
| 9. Report equipment repair and needs to supervisor | X | | | |
| 10. Adheres to safety rules and precautions | X | | | |
| 11. Has a consistent attitude of willingness to do his / her part | X | | | |
| 12. Willingness to work over and above assigned duties | X | | | |
| 13. Show kindness, consideration, and helpfulness to customers | X | | | |
| 14. Show kindness, consideration, and helpfulness to fellow employees | X | | | |
| 15. Show respect to supervisor | X | | | |
| 16. Report to supervisor for route assignment. | X | | | |
| 17. Inspect vehicle for safety-keep vehicle neat and clean at all times. | X | | | |
| 18. Inventory vehicle-report and reconcile all variances before leaving (driver are responsible for all loses). | X | | | |
| 19. Follow delivery schedule as written unless authorized deviations by Region Manager. | X | | | |
| 20. Deliver required product to locations as specified by order (authorized by customer). | X | | | |
| 21. Rotate stock and swap stock per company and suppliers policies and procedures as relates to expiration dates. | X | | | |
| 22. Collect payment for all delivered beverages per TABC regulations. | X | | | |
| 23. Maintain security of monies and products at all times. The driver is financially responsible for all losses in reconciliation of product and money. | X | | | |
| 24. Report any and all defects of vehicle or equipment. Use of cautious judgement in assessing risk to self, equipment, or the public. Report all safety issue to your supervisor. | X | | X | |
| 25. Communicate with supervisor and/or account manager daily on deliveries. | X | | | |
| 26. After route is done and vehicle returned to warehouse reconcile all cash receipts and inventory. | X | | | |
| 27. Report all competition's activities observed to sales manager I.E. box resets, display changes, stock placement, back space allocation etc. | | | X | |
| 28. Save and turn in daily invoices for stock deliveries to each account location on a daily basis. | X | | | |
| 29. Drivers are required to stay current on all product promotions, supplier policies, and sales techniques etc. This requires attendance at meetings, seminars, and other activities dictated by management. | X | | | |
| 30. Drivers are required to maintain a current TABC license and maintain a driving record in such a fashion as to be covered by our insurance carrier. | X | | | |
| 31. Will be requested to work Saturday or Sunday as scheduled. | X | | | |
| 32. Body positions and body movement consisting of standing, sitting, climbing, walking, stooping, riding in a vehicle, carrying of 100 pounds or more, and extensive use of the hands and arms will be necessary. | X | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 33. Report all complaints, out of stocks, or other such items to the account manager. | X | | | |
| 34.Conduct yourself and ensure that your helper ( if so staffed) conducts himself in a manner that reflects favorably upon the company at all times. | X | | | |
| 35. Be knowledgeable and comply with all company and TABC policies and procedures. | X | | | |
| 36. Be able and willing to complete assigned work schedule on a daily basis even if extra hours are required. | X | | | |
| 37. Perform other duties as directed by management. | X | | | |
| 38. Where required distribute promotional materials, etc. Refer to Detail Worksheet. | X | | | |
| 39. Drivers with a CDL will be required to take periodic drug tests. | X | | | |
| 40. Contact Supervisors on any accidents and fill out reports. (personal or auto) | | | | |
| 41. Drivers are responsible for staying compliant with all D.O.T. rules and regulations. | | | | |
| 42. After pulling product for the current account driver needs to level all remaining packages to prevent breakage. | X | | | |
| 43. Do a complete pre and post trip inspection each day | X | | X | |
| 44. Contact salesman, supervisors or chain accounts manager if products will not scan in the back door (computer system) of accounts. | X | | | |
| 45. Hold a Class A CDL license | X | | | |

10/14/2015 WED 11:18 FAX 901 363 9356 A S Barboro Inc. 001

*********************
*** FAX TX REPORT ***
*********************

TRANSMISSION OK

| | |
|---|---|
| JOB NO. | 4701 |
| DESTINATION ADDRESS | 918778433950 |
| SUBADDRESS | |
| DESTINATION ID | |
| ST. TIME | 10/14 11:16 |
| TX/RX TIME | 01' 29 |
| PGS. | 7 |
| RESULT | OK |

A. S. BARBORO
House of Quality since 1877

**Bardett, LLC**
**dba A S Barboro**

5020 TUGGLE RD
MEMPHIS, TN 38118-7526
Direct # (901) 433-5744
PHONE: (901) 795-5310
FAX: (901) 363-9356

# Fax

| | | | |
|---|---|---|---|
| **To:** | Lincoln Financial Group | **From:** | Bob Belshan |
| **Fax:** | 877-843-3950 | **Pages:** | 7 – Including Cover Sheet |
| **Phone:** | 800-423-2765 | **Date:** | 10/15/15 |
| **Re:** | Sherman Carter – Sort-Term Disability | **CC:** | |

x **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments: Short-Term Disability Statement and Job Description. Let me know if you need additional information.**

Thanks,

Bob

A. S. BARBORO
House of Quality since 1877

**Bardett, LLC**
**dba A S Barboro**

5020 TUGGLE RD
MEMPHIS, TN 38118-7526
Direct # (901) 433-5744
PHONE: (901) 795-5310
FAX: (901) 363-9356

# Fax

| | | | |
|---|---|---|---|
| **To:** | Lincoln Financial Group | **From:** | Bob Belshan |
| **Fax:** | 877-843-3950 | **Pages:** | 7 – Including Cover Sheet |
| **Phone:** | 800-423-2765 | **Date:** | 10/15/15 |
| **Re:** | Sherman Carter – Sort-Term Disability | **CC:** | |

x **Urgent** ☐ **For Review** ☐ **Please Comment** ☐ **Please Reply** ☐ **Please Recycle**

● **Comments: Short-Term Disability Statement and Job Description. Let me know if you need additional information.**

Thanks,

Bob

Lincoln Financial Group℠

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

# GROUP SHORT-TERM DISABILITY STATEMENT OF EMPLOYEE

1. Full Name (last, first, middle initial): Carter Sherman
2. Social Security Number
3. Phone Number (include area code)
4. Street Address & Mailing Address
5. City
6. State
7. Zip Code
8. Please provide us with your e-mail address:
   May we contact you via e-mail? ☐ Yes ☐ No
9. Date of Birth
10. Date Last Worked: 8-6-2015
    Date of Disability: 8-21-2015
11. Gender ☒ Male ☐ Female
12. Hospital Confined ☐ Yes ☒ No
    Dates of confinement:
13. Have you ever had the same or similar condition in the past? ☐ Yes ☒ No If "Yes" provide dates:
14. Is your disability due to a: ☒ Sickness ☐ Injury ☐ Other
    Date of Injury:

14a. Please describe your Sickness or how your Injury occurred: Hip Pain and Leg weaken, OsteoArthritis left Hip
Height: 6'0 Weight: 210

15. I returned to work part-time on:
    I returned to work full-time on:
16. Is your disability due to your occupation? ☐ Yes ☐ No If "Yes" explain in 14a
    Have you or do you intend to file a Workers Compensation Claim? ☐ Yes ☐ No
17. Treated by: (on another piece of paper, provide names & addresses of all doctors who have treated you for this disability).
    Doctor: Gregory Dabor
    Phone Number: 901-259-
    Specialty: Orthopedics
    Address: 7545 Airways Blvd Southaven, MS 38671
18. If approved, should Lincoln National Life Insurance Co withhold Federal Income Taxes from your Benefits? ☐ Yes ☐ No
    If yes, how much should be withheld each week? (minimum is $20.00 per week)
19. Describe other income you are receiving, have applied for, or will be applying for (check all that apply):

| | Amount | Date Began | Date Will Terminate | Date Applied For |
|---|---|---|---|---|
| ☐ Social Security (Disability Retirement) | $ | | | |
| ☐ Salary Continuance or State Disability Benefits | $ | | | |
| ☐ Workers' Compensation | $ | | | |
| ☐ Other income related to your disability | $ | | | |

20. The above statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements. I have completed and attached the Authorization for Release of Information

Signature of Employee: Sherman Carter Date: 10-09-15

21. Payment Method
    ☒ Direct Deposit
    Financial Institution's Name: Meta Bank
    Type of Account ☒ Checking
    Bank/Routing Number:
    Checking Account Number:

***(BENEFITS MAY BE DELAYED IF CLAIM FORM IS NOT FULLY COMPLETED)***

**Please sign this page and the authorization on page two of this form to avoid delays in processing**

**(PLEASE see FRAUD NOTICES attached)**

Lincoln Financial Group

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## AUTHORIZATION FOR RELEASE OF INFORMATION

1. **I (the undersigned) authorize** any physician, medical professional, pharmacist or other provider of health care services, hospital, clinic, other medical or medically related facility; insurance or reinsurance company; government agency; department of labor; acquaintance, group policyholder, employer; or policy or benefit plan administrator to release information from the records of:

Claimant/Patient Name: Carter (Last) Sherman (First) ______ (Middle)

Date of Birth: ______ Social Security Number: ______

2. Information to be released:
   - data or records regarding my medical history, treatment, prescriptions, consultations [including medical and psychological reports, records, charts, notes (excluding psychotherapy notes), x-rays, films or correspondence, and any medical condition I may now have or have had];
   - any information regarding insurance coverage; and
   - any information, data or records regarding my activities (including records relating to my Social Security, Workers' Compensation, Retirement Income, financial, earnings and employment history).

3. Information to be released to: The Lincoln National Life Insurance Company
   PO Box 2609
   Omaha, NE 68103-2609

4. I understand the information obtained by use of this Authorization will be used by The Lincoln National Life Insurance Company ("Company") to evaluate my claim for disability benefits. The Company will only release such information:
   - to its reinsurer, or other persons or organizations performing business or legal services in connection with my claim(s); or
   - to a vendor, approved by the company, which specializes in the application for Social Security Disability Benefits
   - to vendors/consultants providing the claimant with wellness, disability or leave related services as part of an employer sponsored benefit plan
   - to the employer for self-insured disability plans; or
   - as otherwise may be required by law or as I may further authorize.

   I further understand that refusal to sign this Authorization may result in the denial of benefits.

5. I understand the information used or disclosed may be subject to re-disclosure by the recipient and may no longer be protected by the federal HIPAA Privacy Rule. For Colorado claims, the disclosed information may not be redisclosed or reused by the recipient under Colorado law.

6. I understand that I may revoke this Authorization in writing at any time, except to the extent:
   1. the Company has taken action in reliance on this Authorization; or
   2. the Company is using this Authorization in connection with a contestable claim.

   If written revocation is not received, this Authorization will be considered valid for a period of time not to exceed 24 months from the date of my signature below. To initiate revocation of this Authorization, direct all correspondence to the Company at the above address.

7. A photocopy of this Authorization is to be considered as valid as the original.

8. I understand I am entitled to receive a copy of this Authorization.

**SIGNATURE:** Sherman Carter **DATE:** 10-09-15

Claimant/legal representative (Nearest relative, legal guardian, or appointed representative to sign only if claimant/patient is a minor, legally incompetent, or deceased.) Power of attorney or guardianship must be attached.

PRINT NAME: ______

Relationship to Claimant/Patient of personal/legal representative signing for Claimant/Patient: ______

ADDRESS: ______ (Street) PHONE NO: ______

______ (City) (State) (Zip Code)

Lincoln Financial Group™

**The Lincoln National Life Insurance Company**, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## EMPLOYER'S REPORT OF CLAIM (TO BE COMPLETED BY EMPLOYER)

**Please submit a copy of this employee's complete Job Description with this claim form.**
**Please submit a copy of this employee's enrollment statement with this claim.**
**(PLEASE see FRAUD NOTICES attached)**

| | | |
|---|---|---|
| 1. Full Name (last, first, middle initial) Carter, Sherman | | 2. Social Security Number |
| 3. Occupation of Employee/Claimant Delivery Driver | 4. Insurance Class 2 | 5. Employee Date of Hire 08/13/2012 |
| 6. Date Insured 07/01/2013 | 7. Date Employee was last present at work 08/06/2015<br>On that day, did employee work a full day? ■ Yes ☐ No | |
| 8. Employee's Basic Weekly Earnings $776.25 | 9. Returned to Work?<br>☐ Full-time ☐ Part-time Date: Has not returned to work | |

10. Information needed for withholding and reporting taxes
Does employee contribute post-tax dollars toward the premium? ■ Yes ☐ No
If yes, what percent is paid by the employee? 100 %
If you leave this section blank, we will assume it is 100% employer contribution and calculate FICA taxes accordingly.

11. What was the employee's regular scheduled work week? 45 hours per week 9 hours per day

12. Is the claim due to your employee's occupation: ☐ Yes ■ No

13. Has a claim been filed with Workers' Compensation? ☐ Yes ☒ No
If yes, send initial report of illness or injury and award/denial notice.
Name, address and telephone number of your compensation carrier ______
Name, address and telephone number of your medical insurance carrier ______

14. Is the employee receiving or has he/she received continued pay? ☒ Yes ☐ No
If yes, complete the following:
Pay Period: 08/07/15 - 08/17/15 Amount: $1,086.75 Source of Income: Employer - Sick Pay

15. Can job be modified to fit accommodations? No

16. Physical Requirements (Include Job Description)✓
Drive truck and deliver beer to retail stores. Driving, climbing into truck, lifting,bending and pushing carts or dolly .

| | | |
|---|---|---|
| Employer's Name & Address (or name of policyholder, if other)<br>A. S. Barboro, 5020 Tuggle Rd. 38118 | Telephone Number (Include Area Code and Extension)<br>(901) 433-5744 | Group Policy Number & Division Number<br>000010049221-0000 |

E-mail address bobbelshan@asbarboro.com Fax Number (Include Area Code) (901) 363-9356

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

Bob Belshan H. R. Manager — 10/09/15
Signature of Person Completing this form and Title — Date

Bob Belshan H.R. Manager — bobbelshan@asbarboro.com
Print Name of Person Completing this form and Title — E-mail address

Lincoln Financial Group

The Lincoln National Life Insurance Company, PO Box 2609, Omaha, NE 68103-2609
toll free (800) 423-2765 Fax (877) 843-3950
www.LincolnFinancial.com

## ATTENDING PHYSICIAN'S STATEMENT

1. Name of Patient: Sherman Carter
2. Social Security Number:
3. Employer Name:
4. When did symptoms first appear or accident happen? 9/21/15
5. Date you believe patient was unable to work? 9/21/15
6. Diagnosis (including complications): Osteomyelitis Left Hip
7. Subjective symptoms: Hip Pain + Weakness
8. Objective findings (including current x-rays, EKG's, laboratory data and any clinical findings): X-Ray
   Height: 6'0
   Weight: 201
9. List of Restrictions & Limitations: No prolonged walking or standing or sitting
10. Nature of treatment (including surgery and medications prescribed, if any): Office Visits and Surgery when Cleared
11. Has patient ever had same or similar condition? ☐ Yes ☑ No If "Yes" provide dates.
12. Do you consider this condition to be due to your patient's employment? ☐ Yes ☑ No
13. If pregnancy, estimated date of delivery:
    Actual date of delivery:
14. Date first treated: 9/21/15
15. Date of last visit/treatment: 9/21/15
16. Has patient been hospital confined? ☐ Yes ☑ No Confined from: to
    If "Yes" give name of hospital.
17. Has surgery been scheduled or performed? ☑ Yes ☐ No If "Yes" date of surgery: Cardiac
    Type of surgery scheduled: 9/21/15 But Cancelled due to Clearance
18. Prognosis and Rehabilitation:
    a. When do you think your patient will be able to return to work in their occupation? Undetermined until
    b. When could trial employment commence? ☐ Full-time ☐ Part-time After Surgery
    Please submit clinical documentation to support your decision.

| Print Name (Attending Physician) | Specialty | Telephone (Include Area Code) |
|---|---|---|
| Dr. Gregory D. Dabov | Orthopaedics | |

Street Address/City or Town/State or Province/Zip Code: 7845 Airways Boulevard, Southaven, MS 38671, Office: 901-759-5580, Fax: 901-759-3217

The above Statements are true and complete to the best of my knowledge and belief. I have read and understand the attached Fraud Warning Statements.

| Signature (Attending Physician) No stamps please | Date | Fax Number (Include Area Code) |
|---|---|---|
| [signature] | 10/14/15 | (901) 759-3217 |

**THE LINCOLN NATIONAL LIFE INSURANCE COMPANY IS NOT RESPONSIBLE FOR CHARGES INCURRED DUE TO COMPLETION OF THIS FORM. THE PATIENT IS RESPONSIBLE FOR ANY CHARGES ASSOCIATED WITH FORM COMPLETION.**

## Bar-Dett, LLC Job Description

Job Title: Off Premise Delivery Driver
Date: March 26, 2010
Reports to: Off Premise Supervisor
Employee: Sherman Carter
Supervisor: Antonio Ricks

| TASK DESCRIPTION | PERFORM | ASSIST | REPORT | RATING |
|---|---|---|---|---|
| 1. Arrive at work at scheduled time. 5 am Monday through Friday (internal rating) | X | | | |
| 2. Arrive at work as scheduled without any unexcused absences (internal rating) | X | | | |
| 3. Complete all CD ROM training's (internal rating) | X | | | |
| 4. Adheres to standards governing appearance | X | | | |
| 5. Work steadily and constantly without jeopardizing the quality of work | X | | | |
| 6. Tries to improve job performance | X | | | |
| 7. Makes suggestions to improve customer service | X | | | |
| 8. Uses equipment efficiently and economically | X | | | |
| 9. Report equipment repair and needs to supervisor | X | | | |
| 10. Adheres to safety rules and precautions | X | | | |
| 11. Has a consistent attitude of willingness to do his / her part | X | | | |
| 12. Willingness to work over and above assigned duties | X | | | |
| 13. Show kindness, consideration, and helpfulness to customers | X | | | |
| 14. Show kindness, consideration, and helpfulness to fellow employees | X | | | |
| 15. Show respect to supervisor | X | | | |
| 16. Report to supervisor for route assignment. | X | | | |
| 17. Inspect vehicle for safety-keep vehicle neat and clean at all times. | X | | | |
| 18. Inventory vehicle-report and reconcile all variances before leaving (driver are responsible for all loses). | X | | | |
| 19. Follow delivery schedule as written unless authorized deviations by Region Manager. | X | | | |
| 20. Deliver required product to locations as specified by order (authorized by customer). | X | | | |
| 21. Rotate stock and swap stock per company and suppliers policies and procedures as relates to expiration dates. | X | | | |
| 22. Collect payment for all delivered beverages per TABC regulations. | X | | | |
| 23. Maintain security of monies and products at all times. The driver is financially responsible for all losses in reconciliation of product and money. | X | | | |
| 24. Report any and all defects of vehicle or equipment. Use of cautious judgement in assessing risk to self, equipment, or the public. Report all safety issue to your supervisor. | X | | X | |
| 25. Communicate with supervisor and/or account manager daily on deliveries. | X | | | |
| 26. After route is done and vehicle returned to warehouse reconcile all cash receipts and inventory. | X | | | |
| 27. Report all competition's activities observed to sales manager I.E. box resets, display changes, stock placement, back space allocation etc. | | | X | |
| 28. Save and turn in daily invoices for stock deliveries to each account location on a daily basis. | X | | | |
| 29. Drivers are required to stay current on all product promotions, supplier policies, and sales techniques etc. This requires attendance at meetings, seminars, and other activities dictated by management. | X | | | |
| 30. Drivers are required to maintain a current TABC license and maintain a driving record in such a fashion as to be covered by our insurance carrier. | X | | | |
| 31. Will be requested to work Saturday or Sunday as scheduled. | X | | | |
| 32. Body positions and body movement consisting of standing, sitting, climbing, walking, stooping, riding in a vehicle, carrying of 100 pounds or more, and extensive use of the hands and arms will be necessary. | X | | | |
| | | | | |

| | | | | |
|---|---|---|---|---|
| 33. Report all complaints, out of stocks, or other such items to the account manager. | X | | | |
| 34.Conduct yourself and ensure that your helper ( if so staffed) conducts himself in a manner that reflects favorably upon the company at all times. | X | | | |
| 35. Be knowledgeable and comply with all company and TABC policies and procedures. | X | | | |
| 36. Be able and willing to complete assigned work schedule on a daily basis even if extra hours are required. | X | | | |
| 37. Perform other duties as directed by management. | X | | | |
| 38. Where required distribute promotional materials, etc. Refer to Detail Worksheet. | X | | | |
| 39. Drivers with a CDL will be required to take periodic drug tests. | X | | | |
| 40. Contact Supervisors on any accidents and fill out reports. (personal or auto) | | | | |
| 41. Drivers are responsible for staying compliant with all D.O.T. rules and regulations. | | | | |
| 42. After pulling product for the current account driver needs to level all remaining packages to prevent breakage. | X | | | |
| 43. Do a complete pre and post trip inspection each day | X | | X | |
| 44. Contact salesman, supervisors or chain accounts manager if products will not scan in the back door (computer system) of accounts. | X | | | |
| 45. Hold a Class A CDL license | X | | | |

**Hoffner, Faye**

**From:** Disability Claims
**Sent:** Monday, October 19, 2015 10:14 AM
**To:** SA-EMLRIP112-P
**Subject:** FW: Sherman Carter - STD Claim
**Attachments:** scans013.pdf

---

**From:** Huse, Susan
**Sent:** Monday, October 19, 2015 10:14:20 AM (UTC-05:00) Eastern Time (US & Canada)
**To:** Disability Claims
**Subject:** FW: Sherman Carter - STD Claim

**Susan Huse**
Senior Client Relations Specialist
Lincoln Financial Group
8801 Indian Hills Drive
Omaha, NE 68114
Toll Free: 800-423-2765
Fax: 402-501-9602
Email: clientservices@lfg.com
**You're In Charge**
Go to Lincoln4Benefits.com for online Web service.

---

**From:** Bob Belshan [mailto:BobBelshan@asbarboro.com]
**Sent:** Monday, October 19, 2015 9:13 AM
**To:** Huse, Susan
**Subject:** Sherman Carter - STD Claim

See attached Short Term Disability claim for Sherman Carter.

**Thanks,**

**Bob Belshan**
**Human Resources Manager**
**A.S. Barboro**
**5020 Tuggle Rd**
**Memphis, TN 38118**
**Office (901) 433-5744**
**Cell (901) 553-9536**
**Fax (901) 363-9356**
**Email bobbelshan@asbarboro.com**

"This e-mail may contain confidential and/or legally proprietary material for the sole use of the intended recipient. Any review or distribution by others is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies."

**Hoffner, Faye**

**From:** Disability Claims
**Sent:** Thursday, October 22, 2015 2:57 PM
**To:** SA-EMLRIP112-P
**Subject:** FW: A fax has arrived from remote ID ''.
**Attachments:** AA116FEA.TIF

---

From: Byrd, Alfreda
Sent: Thursday, October 22, 2015 2:56:29 PM (UTC-05:00) Eastern Time (US & Canada)
To: Disability Claims
Subject: FW: A fax has arrived from remote ID ''.

Please add to AWD for Sherman Carter #1150112339

-----Original Message-----
From: RightFax E-mail Gateway [mailto:rfax@GSOSMTP]
Sent: Thursday, October 22, 2015 11:15 AM
To: Byrd, Alfreda
Subject: A fax has arrived from remote ID ''.

A fax has arrived from remote ID ''.
-------------------------------------------------------
10/22/2015 10:14:12 AM Transmission Record
Received from remote ID:
Inbound user ID ALIBY6, routing code 7876
Result: (0/352;0/0) Successful Send
Page record: 1 - 3
Elapsed time: 00:39 on channel 0